# United States Surety Company

## Preliminary Injunction
## Bond

KNOW ALL MEN BY THESE PRESENTS, that **KPM Analytics North America Corporation**
**8 Technology Dr. ; Westborough ,  MA 01581** ,
Plaintiff(s), as **Principal**, and

**United States Surety Company**  a corporation duly organized and existing under the laws of the State
of Maryland and having a usual place of business in Massachusetts, as **Surety**,

are hereby jointly and severally bound unto

**Blue Sun Scientific, LLC**
**The Innovative Technologies Group & Co., Ltd., Arnold Eilert, Robert Gajewski,**
**Rachel Glenister, and Irvin Lucas**

Defendant(s), as Obligee, in the sum of
 **Seventy Thousand dollars    ($70,000.00 )**
to the true payment whereof said Principal and said Surety bind themselves and their respective successors and assigns,
jointly and severally.

THE CONDITION OF THIS OBLIGATION is such that if the above-bounden Principal shall reimburse said Obligee
for any loss, expense or damage caused by the imprudent or erroneous issuance by said Court of a Preliminary
Injunction  in the suit now pending in the
**United States District Court - District of Massachusetts - CA# 4:21-CV-10572-TSH**                        ,
brought by said Principal against said Obligee, including all reasonable costs and expenses of defense against said
Preliminary Injunction  in said proceeding and subsequently denied by the Court, then this obligation shall be void,
otherwise it shall remain in full force and effect.

SIGNED, SEALED AND DATED September 9th, 2021

_____
for Principals

**United States Surety Company**

By: _____
James M. Crawford                    Attorney-in-Fact
Producer:    A.A. Dority Company, Inc.
226 Lowell Street, Suite B-4
Wilmington, MA 01887-3074

**Bond No. 1001160461**



**TOKIO MARINE
H C C**

# POWER OF ATTORNEY
## AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
## UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a M aryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

Philip B. Crawford, Richard W. Crawford, James M. Crawford, Jeffrey W. Crawford or Katie E. Connor

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings  or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** _____ *****Five Million***** _____ Dollars ( ***$5,000,000.00*** ). This Power of Attorney shall expire without further action on _____ 01/31/2024 _____. This Power of Attorney is granted under and by  authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full  power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following  provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for  the release of retained    percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability  thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected   by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating  thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this _____ 06/23/2021 .

**AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING OMPANY
UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY**

State of California

County of Los Angeles

By: _____
Frank M. Mester, Vice President

---

*A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document*

On this _____ 06/23/2021 ____, before me, _____ D. Littlefield _____, a notary public, personally appeared _____ Frank M. Mester ____, _____ Vice President _____ of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance  Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument  and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on  the instrument the  person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (seal)

D. LITTLEFIELD
Notary Public - California
Los Angeles County
Commission # 2320307
My Comm. Expires Jan 31, 2024

I, _____ Kio Lo _____ Assistant Secretary _____ of American Contractors Indemnity Company, Texas Bonding Company, United States Surety   Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power  of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors,   set out in the Power of Attorney are in full force and effect.

In Witness Whereof  I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this _____ day of _____ September ____, 2021 .

Corporate Seals
Bond No. _100116046 1_

Agency No.   13127

_____
Kio Lo, Assistant Secretary

HCCSMANWETPOA06/2018

visit tmhcc.com/surety for more information