## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:21-cv-10572-TSH ) |
| BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### CONSENT MOTION TO AMEND COURT'S SCHEDULING ORDER

Defendants Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD, Arnold Eilert, Robert Gajewski, Rachael Glenister, and Irvin Lucas ("Defendants"), hereby file this Consent Motion to Amend the Court's Scheduling Order in this matter, and state as follows:

1.      On or about October 22, 2021, this Court issued its Scheduling Order in this case (Doc. 107) that included the following deadlines:

**Fact discovery**          March 1, 2022

**Initial Trial Expert Disclosures**      March 31, 2022

**Responsive Trial Expert Disclosures**        May 31, 2022

**Trial Expert Depositions**      June 24, 2022

**Dispositive Motions** July 8, 2022

**Opposition to Dispositive Motions** August 12, 2022

**Initial Pretrial Conference** September 1, 2022

2.      Given the amount of remaining discovery to be conducted in this case, and undersigned counsel's schedule over the next 60 days, Defendants request a modest 30 day extension to the deadlines above.  No party will be prejudiced by this request, and Plaintiff consents to the requested modification of the Scheduling Order.

WHEREFORE, Defendants Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD, Arnold Eilert, Michelle Gajewski, Robert Gajewski, Rachael Glenister, Gregory Israelson, Irvin Lucas, and Philip Ossowski ("Defendants"), hereby move this Court to amend its Scheduling Order as reflected in the attached Proposed Amended Scheduling Order.

ARNOLD EILERT, ROBERT GAJEWSKI, RACHAEL GLENISTER, and IRVIN LUCAS,

 /s/ William L. Prickett
William L. Prickett (BBO #555341)
wprickett@seyfarth.com
Dallin R. Wilson (BBO #676662)
drwilson@seyfarth.com
Michael A. Kippins(BBO #688613)
mkippins@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel: (617) 946-4800
Fax: (617) 946-4801

BLUE SUN SCIENTIFIC, LLC, and THE
INNOVATIVE TECHNOLOGIES GROUP
& CO., LTD,

 /s/ Christopher R. O'Hara
Christopher R. O'Hara (BBO #548611)
cohara@toddweld.com
TODD & WELD LLP
One Federal Street
Boston, MA 02110
Tel: (617) 720-2626
Fax: (617) 227-5777

 /s/ George F. Ritchie
George F. Ritchie*, Fed Bar #22408
Royal Craig*, Fed. Bar #24546
James D. Handley*, Fed. Bar #20299
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 2102
Tel: (410) 576-4000
Fax: (410) 576-4246
gritchie@gfrlaw.com

*pro hac vice*

Dated:  January 19, 2022

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2022, this document was filed through the CM/ECF

system and will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing.  Paper copies will be sent to those indicated as non-registered participants.

 /s/ George F. Ritchie
George F. Ritchie