UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>Defendants. | Civil Action No. 4:21-cv-10572-TSH |

**AMENDED SCHEDULING ORDER**

WHEREFORE this Court having read and considered the Consent Motion to Amend Court's Scheduling Order, it is this __20__ day of January 2022, hereby

ORDERED, that the Scheduling Order in this case be amended as follow:

**Fact discovery**     April 1, 2022

**Initial Trial Expert Disclosures**     May 1, 2022

**Responsive Trial Expert Disclosures**     July 1, 2022

**Trial Expert Depositions**     July 24, 2022

**Dispositive Motions**  August 8, 2022

**Opposition to Dispositive Motions**  September 12, 2022

2

By the Court,

1/20/22   /s/ Timothy S. Hillman

Date

Timothy S. Hillman
District Judge