UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>　　　　　　　Defendants. | Civil Action No. 4:21-cv-10572-TSH |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.5.2 (c), please withdraw the appearance of James D. Handley as counsel of record for Defendants, Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., Ltd. in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　BLUE SUN SCIENTIFIC, LLC, and THE
　　　　　　　　　　　　　　　　　　　INNOVATIVE TECHNOLOGIES GROUP
　　　　　　　　　　　　　　　　　　　& CO., LTD,

Dated:  April 8, 2022　　　　　　　　　/s/ Maria T. Davis
　　　　　　　　　　　　　　　　　　　Christopher R. O'Hara (BBO# 548611)
　　　　　　　　　　　　　　　　　　　cohara@toddweld.com
　　　　　　　　　　　　　　　　　　　Maria T. Davis (BBO# 6754477)
　　　　　　　　　　　　　　　　　　　mdavis@toddweld.com
　　　　　　　　　　　　　　　　　　　Todd & Weld, LLP
　　　　　　　　　　　　　　　　　　　One Federal Street
　　　　　　　　　　　　　　　　　　　Boston, MA 02110

/s/ George F. Ritchie
George F. Ritchie*, Fed Bar #22408
Royal Craig*, Fed. Bar #24546
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
Tel/Fax: (410) 576-4131
gritchie@gfrlaw.com

* pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 8, 2022, this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non-registered participants.

/s/ George F. Ritchie
George F. Ritchie

9398901.1 58144/146507 4/8/22