UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 4:21-cv-10572-NMG

KPM ANALYTICS NORTH AMERICA CORPORATION

v.

BLUE SUN SCIENTIFIC, LLC, ET AL

ORDER OF RECUSAL

GORTON, U.S.D.J.

    Pursuant to 28, U.S.C., Section 455, I hereby recuse myself from any further proceedings in the above-entitled case.

                                          /s/ Nathaniel M. Gorton
                                          Nathaniel M. Gorton
                                          United States District Judge

June 21, 2022

To: All Counsel