# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>Defendants. | Civil Action No. 4:21-cv-10572-TSH |

## ENTITY DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants Blue Sun Scientific, LLC ("Blue Sun") and The Innovative Technologies Group & Co. ("ITG")(together with Blue Sun, the "Entity Defendants" or "Defendants"), pursuant to Federal Rules of Civil Procedure 7.1 and this Court's Order of June 24, 2022, file this Corporate Disclosure Statement and state as follows:

1. ITG is the sole member of Blue Sun. There are no corporate parent companies for either Blue Sun or ITG, and no publicly held company owns any stock in either Blue Sun or ITG.

| | |
|---|---|
| Dated:  June 30, 2022 | BLUE SUN SCIENTIFIC, LLC and THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD.<br><br>/s/ *Christopher R. O'Hara*<br>Christopher R. O'Hara (BBO #548611)<br>cohara@toddweld.com<br>Maria T. Davis (BBO # 675447)<br>mdavis@toddweld.com<br>TODD & WELD LLP<br>One Federal Street, 27th Floor<br>Boston, MA 02110<br>Tel:  (617) 720-2626<br><br>*/s/ Royal Craig*<br>George F. Ritchie (Pro Hac Vice)<br>gritchie@gfrlaw.com<br>Royal Craig (Pro Hac Vice)<br>rcraig@gfrlaw.com<br>GORDON FEINBLATT LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 2102<br>Tel:  (410) 576-4000 |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 30, 2022, this document was sent electronically to the registered participants as identified on the Notice of Electronic Filing.  Paper copies will be sent to those indicated as non-registered participants.

    */s/George F. Ritchie*
    George F. Ritchie

9471654.3 58144/146507  6/23/22