## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (Eastern Division)

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, <br><br> Defendants. | Civil Action No. 4:21-cv-10572-TSH |

## ORDER

WHEREFORE, this Court, having read and considered The Innovative Technologies Group & Co.'s Assented to Motion to Impound and for Leave to File Motion for Summary Judgment and Request for Hearing Under Seal, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that The Innovative Technologies Group & Co.'s Motion for Summary Judgment and Request for Hearing shall be sealed.

Dated:_____          _____
                                                                Hon. Leo T. Sorokin
                                                                United States District Judge