# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>Defendants. | Civil Action No. 4:21-cv-10572-LTS<br><br>Leave to file under seal<br><br>allowed August 19, 2022 (ECF No. 143) |

## DEFENDANT THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD'S MOTION FOR SUMMARY JUDGMENT AND REQUEST FOR HEARING

Defendant The Innovative Technologies Group & Co., Ltd ("ITG"), by and through its undersigned counsel, hereby files this Motion for Summary Judgment and Request for Hearing pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 7, and states as follows:

1. ITG incorporates the attached Memorandum of Law and Supporting Exhibits in support of its Motion.

REQUEST FOR ORAL ARGUMENT

Defendant The Innovative Technologies Group & Co., Ltd hereby requests oral argument on this motion.

|  |  |
|---|---|
|  | BLUE SUN SCIENTIFIC, LLC, and THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, |
| Dated:  August 19, 2022 | /s/ Maria T. Davis_____<br>Christopher R. O'Hara (BBO# 548611)<br>cohara@toddweld.com<br>Maria T. Davis (BBO# 6754477)<br>mdavis@toddweld.comg<br>Todd & Weld, LLP<br>One Federal Street<br>Boston, MA 02110 |
|  | /s/ George F. Ritchie_____<br>George F. Ritchie*, #22408 (Pro Hac Vice)<br>Royal Craig*, Fed. Bar #24546<br>GORDON FEINBLATT LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, MD 21202<br>Tel/Fax: (410) 576-4131<br>gritchie@gfrlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of this document was served upon counsel of record by email on August 19, 2022.

                                                             */s/ George F. Ritchie*_____
                                                           George F. Ritchie