IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, <br><br> Defendants. | Civil Action No. 4:21-cv-10572-TSH |

## ORDER

WHEREFORE, this Court, having read and considered Defendant The Innovative Technologies Group & Co.'s Motion for Summary Judgment and Request for Hearing, and any opposition thereto, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that all remaining counts in Plaintiff's Complaint against Defendant The Innovative Technologies Group & Co. are hereby dismissed with prejudice.

Dated:_____                    _____
                                           Hon. Leo T. Sorokin
                                           United States District Judge