HIGHLY CONFIDENTIAL

Page 1

1                              VOLUME:    I

                               PAGES:     1-145

2                              EXHIBITS:  5-15

3              UNITED STATES DISTRICT COURT

4               DISTRICT OF MASSACHUSETTS

5          CIVIL ACTION NO. 4:21-CV-10572-TSH

6          _____

7    KPM ANALYTICS NORTH AMERICA CORPORATION,        )

8                        Plaintiff,                   )

9               vs.                                   )

10   BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE         )

11   TECHNOLOGIES GROUP & CO., LTD., ARNOLD           )

12   EILERT, MICHELLE GAJEWSKI, ROBERT                )

13   GAJEWSKI, RACHAEL GLENISTER, GREGORY             )

14   ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,     )

15                        Defendants.                 )

16   _____)

17                    REMOTE VIDEOTAPED DEPOSITION OF

18   INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, BY ROBERT

19   R. WILT, called as a witness by and on behalf of

20   the Plaintiff, pursuant to the applicable

21   provisions of the Federal Rules of Civil Procedure,

22   Rule 30(b)(6), before P. Jodi Ohnemus (remotely),

23   RPR, RMR, CRR, NH-LSR #91, MA-CSR #123193 and

24   CA-CSR #13192, at Jessup, Maryland, on Thursday,

25   July 8, 2021, commencing at 10:10 a.m. (EDT).

EXHIBIT

1

HIGHLY CONFIDENTIAL

Page 11

1    Innovative Technologies Group & Company.

2        Q.    And if I refer to the Innovative

3    Technologies Group Company as "ITGC," would that be

4    acceptable?

5        A.    Yes.

6        Q.    You'll understand what I'm talking about;

7    right?

8        A.    Of course.

9        Q.    And what is your role with ITGC?

10       A.    President and CEO.

11       Q.    Okay.  Do you have any role with Blue Sun

12   Scientific?

13       A.    I'd be the manager from the LLC side.

14   Other than that, no.

15       Q.    And what are your current responsibilities

16   with ITGC?

17       A.    Chief cook and bottle washer.

18             Basically, I am president of ITGC.  I'm

19   also a very strong engineer.  So I do a lot of

20   engineering.  I help with production.  We're a

21   small company.  So we do a lot of things.  We've

22   been doing it for years.  So I help to prepare

23   financials.  I do everything that a president would

24   normally do.  Sometimes people say not so well, but

25   yeah.

HIGHLY CONFIDENTIAL

Page 12

1          So I manage the group as well.

2     Q.   You said it's a relatively small company.

3   How many employees does ITGC have?

4     A.   Usually around six full time.  We compress

5   and expand depending on needs.  But we have about

6   six full-time and maybe four part-time.

7     Q.   Okay.  And those full-time employees,

8   what's the nature of their work?

9     A.   Well, you're going to have to -- you're

10   going to need accounting.  You're going to need

11   purchasing and procurement; and remember we're a

12   manufacturing company.  So we have all the

13   manufacturing functions.  And, then, you're going

14   to need -- the rest of us are pretty much engineers

15   and technicians.

16          We have our own machine shop so we can do

17   our own machining.  So we have people that can

18   machine as well as people who can develop, design,

19   manufacture things.

20     Q.   Where are ITGC's offices located?

21     A.   We're in Jessup, Maryland, technically.

22   8017 Dorsey Run Road.

23     Q.   Okay.  And is that where the machine shop

24   is as well?

25     A.   That's correct.  We have about 7,000

HIGHLY CONFIDENTIAL

Page 13

1   square feet, and so you could -- if you came here,

2   you'd see a bunch of technical geekie people

3   running around.

4       Q.   How long have you been with ITGC?

5       A.   Since 1997.

6       Q.   Okay.  Were you one of the founders of

7   ITGC?

8       A.   I was.

9       Q.   Okay.  Were there any other founders of

10  ITGC?

11      A.   There was.  George Toth and Patrick Wilt.

12      Q.   And are -- is Mr. Toth still with ITGC?

13      A.   He is not.

14      Q.   Is Patrick Wilt still with ITGC?

15      A.   He is deceased.

16      Q.   Sorry to hear that.

17      A.   Well, thank you.  Appreciate it.

18      Q.   When did George Toth leave ITGC?

19      A.   When we sold our share in Blue Sun

20  Scientific, back in 2008.

21      Q.   What do you mean when you say when you

22  sold your share in Blue Sun Scientific?

