HIGHLY CONFIDENTIAL

Page 1

1

2

3                    UNITED STATES DISTRICT COURT

4                     DISTRICT OF MASSACHUSETTS

5                 CIVIL ACTION NO. 4:21-CV-10572-TSH

6    _____

7    KPM ANALYTICS NORTH AMERICA CORPORATION,      )

8                         Plaintiff,               )

9              vs.                                  )

10   BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE      )

11   TECHNOLOGIES GROUP & CO., LTD., ARNOLD        )

12   EILERT, MICHELLE GAJEWSKI, ROBERT             )

13   GAJEWSKI, RACHAEL GLENISTER, GREGORY          )

14   ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,  )

15                         Defendants.             )

16                    HIGHLY CONFIDENTIAL

17                    REMOTE VIDEOTAPED DEPOSITION OF

18   BLUE SUN SCIENTIFIC, LLC, BY IRVIN R. LUCAS, IV,

19   called as a witness by and on behalf of the

20   Plaintiff, pursuant to the applicable provisions of

21   the Federal Rules of Civil Procedure, Rule

22   30(b)(6), before P. Jodi Ohnemus (remotely), RPR,

23   RMR, CRR, NH-LSR #91, MA-CSR #123193 and CA-CSR

24   #13192, at Los Angeles, California, on Tuesday,

25   July 6, 2021, commencing at 7:02 a.m. (PDT).



EXHIBIT

2

HIGHLY CONFIDENTIAL

1          A.    Myself, Irvin Lucas; Rachael Glenister;

2     Phil Ossowski; Arnold Eilert; Josh Sarver; and Doug

3     Evans.

4          Q.    What's your title at Blue Sun?

5          A.    My title is president.

6          Q.    When did you become president?

7          A.    Became president -- it's kind of murky,

8     but I would say I became president on -- late July

9     of 2018.

10         Q.    Is that the first and only position you've

11    held at Blue Sun?

12         A.    Yes, it is.

13         Q.    What's Ms. Glenister's title?

14         A.    She's the North America sales director.

15         Q.    Is that the only position that she has

16    ever held at Blue Sun?

17         A.    Yes, it is.

18         Q.    When did she join Blue Sun?

19         A.    She joined Blue Sun late July of 2020.

20         Q.    What's Mr. Ossowski's title?

21         A.    He's an applied technology manager.

22         Q.    And, in general, what are his

23    responsibilities as an applied technology manager?

24         A.    His responsibilities are to assist

25    customers with the Phoenix product line, also do

HIGHLY CONFIDENTIAL

Page 56

1       A.   Again, these are the individuals I know in

2   the NIR industry.

3       Q.   Any other reason?

4       A.   Nope.

5       Q.   Did you recruit all of the former KPM

6   affiliated individuals who are now either Blue Sun

7   employees or independent contractors to Blue Sun?

8       A.   Yes, I did.

9       Q.   How did you get involved with Blue Sun?

10      A.   Well, it's a long story.  So in early 2018

11  there was an email that kind of came out within KPM

12  from Bob Schumann stating that ITG had a new

13  instrument that was going to be on display at a --

14  a forage show in January 2018.  He was asking the

15  individuals that are attending that show to gather

16  information and report back.

17          That's my first knowledge that there is

18  another competitor out there in the market.  All I

19  was aware of was FOSS, Perten, Bruker, BUCHI, and

20  then KPM existed.

21          KPM was going through a lot of changes in

22  regards to its structure.  When I came to Unity in

23  2015, in January, you know, it was a small company,

24  you know, very tight-knit, customer-focused and,

25  you know, focused on the development of the

HIGHLY CONFIDENTIAL

Page 57

1    individuals.

2         By 2017, that focus had changed

3    significantly to the point that it was, you know,

4    primarily focused on metrics, analytics, and

5    numbers, not so much customer focus and definitely

6    not, you know, focused on how they are going to

7    advance individuals.

8         So I was interested in finding another

9    place to go to, but FOSS, Bruker, PerkinElmer, and

10   BUCHI are even larger organizations, and that's not

11   something I've had interest in in my career.  I've

12   always worked for small companies.

13        So upon hearing about this, I, you know,

14   got their information online, reached out to -- to

15   Robert Wilt and told him that I'd be interested, if

16   he was, to, you know, formulate a sales and service

17   organization that could be the sales arm for his

18   products and services within NIR.

19        We had a variety of conversations starting

20   April 2018.  Me to learn more about ITG.  You know,

21   at that point in time I became aware of their

22   history and background in regards to the

23   manufacturing and involvement with Unity

24   Scientific, you know, from its inception through

25   2008 when they sold it to Westco, and then the

HIGHLY CONFIDENTIAL

Page 58

1    continued involvement in providing parts and

2    services to Unity Scientific until the -- the

3    latest instrument, the SpectraStar XT, came out in

4    2016.

5              So with that background, that gave me some

6    confidence.  And then Bob and learning about my

7    background in sales and the marketing

8    organizations, you know, he had confidence to go

9    ahead and give us a try, and he went forward and

10   incorporated Blue Sun in July of 2018.

11      Q.    So the formation of Blue Sun or an entity

12   like Blue Sun for ITG was your idea?

13      A.    Correct.

14      Q.    What was your position at Unity when you

15   joined them in 2015?

16      A.    I was a sales representative.  So account

17   manager.

18      Q.    And did you have a particular geographic

19   region, set of customers, or other definition of

20   your responsibilities?

21      A.    Yes, I did.  So initially when I started I

22   was located in Chicago.  So my initial territory

23   was Illinois, Indiana, Michigan.  I had eastern

24   Canada.  I then also had Wisconsin -- I didn't have

25   Wisconsin.  I had Illinois, Indiana, Michigan,

HIGHLY CONFIDENTIAL

Page 60

1     product manager but his official -- official title

2     for KPM, at least when I was there, was marketing.

3          Q.   And you said he had asked folks attending

4     a trade show to check out this new competitor?

5          A.   That's correct.

6          Q.   And were you one of the people attending

7     that trade show?

8          A.   I was not.

9          Q.   Was the product that ITG came on the

10    market with in early 2018 the Phoenix analyzer

11    under the ITG name?

12         A.   It was the -- the M5, which became the

13    Phoenix upon the rebranding.

14         Q.   Had ITG been offering an NIR analyzer in

15    the marketplace prior to that?

16         A.   Yes, they had.

17         Q.   And what was that product?

18         A.   That was also the M5.  January is just

19    when KPM became aware that that was occurring.

20         Q.   I see.

21              When did ITG first offer that M5 analyzer

22    in the market?

23         A.   I don't know the exact dates.  I just know

24    that it precedes January 2018.

25         Q.   Okay.  Did -- I think you said you first

HIGHLY CONFIDENTIAL

Page 61



HIGHLY CONFIDENTIAL

Page  62

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



HIGHLY CONFIDENTIAL

Page 108



HIGHLY CONFIDENTIAL

Page 110



HIGHLY CONFIDENTIAL

Page 111



HIGHLY CONFIDENTIAL

Page 119



HIGHLY CONFIDENTIAL

Page 131



HIGHLY CONFIDENTIAL

Page 149



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL

Page 225

