HIGHLY CONFIDENTIAL

Page 1

```
               UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
------------------------------------------X
KPM ANALYTICS NORTH AMERICA CORPORATION,

                                    Civil Action No.
                   Plaintiff,       21:-10572
            - v. -
BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE
TECHNOLOGIES GROUP & CO., LTD., ARNOLD
EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI,
RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN
LUCAS AND PHILIP OSSOWSKI,
                   Defendants.
------------------------------------------X

               HIGHLY CONFIDENTIAL
               30(b)(6) DEPOSITION
            VIA ZOOM VIDEOCONFERENCING
                         OF
       KPM ANALYTICS NORTH AMERICA CORPORATION
                   BY AND THROUGH
                     ERIC OLSON
                Wednesday, July 7, 2021



Reported By:
LINDA J. GREENSTEIN
JOB NO. 4695539
```

1-800-727-6396         Veritext Legal Solutions         www.



EXHIBIT 3

