HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - x

KPM ANALYTICS NORTH AMERICA CORPORATION

    Plaintiff

vs.                        CA No. 4:21-cv-10572-TSH

BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE

TECHNOLOGIES GROUP & CO., LTD.,

ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT

GAJEWSKI, RACHAEL GLENISTER, GREGORY

ISRAELSON, IRVIN LUCAS, and PHILIP OSSOWSKI

    Defendants

- - - - - - - - - - - - - - - - - - - x

ALL PARTICIPANTS APPEARING VIA ZOOM

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

DEPOSITION of ROBERT W. WILT

Tuesday, May 3, 2022 - 10:47 a.m.

Reporter: Jill K. Ruggieri, RPR, RMR, FCRR, CRR

EXHIBIT 5

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 39

1  at at least 80 percent.  Right now I'm burdened
2  at about 90-plus percent.
3       Q    When you say burdened --
4       A    Including overtime.  That's -- burden
5  our time.  Our time is spent with --
6       Q    Sorry, you broke up again.  Your time
7  is spent, you said?
8       A    Is spent mainly on the Phoenix.
9       Q    Okay.
10      A    Now -- now, Cathy's isn't.  Her time
11 is just -- she doesn't do much with them, other
12 than at the direction of Irvin might write some
13 checks.  I think he handles all the ACH stuff,
14 so there's not much going on there.
15           But in terms of manufacturing,
16 we're pretty much focused right now on those
17 products.  We're actually trying to get more
18 people, because it's a stress on us to deal
19 with this, especially with this lawsuit.
20      Q    Okay.
21           What goods or services does ITG
22 currently offer for sale, other than the
23 M5/Phoenix?
24      A    To who?
25      Q    To anyone.





<mark>

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 60



1-800-727-6396   Veritext Legal Solutions   www.veritext.com
</mark>

HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 69







HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 125





HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

