ATTORNEYS EYES ONLY

Page 1

1
2
3              UNITED STATES DISTRICT COURT
4          FOR THE DISTRICT OF MASSACHUSETTS
5                           C.A. NO: 4:21-CV-10572-TSH
6   *****************************************
7   KPM ANALYTICS NORTH AMERICA CORPORATION,
8              Plaintiff,
9   vs.
10  Blue SUN SCIENTIFIC, LLC, THE INNOVATIVE
11  TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT,
12  MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL
13  GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS,
14  AND PHILIP OSSOWSKI,
15             Defendants.
    *****************************************
16           ATTORNEYS' EYES ONLY
17           REMOTE DEPOSITION of IRVIN LUCAS, a
18  witness called on behalf of the Plaintiff, taken
19  pursuant to the applicable provisions of the Federal
20  Rules of Civil Procedure, before Susan Baxter, a Court
21  Reporter and Notary Public, in and for the
22  Commonwealth of Massachusetts, conducted remotely, on
23  Wednesday, April 27, 2022, commencing at 10:17 a.m.
24

EXHIBIT 6

ATTORNEYS EYES ONLY



ATTORNEYS EYES ONLY

