ATTORNEYS EYES ONLY   April 26, 2022

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3     KPM ANALYTICS NORTH AMERICA

 4     CORPORATION,

 5           Plaintiff,

 6        vs.                    C.A. No. 4:21-cv-10572-TSH

 7     BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE

 8     TECHNOLOGIES GROUP & CO., LTD; ARNOLD

 9     EILERT; MICHELLE GAJEWSKI; ROBERT

10     GAJEWSKI; RACHAEL GLENISTER; GREGORY

11     ISRAELSON; IRVIN LUCAS, and PHILIP

12     OSSOWSKI,

13           Defendants.

14     --------------------------------x

15     Confidential, Attorneys' Eyes Only

16

17              30(b)(6) CORPORATE DESIGNEE

18                    DEPOSITION

19                    ERIC OLSON

20              CONDUCTED VIRTUALLY

21            Tuesday, April 26, 2022

22                   10:11 a.m.

23

24           Laurie K. Langer, RPR
```

Veritext Legal Solutions
202-803-8830 -- 410-494-8300

EXHIBIT 8



ATTORNEYS EYES ONLY

April 26, 2022

Page 17

