# Exhibit 1

COLE,ON BOND

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.6.3 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00705-2

Case title: USA v. Dyson et al

Date Filed: 11/16/2021

Assigned to: Honorable Elaine E. Bucklo

**Defendant (2)**

| | | |
|---|---|---|
| **Irvin R. Lucas, IV** | represented by | **Donna Ann Hickstein Foley**<br>Foley and Foley<br>9644 South Hamilton Avenue<br>Chicago, IL 60643<br>(773) 881-3800<br>Fax: Active<br>Email: dhfoleylaw@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **L. Heidi Manschreck**<br>United States Attorney's Office |

219 South Dearborn Street
Chicago, IL 60604
312 469-6205
Fax: US Govt Attorney
Email: heidi.manschreck2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Fax: US Govt Attorney
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Fax: Not a member
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Fax: Not a member
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2021 | 1 | INDICTMENT as to Kimberly A. Dyson (1) count(s) 1, 2-5, Irvin R. Lucas, IV (2) count(s) 1 (lma, ) (Entered: 11/17/2021) |
| 11/16/2021 | 3 | DESIGNATION Sheet: FELONY (Category 2). (lma, ) (Entered: 11/17/2021) |
| 11/16/2021 | 4 | MINUTE entry before the Honorable M. David Weisman as to Kimberly A. Dyson, Irvin R. Lucas, IV: To set preliminary bail at $4,500 and that defendants be allowed to sign own recognizance bond, as to both defendants. Mailed notice (lma, ) (Entered: 11/17/2021) |
| 11/17/2021 | 5 | NOTICE of Arraignment as to Kimberly A. Dyson, Irvin R. Lucas, IV before Honorable Jeffrey Cole on 11/23/2021 at 11:00 AM. (lma, ) (Entered: 11/17/2021) |
| 11/19/2021 | 7 | PRETRIAL Bail Report as to Irvin R. Lucas, IV (SEALED) (Miller, Kyle) (Entered: 11/19/2021) |
| 11/20/2021 | 8 | ATTORNEY Appearance for defendant Irvin R. Lucas, IV by Donna Ann Hickstein Foley (Hickstein Foley, Donna) (Entered: 11/20/2021) |
| 11/22/2021 | 9 | MINUTE entry before the Honorable Jeffrey Cole as to Irvin R. Lucas, IV: Arraignment |

| | | |
|---|---|---|
| | | previously set for 11/23/21 is stricken and reset to 11/29/2021 at 2:30 p.m. Members of the public and media will be able to call in to listen to this hearing at (888) 684-8852, access code 5618926.#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lf, ) (Entered: 11/22/2021) |
| 11/29/2021 | | ORAL MOTION by USA to exclude time as to Irvin R. Lucas, IV. (rc, ) (Entered: 11/30/2021) |
| 11/29/2021 | 18 | ORDER as to Irvin R. Lucas, IV ; Initial Appearance held; Initial appearance and arraignment held 11/29/21. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appeared by telephone conference today. Defendant informed of his rights and of the charges and the maximum penalties if he were to be convicted. Enter order appointing Ms. Donna Hickstein Foley from the CJA Panel as counsel for defendant. Defendant waived formal reading of indictment. Defendant enters plea of not guilty to the indictment. 16.1 (A) Conference to be held by 12/6/21. Pretrial Motions and Response shall be set by the District Court in a separate order. Telephonic status hearing set before Judge Bucklo on 12/17 /21 at 10:00 a.m. Without objection, the Government's oral motion to exclude time is granted. The time from 11/29/21 through 12/17/21 is excluded in the interest of justice for preparation of pretrial motions under the ends-of-justice provision, as required by § 3161 (h)(7) and for motions under 18 USC § 3161 (7) (B) (iv) and 18 USC § 3161 (h)(l) (D). (X-T) & (X-E). Court enters order setting conditions of release, subject to all conditions set forth, on pages 2 and 3 and including an unsecured bond of $4,500.00. Defendant will be released after processing. Signed by the Honorable Jeffrey Cole on 11/29/2021. Mailed notice. (rc, ) (Entered: 11/30/2021) |
| 11/29/2021 | 19 | ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f) as to Irvin R. Lucas, IV: Signed by the Honorable Jeffrey Cole on 11/29/2021. Mailed notice. (rc, ) (Entered: 11/30/2021) |
| 11/29/2021 | 20 | FINANCIAL Affidavit filed by Irvin R. Lucas, IV. (SEALED) (rc, ) (Entered: 11/30/2021) |
| 11/29/2021 | 21 | CJA ORDER Appointing Counsel Donna Ann Hickstein Foley for Irvin R. Lucas, IV Under the Criminal Justice Act. Signed by the Honorable Jeffrey Cole on 11/29/2021. Mailed notice. (rc, ) (Entered: 11/30/2021) |
| 11/29/2021 | 22 | ORDER Setting Conditions of Release as to Irvin R. Lucas, IV in amount of $ 4,500, Own Recognizance. Signed by the Honorable Jeffrey Cole on 11/29/2021. Mailed notice. (rc, ) (Entered: 11/30/2021) |
| 11/29/2021 | 23 | APPEARANCE Bond as to Irvin R. Lucas, IV in the amount of $ 4,500.00. (rc, ) (Entered: 11/30/2021) |
| 12/10/2021 | 24 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Kimberly A. Dyson (1), and Irvin R. Lucas, IV (2): The government shall confer with defense counsel and file a status report by 12/14/2021 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, and state whether there is any objection to exclusion of time. The court will enter a scheduling order in response to the status report. Mailed notice. (mgh, ) (Entered: 12/10/2021) |
| 12/14/2021 | 25 | STATUS REPORT by USA as to Kimberly A. Dyson, Irvin R. Lucas, IV (Manschreck, L.) (Entered: 12/14/2021) |
| 12/16/2021 | 27 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Kimberly A. Dyson and Irvin |

