# **Exhibit 15**

# EXHIBIT 17

**Exhibit 0003**
7/6/2021
Irvin Lucas



# Phoenix Application Note
## Skim Milk Powder

## Introduction

This application note describes the general results when measuring skim milk powder using for the Phoenix NIR Analyzers.

## Method

All samples were run on a Phoenix Series NIR Analyzer and calibrations were developed using Alligator Calibration software.

All samples were analyzed at room temperature. All samples were mixed well before analyzing

The large cup was used for analysis.

## Results

Samples were collected from many different global locations.

All results are on as-is basis.

## Definitions

**# of Samples**: Total number of samples for each constituent.

**Range**: Constituent range in the calibration

**$R^2$**: Correlation coefficient is the agreement between the wet chemistry and NIR results. Correlation is dependent on lab accuracy and constituent range.

**SECV**: Cross Validation Error of the calibration. This value is approximately what can be expected when using the calibration for routine analysis.

| Constituent | # of Samples | Range | $R^2$ | SECV |
|---|---|---|---|---|
| Moisture | 1200 | 2.5 – 4.6 | 0.83 | 0.10 |
| Fat | 1050 | 0.1 – 1.2 | 0.90 | 0.07 |
| Protein | 1400 | 31.9 – 38.6 | 0.97 | 0.25 |
| Lactose | 950 | 48.8 – 57.0 | 0.95 | 0.41 |




