# **Exhibit 24**



PRODUCTS    INDUSTRIES    SUPPORT    ABOUT US    STORE    More

# About Blue Sun Scientific

## Making Analytical Solutions Easy

Blue Sun Scientific LLC., a majority-owned subsidiary of the Innovative Technology Group Corporation founded in 1996, is an international leader in developing, manufacturing, distributing, and servicing analytical solutions.

Blue Sun is the original instrument designer for many respected instrumentation brands including NIR companies Unity Scientific™ and Process Sensors Corp.

Our innovative and employee-owned company supports researchers, environmental monitors, and manufacturers.  We have three customer-focused business segments:



### Food & AGricultural
Maximize yield & throughput, conform to quality standards, and ensure food safety

### Environmental
Monitor nutrients using EPA standards for surface, drinking, waste & seawater

### Chemical
Optimize product reliability and manufacturing consistency

We have facilities throughout the world, with representatives and distributors serving more than 50 countries. From our headquarters in Jessup, Maryland, USA, we at Blue Sun Scientific provide analytical and measuring instruments, software, tailored sample handling, reagents, training packages, and long-term support services.

Our analytical field, laboratory, and in-line solutions help companies of all sizes in a variety of industries solve process and product quality issues, generating exceptional impact and value. Customers turn to us -- and stay with us -- because here at Blue Sun Scientific:

## Our customers come first!

### Measurement Made Easy
We make selection and ownership easy -- so you can focus on your business.
→

### Performance Improvement
We optimize connectivity, reliability and efficiency of your assets -- so you can increase speed and yield.
→

### Fast Response
We guarantee fast and flexible response -- so you can maximize your uptime.
→

### Lifecycle Support
We strive to optimize and extend your new and legacy instrument's life--so you can get maximum ROI.
→

**BLUE SUN SCIENTIFIC**

8017 Dorsey Run Road, Suite H
Jessup, MD 20794, USA

info@bluesunscientific.com
(888) 444-5175

Distributor Log In