# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION<br><br>      PLAINTIFF<br><br>  V.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, ROBERT GAJEWSKI, RACHAEL GLENISTER AND IRVIN LUCAS<br><br>      DEFENDANTS | Civil Action No. 4:21-cv-10572-LTS |

## NOTICE OF FIRM CHANGE AND ADDRESS OF COUNSEL
## FOR KPM ANALYTICS NORTH AMERICA CORPORATION

Pursuant to Local Rule 83.5.2(e), John T. Gutkoski notifies the Court of his change of law firm and address. Mr. Gutkoski had been with the firm of Cesari and McKenna LLP.

Mr. Gutkoski is now an attorney with the firm of Sunstein LLP. His change of address appears below.

Date: January 30, 2023

Respectfully submitted,

KPM ANALYTICS NORTH AMERICA CORPORATION

By its attorneys,

/s/ John T. Gutkoski
John T. Gutkoski (BBO No. 567182)
Sunstein LLP
100 High Street, Floor 20
Boston, MA 02110
Tel: 617-443-9292
Fax: 617-443-0004
Email: jgutkoski@sunsteinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2023, a true and exact copy of the foregoing was served on all counsel of record through the Court's ECF system.

s/ John T. Gutkoski

3845000.1