# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENNISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI<br><br>   Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## NOTICE OF APPEARANCE OF KEVIN R. MOSIER

Please enter the appearance of Kevin R. Mosier in the above-captioned action on behalf of Plaintiff KPM Analytics North America Corporation.

Date:  March 16, 2023

Respectfully submitted,

*KPM Analytics North America Corporation*,

By its attorneys,

*/s/ Kevin R. Mosier*
John T. Gutkoski (BBO #567182)
Kevin R. Mosier (BBO #703739)
SUNSTEIN LLP
100  High Street
Boston, MA 02110-1618
(617) 443-9292
jgutkoski@sunsteinlaw.com
kmosier@sunsteinlaw.com

Scott R. Magee (BBO# 664067)
Paige K. Zacharakis (BBO# 699108)
MORSE, BARNES-BROWN, AND PENDLETON, P.C.
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
(781) 622-5930
smagee@morse.law
pzacharakis@morse.law