# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS and PHILIP OSSOWSKI, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

Civil Action No. 21-cv-10572-MRG

## **AFFIDAVIT OF LAUREN E. LAKE**

I, Lauren E. Lake, Esq., being duly sworn, depose and say as follows:

1. I am over the age of eighteen (18), and I am competent to be a witness and I have personal knowledge of the facts and matters stated herein.

2. I am a lawyer with Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202, 410-576-4000.

3. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice, including the United States District Court for the District of Maryland. A copy of my Certificate of Good Standing is attached as *Exhibit A*.

4. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction where I have been admitted to practice or in any other jurisdiction.

10044285.1 58144/146507 3/29/23

2

5.  I have read and am familiar with the local rules of this Court.

SIGNED UNDER THE PENALTIES OF PERJURY ON THIS 29th DAY OF MARCH, 2023.

_Lauren E. Lake_
Lauren E. Lake

# **EXHIBIT A**



# Certificate of Good Standing

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

I, Catherine M. Stavlas, Clerk of the United States District Court for the District of Maryland, certify that Lauren Lake, Bar No. 20488, was duly admitted to practice in this Court on 6/13/2018, and is in good standing as a member of the Bar of this Court.



Clerk of Court

Date: 3/30/2023

Marlowe Hill
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*