UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>*Plaintiff.*<br><br>V.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>*Defendants.* | Civil Action No. 21-10572-MRG |

## **[PROPOSED] ORDER**

The Court, having considered the Joint Motion to Amend Pre-Trial Deadlines,

IT IS HEREBY ORDERED on this _____ day of April, 2023 that the Joint Motion to Amend Pre-Trial Deadlines is **GRANTED** and the deadlines in this matter are set as follows:

- Deadline to exchange objections to trial witnesses, deposition designations, and proposed exhibits: **April 17, 2023**;

- Deadline to for parties to meet and confer on settlement:  **April 24, 2023**;

- Deadline for parties to file the Joint Pre-Trial Memorandum:  **April 24, 2023**;

- Deadline for parties to file their respective trial briefs, including motions *in limine*: **April 25, 2023**;

- Final pre-trial conference:  **April 26, 2023**;

- Deadline to for parties to file oppositions to motions *in limine*:  **May 1, 2023**.

1

Trial will commence on May 3, 2023, with jury selection taking place on May 2, 2023.

IT IS SO ORDERED.

Dated this _____ day of April, 2023.

_____
Margaret R. Guzman
United States District Judge