UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:21-cv-10572-TSH |
| BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, and PHILIP OSSOWSKI, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Lauren E. Lake as co-counsel for Defendants Blue Sun Scientific,

LLC and The Innovative Technologies Group & Co., LTD.

Dated:  April 12, 2023

/s/ Maria T. Davis
Christopher R. O'Hara (BBO# 548611)
cohara@toddweld.com
Maria T. Davis (BBO# 6754477)
mdavis@toddweld.com
Todd & Weld, LLP
One Federal Street
Boston, MA 02110


/s/ Lauren E. Lake
George F. Ritchie*, Fed Bar #22408
gritchie@gfrlaw.com
Royal Craig*, Fed. Bar #24546
rcraig@gfrlaw.com
Lauren E. Lake*, Fed. Bar #20488
llake@gfrlaw.com
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
Tel/Fax: (410) 576-4131
* pro hac vice


Attorneys for Defendants Blue Sun Scientific, LLC and
The Innovative Technologies Group & Co., LTD

10072732.1 58144/146507 4/12/23

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April, 2023, a copy of the foregoing was served on all

counsel of record through the court's electronic filing system.

*/s/ Lauren E. Lake*
Lauren E. Lake

10072732.1 58144/146507  4/12/23