23      A.   We were the founders of Blue Sun

24  Scientific.

25      Q.   Okay.

HIGHLY CONFIDENTIAL

Page 14

1        A.    And we owned a third -- a third of them

2    and we sold them off to a company called Westco

3    Scientific, that then sold it off to your group --

4    or -- sorry -- KPM.

5        Q.    Are you referring to Blue Sun Scientific

6    or unit -- Unity Scientific?

7        A.    Sorry, Unity Scientific.  Thanks for

8    correcting me.  Appreciate it.

9        Q.    Okay.  Just so the record's clear, Mr.

10   Toth left ITGC when it sold Unity Scientific in --

11   in or about 2008; is that right?

12       A.    Say that again.

13       Q.    Okay.

14       A.    I didn't hear part of that.

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL

Page 15

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22      Q.    And do you have any ownership interest
23   directly or indirectly in Blue Sun Scientific?
24      A.    No.   Innovative Technologies owns Blue Sun
25   Scientific as a -- started as an LLC.   It is the --
```

HIGHLY CONFIDENTIAL

Page 16

1    currently the only member.

2        Q.   Okay.  Has Blue Sun Scientific ever had

3    any members -- Blue Sun Scientific LLC had any

4    members other than ITGC?

5        A.   No.

6        Q.   Okay.  Has Blue Sun Scientific LLC ever

7    had any managers other than you?

8        A.   No.

9

10

11

12

13

14

15

16

17

18        A.   No.  Secretary would be Cathy.

19        Q.   What's Cathy's last name?

20        A.   Wilt.

21        Q.   Is she related to you?

22        A.   She is.  She's my wife.  Thankfully.  She

23    puts up with me.

24        Q.   Okay.  So when ITGC was originally formed,

25    what was the business of ITGC?

HIGHLY CONFIDENTIAL

Page 17

20    Q.    Has the business of ITGC changed over time

21    since its founding?

22    A.    You'd have to -- you have to -- you have

23    to clarify that question.  I don't know what you

24    mean by that.

25    Q.    Okay.  Well, you said at its founding it

HIGHLY CONFIDENTIAL

Page 19

1        Q.   Currently does ITGC manufacture NIR

2    spectroscopy analyzers?

3        A.   Yes.

4        Q.   Yes.

5        A.   Sure.

6        Q.   And when did ITGC start manufacturing such

7    analyzers?

8        A.   We started manufacturing those in 2001.

9    We started -- remember, we manufactured analyzers

10   for Unity Scientific -- well, we -- we created

11   Unity Scientific.  So we -- remember, we took that

12   concept and we created an OEM and got an investor,

13   and we put it all together so that ITGC was

14   providing the technology to a sales initiative

15   group; and so we produced that technology for them.

16            And then, when we sold the company, we did

17   other things for a while, and then we started

18   another initiative making spectrometers.

19       Q.   So between the time -- well, strike that.

20            When you sold Unity Scientific in or about

21   2008, at that point did you stop manufacturing

22   spectrometers for a time?

23       A.   Yes, we did.

24       Q.   Okay.  And --

25       A.   We had to.  That was the condition.  You

HIGHLY CONFIDENTIAL

Page 20

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 30

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21     Q.    All right.   Do ITGC and Blue Sun

22   Scientific have any common employees?

23     A.    Common?   Not really.   We have a -- no, not

24   necessarily.   We have -- there's a guy named John

25   Schank who is a tacit consultant that they've used

HIGHLY CONFIDENTIAL

Page 34

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



HIGHLY CONFIDENTIAL

Page 41



HIGHLY CONFIDENTIAL

Page 42



HIGHLY CONFIDENTIAL

Page 51



HIGHLY CONFIDENTIAL

Page 68



HIGHLY CONFIDENTIAL

Page 94

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



HIGHLY CONFIDENTIAL

Page 95