| | | |
|---|---|---|
| | | R. Lucas, IV: The Court has reviewed the status reports. At the parties request and by agreement, Status hearing is reset for 1/28/2022 at 10:00 a.m. (to track the case only, no appearance is required). The government shall confer with defense counsel and file a status report by 1/20/2022 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, and state whether there is any objection to exclusion of time. The court will enter a scheduling order in response to the status report. The Court finds the interest of justice would best be served by excluding time from 12/17/2021 to 1/28/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 12/16/2021) |
| 01/20/2022 | 29 | STATUS REPORT *(Joint)* by USA as to Kimberly A. Dyson, Irvin R. Lucas, IV (Manschreck, L.) (Entered: 01/20/2022) |
| 01/26/2022 | 30 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Kimberly A. Dyson and Irvin R. Lucas, IV: The Court has reviewed the status reports. At the parties request and by agreement, Status hearing is reset for 2/16/2022 at 10:00 a.m. (to track the case only, no appearance is required). The government shall confer with defense counsel and file a status report by 2/9/2022 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, and state whether there is any objection to exclusion of time. The court will enter a scheduling order in response to the status report. The Court finds the interest of justice would best be served by excluding time from 1/28/2022 to 2/16/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 01/26/2022) |
| 02/09/2022 | 31 | STATUS REPORT *(Joint)* by USA as to Kimberly A. Dyson, Irvin R. Lucas, IV (Manschreck, L.) (Entered: 02/09/2022) |
| 02/10/2022 | 32 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV,: The Court has reviewed the joint status report, status hearing set for 2/16/2022 is stricken. Change of plea hearing is set for 3/8/2022 at 10:30 a.m. by video conference. Defendant agrees to consent to holding his change of plea hearing by video conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (571) 353-2300, the meeting ID is 468711960. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The government shall confer with defense counsel and file a status report by 3/1/2022 with an update on the status of the case. The court will enter a scheduling order in response to the status report. The Court finds the interest of justice would best be served by excluding time from 2/16/2022 to 3/8/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 02/10/2022) |
| 03/01/2022 | 34 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV: At the request of the parties and by agreement, the Change of Plea Hearing set for 3/8/2022 is reset at 11:00 a.m. by video conference. (TIME CHANGE ONLY). Mailed notice. (mgh, ) (Entered: 03/01/2022) |
| 03/01/2022 | 35 | STATUS REPORT *Joint Status Report* by USA as to Kimberly A. Dyson, Irvin R. Lucas, IV (Manschreck, L.) (Entered: 03/01/2022) |
| 03/07/2022 | 37 | MOTION by Irvin R. Lucas, IV to continue *without objection* (Attachments: # 1 Certificate of Service)(Hickstein Foley, Donna) (Entered: 03/07/2022) |

| | | |
|---|---|---|
| 03/07/2022 | 38 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV (2): Defendant's motion without objection to reschedule change of plea hearing 37 is granted. The Change of Plea Hearing is reset for 3/28/2022 at 10:00 by video conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (571) 353-2300, the meeting ID is 468711960. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court finds the interest of justice would best be served by excluding time from 3/8/2022 to 3/28/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 03/07/2022) |
| 03/28/2022 | 39 | MOTION by Irvin R. Lucas, IV to continue *change of plea hearing* (Attachments: # 1 Certificate of Service)(Hickstein Foley, Donna) (Entered: 03/28/2022) |
| 03/28/2022 | 40 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV (2): Defendant's (unopposed) motion to reschedule change of plea hearing 39 is granted. The Change of Plea Hearing is reset for 4/22/2022 at 11:30 by video conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (571) 353-2300, the meeting ID is 468711960. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court finds the interest of justice would best be served by excluding time from 3/28/2022 to 4/22/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 03/28/2022) |
| 04/21/2022 | 43 | MOTION by Irvin R. Lucas, IV to reset *change of plea hearing* (Attachments: # 1 Certificate of Service)(Hickstein Foley, Donna) (Entered: 04/21/2022) |
| 04/21/2022 | 44 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV (2): Defendant's motion to reset change of plea hearing 43 is granted. The Change of Plea Hearing is reset for 4/27/2022 at 11:00 by video conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (571) 353-2300, the meeting ID is 468711960. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court finds the interest of justice would best be served by excluding time from 4/22/2022 to 4/27/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 04/21/2022) |
| 04/26/2022 | 45 | MOTION by Irvin R. Lucas, IV to reset *change of plea agreed* (Attachments: # 1 Certificate of Service)(Hickstein Foley, Donna) (Entered: 04/26/2022) |
| 04/26/2022 | 46 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV (2): Defendant's agreed motion to reset change of plea hearing and exclude time 45 is granted. The Change of Plea Hearing is reset for 5/25/2022 at 11:00 a.m. by video conference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is (571) 353-2300, the meeting ID is 468711960. Counsel of record will receive an |

| | | |
|---|---|---|
| | | email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. The Court finds the interest of justice would best be served by excluding time from 4/27/2022 to 5/25/2022 pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (mgh, ) (Entered: 04/26/2022) |
| 05/24/2022 | 49 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV (2): Members of the public and media will be able to call in to listen to this hearing. The new call-in number is (872) 703-5321, the meeting ID is 442568598#. Counsel of record will receive an email invitation prior to the start of the video hearing with instructions to join the video conference. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mgh, ) (Entered: 05/24/2022) |
| 05/25/2022 | 50 | ORDER as to Irvin R. Lucas, IV: Change of plea hearing held on 5/25/2022 via video conference with consent of the parties. Defendant Irvin R. Lucas, IV withdraws plea of not guilty and enters plea of guilty to Count 1 of the Indictment. Defendant is informed of his rights and knowingly waives them. The Court accepts the plea agreement and enters judgment of guilty as to Count 1 of the Indictment. Order cause referred to the Probation Office for a presentence investigation report. The Court directs the Probation Office to disclose the sentencing recommendation to both the Government and defense counsel. Sentencing memorandum and objections to PSR to be filed by 8/9/2022. Responses to be filed by 8/16/2022. Sentencing hearing set for 8/23/2022 at 10:30 a.m. Defendant shall remain released pending sentencing subject to the previously ordered conditions of release. Enter Plea Agreement. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Signed by the Honorable Elaine E. Bucklo on 5/25/2022. Mailed notice (jg, ) (Entered: 05/25/2022) |
| 05/25/2022 | 51 | PLEA Agreement as to Irvin R. Lucas, IV (jg, ) (Entered: 05/25/2022) |
| 07/15/2022 | 54 | PRESENTENCE Investigation Report as to Irvin R. Lucas, IV (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Gingell, Wendy) (Entered: 07/15/2022) |
| 08/01/2022 | 58 | MOTION by USA to continue as to Irvin R. Lucas, IV *Agreed Motion to Continue Sentencing* (Manschreck, L.) (Entered: 08/01/2022) |
| 08/02/2022 | 59 | WAIVER of CARES Act for sentencing by Irvin R. Lucas, IV (Attachments: # 1 Certificate of Service)(Hickstein Foley, Donna) (Entered: 08/02/2022) |
| 08/02/2022 | 60 | MINUTE entry before the Honorable Elaine E. Bucklo, as to Irvin R. Lucas, IV (2): Defendant's agreed motion to continue sentencing 58 is granted. Sentencing previously set for 8/23/2022 is stricken. Status hearing set for 10/28/2022 at 10:00 a.m. for the purpose of setting a sentencing date. (to track the case only, no appearance is required). The government shall confer with defense counsel and file a status report by 10/21/2022. The |

| | |
|---|---|
| | court will enter a scheduling order in response to the status report. Mailed notice. (mgh, ) (Entered: 08/02/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/19/2022 10:04:27 | | | |
| **PACER Login:** | pkzacharakis | **Client Code:** | 10255/36384 |
| **Description:** | Docket Report | **Search Criteria:** | 1:21-cr-00705 |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |