# Exhibit A

## (Uncontested Exhibits)

| Trial Ex. No. | Party Offering | Bates Begin | Bates End | Description |
|---|---|---|---|---|
| 1 | KPM | | | Irvin Lucas 2021 Dep. Ex. 3, Complaint Ex. 17 |
| 2 | KPM | GLENISTER_000001 | GLENISTER_000009 | Irvin Lucas 2021 Dep. Ex. 4, 08/13/18 Email |
| 3 | KPM | GLENISTER_000010 | GLENISTER_000010 | Irvin Lucas 2021 Dep. Ex. 5, 08/13/18 Email |
| 4 | KPM | KPM-BS-001744 | KPM-BS-001746 | Irvin Lucas 2021 Dep. Ex. 6, 01/11/21 Email |
| 5 | KPM | KPM-BS-001744 | KPM-BS-001746 | Irvin Lucas 2021 Dep. Ex. 7, 04/01/21 |
| 6 | KPM | KPM0004718 | KPM0004719 | Irvin Lucas 2021 Dep. Ex. 8, 01/21/20 Email |
| 7 | KPM | KPM-BS-000499 | KPM-BS-000500 | Irvin Lucas 2021 Dep. Ex. 9, 03/16/21 Email |
| 8 | KPM | KPM-BS-001992 | KPM-BS-001998 | Irvin Lucas 2021 Dep. Ex. 10, 03/24/21 Email |
| 9 | KPM | KPM0003878 | KPM0003878 | Irvin Lucas 2021 Dep. Ex. 11, 03/19/20 Email |
| 10 | KPM | KPM-BS-000828 | KPM-BS-000829 | Irvin Lucas 2021 Dep. Ex. 12, 01/06/21 Email |
| 11 | KPM | KPM-BS-000935 | KPM-BS-000938 | Irvin Lucas 2021 Dep. Ex. 13, 01/07/21 Email |
| 12 | KPM | KPM-BS-001050 | KPM-BS-001050 | Irvin Lucas 2021 Dep. Ex. 14, 10/11/19 Email |
| 13 | KPM | KPM0002951 | KPM0002952 | Irvin Lucas 2021 Dep. Ex. 15, 08/14/19 Email |
| 14 | KPM | GAJEWSKI_005660 | GAJEWSKI_005661 | Irvin Lucas 2021 Dep. Ex. 16, 02/12/21 Email |
| 15 | KPM | KPM0002739 | KPM0002739 | Irvin Lucas 2021 Dep. Ex. 17, /05/03/19 Email |
| 16 | KPM | KPM-BS-002319 | KPM-BS-002319 | Irvin Lucas 2021 Dep. Ex. 19, 02/18/21 Email |
| 17 | KPM | KPM-BS-002302 | KPM-BS-002302 | Irvin Lucas 2021 Dep. Ex. 20, 02/24/21 Email |
| 19 | KPM | KPM-BS-001127 | KPM-BS-001128 | Irvin Lucas 2021 Dep. Ex. 22, 11/19/20 Email with attachment |

| 21 | KPM | | | Irvin Lucas 2022 Dep. Ex. 2 |
|----|-----|---|---|------------------------------|
| 22 | KPM | | | Irvin Lucas 2022 Dep. Ex. 3 |
| 23 | KPM | | | Irvin Lucas 2022 Dep. Ex. 4 |
| 24 | KPM | KPM-BS2-00000059 | KPM-BS2-00000118 | Irvin Lucas 2022 Dep. Ex. 5 |
| 25 | KPM | KPM-BS2-00000054 | KPM-BS2-00000054 | Irvin Lucas 2022 Dep. Ex. 6 |
| 26 | KPM | KPM-BS2-00000794 | KPM-BS2-00000796 | Irvin Lucas 2022 Dep. Ex. 7 |
| 27 | KPM | KPM-BS2-00000876 | KPM-BS2-00000881 | Irvin Lucas 2022 Dep. Ex. 9, Email String |
| 28 | KPM | KPM-BS2-00001689 | KPM-BS2-00001692 | Irvin Lucas 2022 Dep. Ex. 11, Email String |
| 29 | KPM | KPM-BS2-00002083 | KPM-BS2-00002084 | Irvin Lucas 2022 Dep. Ex. 13, Email |
| 30 | KPM | KPM-BS2-00006395 | KPM-BS2-00006397 | Irvin Lucas 2022 Dep. Ex. 14, 2018 Financials |
| 31 | KPM | KPM-BS2-00006398 | KPM-BS2-00006400 | Irvin Lucas 2022 Dep. Ex. 15, 2019 Financials |
| 32 | KPM | KPM-BS2-00006401 | KPM-BS2-00006403 | Irvin Lucas 2022 Dep. Ex. 16, 2020 Financials |
| 33 | KPM | | | Updated Financials for Innovative Technologies Group and Blue Sun Scientific |
| 34 | KPM | | | Irvin Lucas 2022 Dep. Ex. 17, Spreadsheet of Invoices |
| 35 | KPM | KPM-BS2-00001629 | KPM-BS2-00001629 | Irvin Lucas 2022 Dep. Ex. 18, Offer Letter for Josh Sarver |
| 36 | KPM | KPM-BS2-00001628 | KPM-BS2-00001628 | Irvin Lucas 2022 Dep. Ex. 19, Offer Letter for Irvin Lucas |
| 37 | KPM | KPM-BS2-00001630 | KPM-BS2-00001630 | Irvin Lucas 2022 Dep. Ex. 20, Offer Letter for Doug Evans |
| 38 | KPM | KPM-BS2-00001782 | KPM-BS2-00001782 | Irvin Lucas 2022 Dep. Ex. 21, Offer Letter for Rachael Glenister |
| 39 | KPM | KPM-BS2-00001639 | KPM-BS2-00001639 | Irvin Lucas 2022 Dep. Ex. 22 |
| 40 | KPM | KPM-BS2-00001641 | KPM-BS2-00001641 | Irvin Lucas 2022 Dep. Ex. 23 |
| 45 | KPM | KPM-BS2-00001747 | KPM-BS2-00001748 | Irvin Lucas 2022 Dep. Ex. 32, 10/29/21 Email |
| 46 | KPM | KPM-BS2-00000233 | KPM-BS2-00000236 | Irvin Lucas 2022 Dep. Ex. 36, 06/08/21 Email |

| 47 | KPM | KPM-BS2-00000837 | KPM-BS2-00000841 | Irvin Lucas 2022 Dep. Ex. 37, 07/09/21 Email |
| 48 | KPM | KPM-BS2-00000052 | KPM-BS2-00000052 | Irvin Lucas 2022 Dep. Ex. 38, 08/12/21 Email |
| 49 | KPM | KPM-BS2-00000056 | KPM-BS2-00000058 | Irvin Lucas 2022 Dep. Ex. 39, 08/19/21 Email |
| 50 | KPM | KPM-BS2-00001399 | KPM-BS2-00001399 | Irvin Lucas 2022 Dep. Ex. 41 |
| 51 | KPM | KPM-BS2-00002236 | KPM-BS2-00002241 | Irvin Lucas 2022 Dep. Ex. 42, 08/18/20 Email |
| 52 | KPM | KPM-BS2-00002187 | KPM-BS2-00002194 | Irvin Lucas 2022 Dep. Ex. 43, 01/06/21 Email |
| 53 | KPM | KPM-BS2-00002208 | KPM-BS2-00002208 | Irvin Lucas 2022 Dep. Ex. 44, 01/21/21 Email |
| 54 | KPM | KPM-BS2-00002212 | KPM-BS2-00002213 | Irvin Lucas 2022 Dep. Ex. 45, 02/05/21 Email |
| 55 | KPM | KPM-BS2-00002291 | KPM-BS2-00002292 | Irvin Lucas 2022 Dep. Ex. 46, 02/18/21 Email |
| 56 | KPM | KPM-BS2-00002308 | KPM-BS2-00002308 | Irvin Lucas 2022 Dep. Ex. 47, 02/24/21 Email |
| 57 | KPM | KPM-BS2-00002310 | KPM-BS2-00002311 | Irvin Lucas 2022 Dep. Ex. 48, 02/24/21 Email |
| 58 | KPM | KPM-BS2-00002315 | KPM-BS2-00002315 | Irvin Lucas 2022 Dep. Ex. 49, 07/09/21 Email |
| 59 | KPM | KPM-BS2-00003114 | KPM-BS2-00003114 | Irvin Lucas 2022 Dep. Ex. 50, 04/28/21 Email |
| 60 | KPM | KPM-BS2-00000906 | KPM-BS2-00000912 | Irvin Lucas 2022 Dep. Ex. 51, 07/26/21 Email |
| 61 | KPM | KPM-BS2-00000939 | KPM-BS2-00000940 | Irvin Lucas 2022 Dep. Ex. 52, 08/04/21 Email |
| 62 | KPM | KPM-BS2-00000941 | KPM-BS2-00000943 | Irvin Lucas 2022 Dep. Ex. 53, 08/04/21 Response Email |
| 63 | KPM | KPM-BS2-00000948 | KPM-BS2-00000951 | Irvin Lucas 2022 Dep. Ex. 54, 08/09/21 Email |
| 64 | KPM | KPM-BS2-00000788 | KPM-BS2-00080094 | Irvin Lucas 2022 Dep. Ex. 56, 07/02/21 Email with Attachment |
| 65 | KPM | KPM-BS2-00000120 | KPM-BS2-00000120 | Irvin Lucas 2022 Dep. Ex. 57, 01/21/21 Email |

| 67 | KPM | KPM-BS2-00000122 | KPM-BS2-00000123 | Irvin Lucas 2022 Dep. Ex. 60, 04/01/21 Email |
|---|---|---|---|---|
| 68 | KPM | KPM-BS2-00000135 | KPM-BS2-00000138 | Irvin Lucas 2022 Dep. Ex. 61, 05/26/21 Email |
| 69 | KPM | KPM-BS2-00001667 | KPM-BS2-00001672 | Irvin Lucas 2022 Dep. Ex. 62, 06/11/21 Email |
| 70 | KPM | KPM-BS2-00000960 | KPM-BS2-00000962 | Irvin Lucas 2022 Dep. Ex. 63, 08/13/21 Email |
| 71 | KPM | KPM-BS2-00001713 | KPM-BS2-00001714 | Irvin Lucas 2022 Dep. Ex. 64, 08/17/21 Email |
| 72 | KPM | KPM-BS2-00000971 | KPM-BS2-00000974 | Irvin Lucas 2022 Dep. Ex. 65, 08/16/21 Email |
| 73 | KPM | GAJEWSKI_000074 | GAJEWSKI_000078 | Robert R. Wilt Dep. Ex. 6, 01/28/2019 Email |
| 74 | KPM | GAJEWSKI_002250 | GAJEWSKI_002254 | Robert R. Wilt Dep. Ex. 8, 02/12/2020 Email |
| 75 | KPM | GAJEWSKI_002953 | GAJEWSKI_002953 | Robert R. Wilt Dep. Ex. 9, 04/28/2020 Email |
| 76 | KPM | KPM-BS-001092 | KPM-BS-001092 | Robert R. Wilt Dep. Ex. 10, 07/16/2020 Email |
| 77 | KPM | GAJEWSKI_004225 | GAJEWSKI_004230 | Robert R. Wilt Dep. Ex. 11, 10/06/2020 Email |
| 78 | KPM | GAJEWSKJ_005587 | GAJEWSKJ_005587 | Robert R. Wilt Dep. Ex. 13, 01/27/2021 Email |
| 79 | KPM | KPM-BS-001616 | KPM-BS-001616 | Robert R. Wilt Dep. Ex. 14, 02/18/2021 Email |
| 80 | KPM | KPM-BS2-00006295 | KPM-BS2-00006297 | Robert W. Wilt Dep Ex. 2, 12/31/18 Consolidating Balance Sheet |
| 81 | KPM | KPM-BS2-00001078 | KPM-BS2-00001079 | Robert W. Wilt Dep Ex. 5, 12/31/17 Balance Sheet |
| 82 | KPM | KPM-BS2-00001571 | KPM-BS2-00001572 | Robert W. Wilt Dep Ex. 8, 07/07/18 Email |
| 83 | KPM | KPM-BS2-00001586 | KPM-BS2-00001601 | Robert W. Wilt Dep Ex. 9, 02/18/19 Email with attachment |
| 84 | KPM | KPM-ITGC-00000217 | KPM-ITGC-00000217 | Robert W. Wilt Dep Ex. 11, 05/08/19 Email |
| 85 | KPM | KPM-ITGC-00000219 | KPM-ITGC-00000221 | Robert W. Wilt Dep Ex. 12, 05/14/19 Email with attachment |

| 86 | KPM | KPM-ITGC-00000252 | KPM-ITGC-00000253 | Robert W. Wilt Dep Ex. 14, 10/03/19 Email string |
|---|---|---|---|---|
| 87 | KPM | KPM-ITGC-00000263 | KPM-ITGC-00000264 | Robert W. Wilt Dep Ex. 15, 10/30/19 Email with attachment |
| 88 | KPM | KPM-ITGC-00000265 | KPM-ITGC-00000265 | Robert W. Wilt Dep Ex. 17, 04/02/20 Email |
| 89 | KPM | KPM-BS2-00002661 | KPM-BS2-00002662 | Robert W. Wilt Dep Ex. 18, 10/21/20 Email string |
| 90 | KPM | KPM-BS-000164 | KPM-BS-000164 | Robert W. Wilt Dep Ex. 19, 11/05/20 Email |
| 91 | KPM | KPM-BS2-00000219 | KPM-BS2-00000219 | Robert W. Wilt Dep Ex. 20, 06/08/21 Email |
| 92 | KPM | KPM-BS2-00001753 | KPM-BS2-00001755 | Robert W. Wilt Dep Ex. 21, 11/16/21 Emails |
| 93 | KPM | KPM-BS2-000006406 | KPM-BS2-000006406 | Spreadsheet, and any updates |
| 94 | KPM | | | Robert Gajewski Dep. Ex. 2 |
| 95 | KPM | KPM00000975 | KPM00000976 | Robert Gajewski Dep. Ex. 3 |
| 96 | KPM | GAJEWSKI_000822 | GAJEWSKI_000838 | Robert Gajewski Dep. Ex. 4, 04/08/19 Email |
| 97 | KPM | | | Robert Gajewski Dep. Ex. 5 |
| 98 | KPM | | | Robert Gajewski Dep. Ex. 6 |
| 99 | KPM | GAJEWSKI_000151 | GAJEWSKI_000154 | Robert Gajewski Dep. Ex. 7, 02/18/19 Email |
| 100 | KPM | GAJEWSKI_000106 | GAJEWSKI_000107 | Robert Gajewski Dep. Ex. 8, 02/01/19 Email |
| 101 | KPM | GAJEWSKI_000115 | GAJEWSKI_000118 | Robert Gajewski Dep. Ex. 9, 02/04/19 Email |
| 102 | KPM | GAJEWSKI_002690 | GAJEWSKI_002693 | Robert Gajewski Dep. Ex. 10, 03/17/20 Email |
| 103 | KPM | GAJEWSKI_003617 | GAJEWSKI_003619 | Robert Gajewski Dep. Ex. 11, 06/30/20 Email |
| 104 | KPM | GAJEWSKI_000157 | GAJEWSKI_000157 | Robert Gajewski Dep. Ex. 12, 02/11/19 Email |
| 105 | KPM | GAJEWSKI_000987 | GAJEWSKI_000987 | Robert Gajewski Dep. Ex. 13, 04/24/19 Email |
| 106 | KPM | GAJEWSKI_000539 | GAJEWSKI_000540 | Robert Gajewski Dep. Ex. 14, 03/11/19 Email |

| 107 | KPM | GAJEWSKI_001770 | GAJEWSKI_001770 | Robert Gajewski Dep. Ex. 15, 12/19/19 Email |
| 108 | KPM | GAJEWSKI_001366 | GAJEWSKI_001377 | Robert Gajewski Dep. Ex. 16, 07/02/19 Email |
| 109 | KPM | GAJEWSKI_000096 | GAJEWSKI_000101 | Robert Gajewski Dep. Ex. 17, 01/30/19 Email |
| 110 | KPM | GAJEWSKI_002069 | GAJEWSKI_002084 | Robert Gajewski Dep. Ex. 18, 01/27/20 Email |
| 111 | KPM | GAJEWSKI_002831 | GAJEWSKI_002831 | Robert Gajewski Dep. Ex. 19, 03/30/20 Email |
| 112 | KPM | GAJEWSKI_000150 | GAJEWSKI_000150 | Robert Gajewski Dep. Ex. 20, 02/08/19 Email |
| 113 | KPM | GAJEWSKI_000410 | GAJEWSKI_000411 | Robert Gajewski Dep. Ex. 21, 03/04/19 Email |
| 114 | KPM | GAJEWSKI_000402 | GAJEWSKI_000402 | Robert Gajewski Dep. Ex. 22, 03/04/19 Email |
| 115 | KPM | GAJEWSKI_000321 | GAJEWSKI_000345 | Robert Gajewski Dep. Ex. 23, 02/25/19 Email |
| 116 | KPM | GAJEWSKI_000025 | GAJEWSKI_000037 | Robert Gajewski Dep. Ex. 24, 01/15/19 Email |
| 117 | KPM | GAJEWSKI_002023 | GAJEWSKI_002024 | Robert Gajewski Dep. Ex. 25, 01/22/20 Email |
| 118 | KPM | GAJEWSKI_000720 | GAJEWSKI_000723 | Robert Gajewski Dep. Ex. 26, 03/30/19 Email |
| 119 | KPM | GAJEWSKI_000645 | GAJEWSKI_000647 | Robert Gajewski Dep. Ex. 27, 03/25/19 Email |
| 120 | KPM | KPM-BS-001915 | KPM-BS-001917 | Robert Gajewski Dep. Ex. 28, 05/20/21 Email |
| 121 | KPM | GAJEWSKI_001479 | GAJEWSKI_001485 | Robert Gajewski Dep. Ex. 29, 08/15/19 Email |
| 122 | KPM | GAJEWSKI_002147 | GAJEWSKI_002149 | Robert Gajewski Dep. Ex. 30, 02/04/20 Email |
| 123 | KPM | GAJEWSKI_003631 | GAJEWSKI_003633 | Robert Gajewski Dep. Ex. 31, 07/02/20 Email |
| 124 | KPM | GAJEWSKI_001339 | GAJEWSKI_001361 | Robert Gajewski Dep. Ex. 32, 07/01/19 Email |
| 125 | KPM | GAJEWSKI_001552 | GAJEWSKI_001557 | Robert Gajewski Dep. Ex. 33, 10/18/19 Email |

| 126 | KPM | GAJEWSKI_001688 | GAJEWSKI_001702 | Robert Gajewski Dep. Ex. 34, 12/15/19 Email |
| 127 | KPM | GAJEWSKI_005662 | GAJEWSKI_005664 | Robert Gajewski Dep. Ex. 35, 02/12/21 Email |
| 130 | KPM | KPM0000616 | KPM0000616 | Eric Olson 2021 Dep. Ex. 6, 01/28/21 Email |
| 131 | KPM | KPM0004877 | KPM0004886 | Eric Olson 2021 Dep. Ex. 9 |
| 132 | KPM | KPM0003232 | KPM0003232 | Eric Olson 2021 Dep. Ex. 11 |
| 133 | KPM | KPM0001791 | KPM0001791 | Eric Olson 2021 Dep, Ex. 15 |
| 134 | KPM | | | Eric Olson 2022 Dep. Ex. 2, Spreadsheet 2017-2020 |
| 135 | KPM | | | Updated version of Eric Olson 2022 Dep. Ex. 2 |
| 136 | KPM | | | Eric Olson 2022 Dep. Ex. 3 |
| 137 | KPM | | | Eric Olson 2022 Dep. Ex. 6, Spreadsheet |
| 138 | KPM | | | Updated version of Eric Olson 2022 Dep. Ex. 6 |
| 139 | KPM | KPM0105911 | KPM0105912 | Brian Mitchell Dep. Ex. 3, Emails |
| 140 | KPM | | | Brian Mitchell Dep. Ex. 22 |
| 141 | KPM | KPM0002879 | KPM0002880 | Michelle Gajewski Dep. Ex. 4, 01/11/19 Email |
| 142 | KPM | KPM0002884 | KPM0002885 | Michelle Gajewski Dep. Ex. 6, 06/13/19 Email |
| 143 | KPM | KPM0002923 | KPM0002924 | Michelle Gajewski Dep. Ex. 8, 10/31/19 Email |
| 144 | KPM | GAJEWSKI_002689 | GAJEWSKI_002693 | Michelle Gajewski Dep. Ex. 9, 03/17/20 Email |
| 146 | KPM | KPM-BS-001147 | KPM-BS-001147 | Luigi Faustini Dep. Ex. 2, 06/29/20 Email |
| 147 | KPM | KPM-BS-000484 | KPM-BS-000484 | Luigi Faustini Dep. Ex. 3, 11/05/20 Email |
| 148 | KPM | KPM-BS-001073 | KPM-BS-001073 | Luigi Faustini Dep. Ex. 4, 11/09/20 Email |
| 149 | KPM | | | Arnold Eilert Dep. Ex. 3 |
| 150 | KPM | KPM0001958 | KPM0001959 | Arnold Eilert Dep. Ex. 5, 05/11/19 Email |

| 151 | KPM | KPM0002275 | KPM0002287 | Arnold Eilert Dep. Ex. 8, 01/20/20 Emails |
|---|---|---|---|---|
| 152 | KPM | KPM0002455 | KPM0002455 | Arnold Eilert Dep. Ex. 9, 06/11/20 Email |
| 153 | KPM | KPM0002320 | KPM0002320 | Arnold Eilert Dep. Ex. 10, 08/04/20 Email |
| 154 | KPM | GAJEWSKI_005631 | GAJEWSKI_005634 | Arnold Eilert Dep. Ex. 12, 02/03/21 Email |
| 155 | KPM | KPM-BS-000334 | KPM-BS-000335 | Arnold Eilert Dep. Ex. 14, 04/20/21 Email |
| 156 | KPM | KPM-BS-000336 | KPM-BS-000337 | Arnold Eilert Dep. Ex. 15, 05/06/21 Email |
| 157 | KPM | | | Arnold Eilert Dep. Ex. 16, 07/22/21 Email |
| 158 | KPM | KPM0001408 | KPM0001422 | Rachael Glenister Dep. Ex. 2, Rachael Glenister Confidentiality Agreement with Perkins |
| 159 | KPM | KPM0001486 | KPM0001486 | Rachael Glenister Dep. Ex. 3, Bates No. |
| 160 | KPM | KPM0001482 | KPM0001483 | Rachael Glenister Dep. Ex. 4 |
| 161 | KPM | GLENISTER_000018 | GLENISTER_000021 | Rachael Glenister Dep. Ex. 7, 01/25/19 Email |
| 162 | KPM | KPM0003897 | KPM0003898 | Rachael Glenister Dep. Ex. 8, 02/18/19 Email |
| 164 | KPM | GLENISTER_000034 | GLENISTER_000037 | Rachael Glenister Dep. Ex. 15, 04/27/20 Email |
| 165 | KPM | GLENISTER_000042 | GLENISTER_000044 | Rachael Glenister Dep. Ex. 16, 06/08/20 Email |
| 166 | KPM | GLENISTER_000045 | GLENISTER_000046 | Rachael Glenister Dep. Ex. 17, 06/08/20 Email |
| 167 | KPM | KPM0005993 | KPM0005995 | Rachael Glenister Dep. Ex. 18, 04/02/19 Email |
| 168 | KPM | KPM-BS-001112 | KPM-BS-001112 | Rachael Glenister Dep. Ex. 19, 08/04/20 Email |
| 169 | KPM | KPM-BS-002063 | KPM-BS-002063 | Rachael Glenister Dep. Ex. 20 |
| 170 | KPM | KPM-BS-001627 | KPM-BS-001627 | Rachael Glenister Dep. Ex. 21, 08/11/20 Email |

| 171 | KPM | KPM-BS-002231 | KPM-BS-002231 | Rachael Glenister Dep. Ex. 22, 08/11/20 Email |
| 172 | KPM | KPM-BS-001704 | KPM-BS-001704 | Rachael Glenister Dep. Ex. 23, 08/18/20 Email |
| 173 | KPM | KPM-BS-001030 | KPM-BS-001030 | Rachael Glenister Dep. Ex. 24, 08/25/20 Email |
| 174 | KPM | KPM-BS-002136 | KPM-BS-002136 | Rachael Glenister Dep. Ex.25 , 09/11/20 Email |
| 175 | KPM | KPM-BS001744 | KPM-BS-001746 | Rachael Glenister Dep. Ex. 29, 01/11/21 Emails |
| 176 | KPM | KPM-BS-002321 | KPM-BS-002321 | Rachael Glenister Dep. Ex. 30, 02/08/21 Emails |
| 177 | KPM | KPM-BS-000236 | KPM-BS-000236 | Rachael Glenister Dep. Ex. 32, ,03/09/21 Email |
| 178 | KPM | KPM-BS-002083 | KPM-BS-002085 | Rachael Glenister Dep. Ex. 35, 03/09/21 Emails |
| 179 | KPM | | | Rachael Glenister Dep. Ex. 36 |
| 180 | KPM | KPM003198 | KPM003204 | Robert Schumann Dep. Ex. 5, 09/28/20 Email |
| 181 | KPM | KPM004974 | KPM0004976 | Robert Schumann Dep. Ex. 6, 01/28/21 Email |
| 182 | KPM | | | Robert Schumann Dep. Ex. 7 |
| 183 | KPM | KPM0004826 | KPM0004831 | Robert Schumann Dep. Ex. 9 |
| 184 | KPM | GAJEWSKI_003740 | GAJEWSKI_003743 | |
| 185 | KPM | GAJEWSKI_002289 | GAJEWSKI_002294 | |
| 186 | KPM | GAJEWSKI_001915 | GAJEWSKI_001921 | |
| 187 | KPM | GAJEWSKI_002138 | GAJEWSKI_002139 | |
| 188 | KPM | GAJEWSKI_002808 | GAJEWSKI_002808 | |
| 189 | KPM | GAJEWSKI_002870 | GAJEWSKI_002872 | |
| 190 | KPM | GAJEWSKI_003929 | GAJEWSKI_003930 | |
| 191 | KPM | GAJEWSKI_003958 | GAJEWSKI_003962 | |
| 192 | KPM | GAJEWSKI_004133 | GAJEWSKI_004137 | |
| 193 | KPM | GAJEWSKI_004175 | GAJEWSKI_004178 | |
| 194 | KPM | GAJEWSKI_001850 | GAJEWSKI_001859 | |
| 195 | KPM | GAJEWSKI_002031 | GAJEWSKI_002037 | |
| 196 | KPM | GAJEWSKI_002740 | GAJEWSKI_002746 | |
| 197 | KPM | GAJEWSKI_004397 | GAJEWSKI_004398 | |

| 198 | KPM | GAJEWSKI_004399 | GAJEWSKI_004401 | |
| 199 | KPM | GAJEWSKI_004402 | GAJEWSKI_004402 | |
| 200 | KPM | GAJEWSKI_004394 | GAJEWSKI_004396 | |
| 201 | KPM | GAJEWSKI_000971 | GAJEWSKI_000976 | |
| 202 | KPM | GAJEWSKI_001860 | GAJEWSKI_001862 | |
| 203 | KPM | GAJEWSKI_002056 | GAJEWSKI_002068 | |
| 204 | KPM | GAJEWSKI_002006 | GAJEWSKI_002010 | |
| 205 | KPM | KPM0000114 | KPM0000115 | Cocoa Powder Application Note |
| 206 | KPM | KPM0000116 | KPM0000117 | Cocoa Liquor Application Note |
| 207 | KPM | KPM0000118 | KPM0000119 | Cocoa Butter Application Note |
| 208 | KPM | KPM0000120 | KPM0000121 | Chocolate Application Note |
| 209 | KPM | KPM0000122 | KPM0000123 | Cocoa Nibs Application Note |
| 210 | KPM | KPM0000124 | KPM0000125 | Cocoa Beans Application Note |
| 211 | KPM | KPM0000126 | KPM0000127 | Rapeseed/Canola Application Note |
| 212 | KPM | KPM0000128 | KPM0000129 | Rapeseed (Canola)/Meal Application Note |
| 213 | KPM | KPM0000130 | KPM0000131 | Rapeseed (Canola)/Flakes Application Note |
| 214 | KPM | KPM0000132 | KPM0000133 | Caramel Application Note |
| 215 | KPM | KPM0000134 | KPM0000135 | Corn Application Note |
| 216 | KPM | KPM0000136 | KPM0000137 | Corn Meal Application Note |
| 217 | KPM | KPM0000138 | KPM0000139 | Corn Germ Application Note |
| 218 | KPM | KPM0000140 | KPM0000141 | Pig Feed Application Note |
| 219 | KPM | KPM0000142 | KPM0000143 | Corn Flour Application Note |
| 220 | KPM | KPM0000144 | KPM0000145 | Soybean Meal Application Note |
| 221 | KPM | KPM0000146 | KPM0000147 | Tobacco Application Note |
| 222 | KPM | KPM0000148 | KPM0000149 | Soybean Application Note |
| 223 | KPM | KPM0000150 | KPM0000151 | Alfalfa Application Note |
| 224 | KPM | KPM0000152 | KPM0000153 | Blood Meal Application Note |
| 225 | KPM | KPM0000154 | KPM0000155 | Durum Flour Application Note |
| 226 | KPM | KPM0000156 | KPM0000157 | Fish Feed Application Note |
| 227 | KPM | KPM0000158 | KPM0000159 | Mustard Seed Application Note |
| 228 | KPM | KPM0000160 | KPM0000161 | Wheat Semolina Application Note |
| 229 | KPM | KPM0000162 | KPM0000163 | Hulled Barley Application Note |
| 230 | KPM | KPM0000164 | KPM0000165 | Milk Powder (With Caramelized Sugar) Application Note |

| 231 | KPM | KPM0000166 | KPM0000167 | Whole Milk Powder Application Note |
| 232 | KPM | KPM0000168 | KPM0000169 | Non Fat Dry Milk Powder Application Note |
| 233 | KPM | KPM0000170 | KPM0000171 | Whey Protein Concentrate Application Note |
| 234 | KPM | KPM0000172 | KPM0000173 | Milk Protein Concentrate MPC56 Application Note |
| 235 | KPM | KPM0000174 | KPM0000175 | Milk Protein Concentrate MPC70 Application Note |
| 236 | KPM | KPM0000176 | KPM0000177 | Cheese - Various, Hard Application Note |
| 237 | KPM | KPM0000178 | KPM0000179 | Chocolate Chip Cookies Application Note |
| 238 | KPM | KPM0000180 | KPM0000181 | Corn Meal (Raw And Cooked) Application Note |
| 239 | KPM | KPM0000182 | KPM0000183 | Corn Gluten Feed Application Note |
| 240 | KPM | KPM0000184 | KPM0000185 | Corn Gluten Meal Application Note |
| 241 | KPM | KPM0000186 | KPM0000187 | Cotton Seed Meal Application Note |
| 242 | KPM | KPM0000188 | KPM0000189 | Cotton Seed Spent Flake Application Note |
| 243 | KPM | KPM0000190 | KPM0000191 | Fish Meal Application Note |
| 244 | KPM | KPM0000192 | KPM0000193 | Ground Beef Application Note |
| 245 | KPM | KPM0000194 | KPM0000195 | Ground Soybeans Application Note |
| 246 | KPM | KPM0000196 | KPM0000197 | Ground Sunflower Seeds Application Note |
| 247 | KPM | KPM0000198 | KPM0000199 | Ice Cream Mix Application Note |
| 248 | KPM | KPM0000200 | KPM0000201 | Malt Application Note |
| 249 | KPM | KPM0000202 | KPM0000203 | Malt Application Note |
| 250 | KPM | KPM0000204 | KPM0000205 | Masa Dough Application Note |
| 251 | KPM | KPM0000206 | KPM0000207 | Meat & Bone Meal Application Note |
| 252 | KPM | KPM0000208 | KPM0000209 | Pet Food Application Note |
| 253 | KPM | KPM0000210 | KPM0000211 | Potato Chips Application Note |
| 254 | KPM | KPM0000212 | KPM0000213 | Potato Flakes Application Note |
| 255 | KPM | KPM0000214 | KPM0000215 | Frozen Or Par-Fried French Fries Application Note |
| 256 | KPM | KPM0000216 | KPM0000217 | Raw French Fries Application Note |

| 257 | KPM | KPM0000218 | KPM0000219 | Poultry Meal Application Note |
|-----|-----|------------|------------|------------------------------|
| 258 | KPM | KPM0000220 | KPM0000221 | Processed Cheese Application Note |
| 259 | KPM | KPM0000222 | KPM0000223 | Sausage Application Note, |
| 260 | KPM | KPM0000224 | KPM0000225 | Sunflower Meal Application Note |
| 261 | KPM | KPM0000226 | KPM0000227 | Tapioca Starch Application Note |
| 262 | KPM | KPM0000228 | KPM0000229 | Ground Tapioca Application Note |
| 263 | KPM | KPM0000230 | KPM0000231 | Corn Tortilla Chips Application Note |
| 264 | KPM | KPM0000232 | KPM0000233 | Unground Corn Application Note |
| 265 | KPM | KPM0000234 | KPM0000235 | Unground Wheat Application Note |
| 266 | KPM | GAJEWSKI_002119 | GAJEWSKI_002127 | |
| 267 | KPM | KPM-BS2-00000059 | KPM-BS2-00000060 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 268 | KPM | KPM-BS2-00000060 | KPM-BS2-00000062 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 269 | KPM | KPM-BS2-00000063 | KPM-BS2-00000064 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 270 | KPM | KPM-BS2-00000065 | KPM-BS2-00000066 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 271 | KPM | KPM-BS2-00000067 | KPM-BS2-00000068 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 272 | KPM | KPM-BS2-00000069 | KPM-BS2-00000070 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 273 | KPM | KPM-BS2-00000071 | KPM-BS2-00000072 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 274 | KPM | KPM-BS2-00000073 | KPM-BS2-00000074 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 275 | KPM | KPM-BS2-00000075 | KPM-BS2-00000077 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 276 | KPM | KPM-BS2-00000078 | KPM-BS2-00000079 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 277 | KPM | KPM-BS2-00000080 | KPM-BS2-00000081 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 278 | KPM | KPM-BS2-00000082 | KPM-BS2-00000084 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 279 | KPM | KPM-BS2-00000085 | KPM-BS2-00000087 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |

| 280 | KPM | KPM-BS2-00000088 | KPM-BS2-00000090 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
|---|---|---|---|---|
| 281 | KPM | KPM-BS2-00000091 | KPM-BS2-00000093 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 282 | KPM | KPM-BS2-00000094 | KPM-BS2-00000096 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 283 | KPM | KPM-BS2-00000097 | KPM-BS2-00000098 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 284 | KPM | KPM-BS2-00000099 | KPM-BS2-00000100 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 285 | KPM | KPM-BS2-00000101 | KPM-BS2-00000102 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 286 | KPM | KPM-BS2-00000103 | KPM-BS2-00000104 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 287 | KPM | KPM-BS2-00000105 | KPM-BS2-00000106 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 288 | KPM | KPM-BS2-00000107 | KPM-BS2-00000108 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 289 | KPM | KPM-BS2-00000109 | KPM-BS2-00000110 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 290 | KPM | KPM-BS2-00000111 | KPM-BS2-00000112 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 291 | KPM | KPM-BS2-00000113 | KPM-BS2-00000114 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 292 | KPM | KPM-BS2-00000115 | KPM-BS2-00000116 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 293 | KPM | KPM-BS2-00000117 | KPM-BS2-00000118 | Application notes - Irvin Lucas 2022 Dep. Ex. 5 |
| 294 | KPM | KPM-ITGC-00000203 | KPM-ITGC-00000203 | |
| 295 | KPM | GAJEWSKI_000934 | GAJEWSKI_000936 | |
| 296 | KPM | GAJEWSKI_000949 | GAJEWSKI_000952 | |
| 297 | KPM | GAJEWSKI_002498 | GAJEWSKI_002501 | |
| 298 | KPM | GAJEWSKI_005604 | GAJEWSKI_005607 | |
| 299 | KPM | GAJEWSKI_001404 | GAJEWSKI_001409 | |
| 300 | KPM | GAJEWSKI_001722 | GAJEWSKI_001732 | |
| 301 | KPM | GAJEWSKI_003584 | GAJEWSKI_003586 | |
| 302 | KPM | GAJEWSKI_000717 | GAJEWSKI_000719 | |

| 303 | KPM | GAJEWSKI_001682 | GAJEWSKI_001682 | |
| 304 | KPM | GAJEWSKI_005710 | GAJEWSKI_005715 | |
| 305 | KPM | KPM0084748 | KPM0084748 | |
| 306 | KPM | GLENISTER_000030 | GLENISTER_000030 | Rachael Glenister Dep. Ex. 10 |
| 307 | KPM | KPM0005986 | KPM0005989 | Rachael Glenister Dep. Ex. 12 |
| 308 | KPM | GAJEWSKI_005665 | GAJEWSKI_005669 | Rachael Glenister Dep. Ex. 31 |
| 309 | KPM | GAJEWSKI_000702 | GAJEWSKI_000712 | |
| 310 | KPM | KPM-BS2-00002214 | KPM-BS2-00002215 | |
| 311 | KPM | KPM-BS2-00002380 | KPM-BS2-00002421 | William Brown Dep. Ex. 5 |
| 312 | KPM | KPM-BS2-00001926 | KPM-BS2-00001932 | |
| 313 | KPM | KPM-BS2-00000256 | KPM-BS2-00000259 | |
| 314 | KPM | GAJEWSKI_000546 | GAJEWSKI_000548 | |
| 315 | KPM | GAJEWSKI_000145 | GAJEWSKI_000146 | |
| 316 | KPM | GAJEWSKI_001144 | GAJEWSKI_001147 | |
| 317 | KPM | KPM-BS-000202 | KPM-BS-000203 | |
| 318 | KPM | KPM-BS2-00001721 | KPM-BS2-00001721 | |
| 319 | KPM | KPM-BS2-00001726 | KPM-BS2-00001729 | |
| 320 | KPM | KPM-BS2-00000989 | KPM-BS2-00000989 | Irvin Lucas 2022 Dep. Ex. 26 |
| 321 | KPM | KPM-BS2-00001779 | KPM-BS2-00001779 | |
| 322 | KPM | KPM-BS-001727 | KPM-BS-001727 | Rachael Glenister Dep. Ex. 34 |
| 323 | KPM | KPM-BS-002061 | KPM-BS-002062 | |
| 324 | KPM | KPM-BS-000461 | KPM-BS-000462 | |
| 325 | KPM | KPM-BS-001909 | KPM-BS-001909 | |
| 326 | KPM | KPM-BS-001767 | KPM-BS-001768 | |
| 327 | KPM | KPM-BS-002086 | KPM-BS-002088 | |
| 328 | KPM | KPM-BS-000334 | KPM-BS-000337 | Arnold Eilert Dep. Ex. 14 |
| 329 | KPM | KPM-BS-001140 | KPM-BS-001140 | |
| 330 | KPM | KPM-BS-001105 | KPM-BS-001106 | |
| 331 | KPM | KPM-BS-001141 | KPM-BS-001142 | |
| 332 | KPM | KPM0000995 | KPM0001021 | |
| 333 | KPM | KPM0000819 | KPM0000821 | |
| 334 | KPM | KPM0000822 | KPM0000822 | |
| 336 | KPM | KPM0000862 | KPM0000882 | |
| 337 | KPM | KPM0000883 | KPM0000918 | |
| 338 | KPM | KPM0000919 | KPM0000936 | |
| 340 | KPM | KPM0000946 | KPM0000947 | |

| 342 | KPM | KPM0000950 | KPM0000954 | |
|---|---|---|---|---|
| 343 | KPM | KPM0000955 | KPM0000960 | |
| 344 | KPM | KPM0000961 | KPM0000974 | |
| 345 | KPM | KPM0000977 | KPM0000978 | |
| 346 | KPM | KPM0001074 | KPM0001079 | |
| 347 | KPM | KPM0001119 | KPM0001124 | |
| 348 | KPM | KPM0001125 | KPM0001128 | |
| 349 | KPM | KPM0001209 | KPM0001216 | |
| 350 | KPM | KPM0001306 | KPM0001312 | |
| 351 | KPM | KPM0001406 | KPM0001421 | |
| 352 | KPM | KPM0001469 | KPM0001471 | |
| 353 | KPM | KPM0001511 | KPM0001517 | |
| 354 | KPM | KPM0005278 | KPM0005309 | William Brown Dep. Ex. 4 |
| 355 | KPM | KPM0021198 | KPM0021200 | |
| 357 | KPM | KPM0022113 | KPM0022114 | |
| 358 | KPM | KPM0269264 | KPM0269270 | William Brown Dep. Exs. 1 & 2 |
| 359 | KPM | LUCAS_000085 | LUCAS_000088 | |
| 360 | KPM | KPM0000635 | KPM0000654 | |
| 361 | KPM | KPM0000655 | KPM0000662 | |
| 362 | KPM | KPM0000663 | KPM0000682 | |
| 363 | KPM | KPM0000690 | KPM0000710 | |
| 364 | KPM | KPM0000711 | KPM0000720 | |
| 365 | KPM | KPM0000721 | KPM0000729 | |
| 366 | KPM | KPM0000731 | KPM0000750 | |
| 367 | KPM | KPM0000752 | KPM0000770 | |
| 368 | KPM | KPM0000773 | KPM0000795 | |
| 369 | KPM | KPM0000796 | KPM0000818 | |
| 370 | KPM | KPM0000979 | KPM0000982 | |
| 374 | KPM | KPM0000986 | KPM0000986 | Robert Schumann Dep. Ex. 2/Eric Olson 2021 Dep. Ex. 7 |
| 375 | KPM | KPM0271945 | KPM0271948 | |
| 376 | KPM | KPM0271949 | KPM0271952 | |
| 377 | KPM | KPM0271953 | KPM0271956 | |
| 378 | KPM | KPM0271962 | KPM0271975 | |
| 379 | KPM | KPM0271976 | KPM0271979 | |
| 380 | KPM | KPM0272015 | KPM0272018 | |

| 381 | KPM | KPM0272024 | KPM0272025 | |
| 382 | KPM | KPM0272647 | KPM0272650 | |
| 383 | KPM | KPM0272651 | KPM0272654 | |
| 384 | KPM | KPM0272655 | KPM0272658 | |
| 385 | KPM | KPM0272411 | KPM0272416 | |
| 386 | KPM | KPM0272742 | KPM0272745 | |
| 388 | KPM | KPM0272916 | KPM0272929 | |
| 390 | KPM | KPM0273080 | KPM0273080 | |
| 393 | KPM | KPM0273117 | KPM0273118 | |
| 394 | KPM | KPM0019213 | KPM0019215 | |
| 395 | KPM | KPM0019244 | KPM0019246 | |
| 398 | KPM | GLENISTER_000012 | GLENISTER_000012 | |
| 399 | KPM | GLENISTER_00001 | GLENISTER_000021 | |
| 400 | KPM | GLENISTER_000029 | GLENISTER_000029 | |
| 401 | KPM | GLENISTER_000032 | GLENISTER_000032 | |
| 402 | KPM | KPM-BS-002136 | KPM-BS-002136 | |
| 403 | KPM | KPM-BS-000935 | KPM-BS-000938 | |
| 404 | KPM | GAJEWSKI_005665 | GAJEWSKI_005669 | |
| 405 | KPM | GAJEWSKI_000150 | GAJEWSKI_000150 | |
| 406 | KPM | GAJEWSKI_0002023 | GAJEWSKI_0002023 | |
| 407 | KPM | GAJEWSKI_0002025 | GAJEWSKI_0002025 | |
| 408 | KPM | KPM-BS-000767 | KPM-BS-000767 | |
| 409 | KPM | GAJEWSKI_004225 | GAJEWSKI_004229 | |
| 410 | KPM | KPM-BS-001014 | KPM-BS-001014 | |
| 411 | KPM | KPM-BS-001079 | KPM-BS-001079 | |
| 412 | KPM | GAJEWSKI_003740 | GAJEWSKI_003743 | |
| 413 | KPM | GAJEWSKI_00349 | GAJEWSKI_00354 | |
| 414 | KPM | GAJEWSKI_000717 | GAJEWSKI_000719 | |
| 415 | KPM | GAJEWSKI_004261 | GAJEWSKI_004262 | |
| 416 | KPM | GAJEWSKI_001438 | GAJEWSKI_001446 | |
| 417 | KPM | GAJEWSKI_001057 | GAJEWSKI_001068 | |
| 418 | KPM | GAJEWSKI_001010 | GAJEWSKI_001010 | |
| 419 | KPM | GAJEWSKI_001302 | GAJEWSKI_001303 | |
| 420 | KPM | GAJEWSKI_001985 | GAJEWSKI_001988 | |
| 421 | KPM | GAJEWSKI_002168 | GAJEWSKI_002169 | |
| 422 | KPM | GAJEWSKI_002481 | GAJEWSKI_002482 | |

| 423 | KPM | GAJEWSKI_000145 | GAJEWSKI_000146 | |
|-----|-----|-----------------|-----------------|--|
| 424 | KPM | GAJEWSKI_000142 | GAJEWSKI_000144 | |
| 425 | KPM | GAJEWSKI_000403 | GAJEWSKI_000405 | |
| 426 | KPM | GAJEWSKI_001850 | GAJEWSKI_001859 | |
| 427 | KPM | GAJEWSKI_001860 | GAJEWSKI_001862 | |
| 428 | KPM | GAJEWSKI_002090 | GAJEWSKI_002092 | |
| 429 | KPM | GAJEWSKI_002102 | GAJEWSKI_002102 | |
| 430 | KPM | GAJEWSKI_002119 | GAJEWSKI_002127 | |
| 431 | KPM | GAJEWSKI_002740 | GAJEWSKI_002746 | |
| 432 | KPM | GAJEWSKI_004133 | GAJEWSKI_004137 | |
| 433 | KPM | GAJEWSKI_004397 | GAJEWSKI_004398 | |
| 434 | KPM | GAJEWSKI_004399 | GAJEWSKI_004401 | |
| 435 | KPM | GAJEWSKI_004394 | GAJEWSKI_004396 | |
| 436 | KPM | GAJEWSKI_000147 | GAJEWSKI_000149 | |
| 438 | KPM | KPM-BS2-00002952 | KPM-BS2-00002953 | |
| 441 | KPM | | | DN 37-1 |
| 443 | KPM | | | DN 75 – Ex. 23 to Magee Decl. in Support of KPM Motion for PI, R. Gajewski Depo. Ex. 7 |
| 444 | KPM | GAJEWSKI_004179 | GAJEWSKI_004183 | DN 75 – Ex. 26 to Magee Decl. in Support of KPM Motion for PI |
| 445 | KPM | GAJEWSKI_001057 | GAJEWSKI_001068 | DN 75 – Ex. 27 to Magee Decl. in Support of KPM Motion for PI |
| 446 | KPM | GAJEWSKI_001447 | GAJEWSKI_001454 | DN 75 – Ex. 28 to Magee Decl. in Support of KPM Motion for PI |
| 447 | KPM | GAJEWSKI_001219 | GAJEWSKI_001220 | DN 75 – Ex. 29 to Magee Decl. in Support of KPM Motion for PI |
| 448 | KPM | GAJEWSKI_002168 | GAJEWSKI_002169 | DN 75 – Ex. 30 to Magee Decl. in Support of KPM Motion for PI |
| 449 | KPM | GAJEWSKI_000003 | GAJEWSKI_000008 | DN 75 – Ex. 31 to Magee Decl. in Support of KPM Motion for PI |
| 450 | KPM | GAJEWSKI_003749 | GAJEWSKI_003749 | DN 75 – Ex. 33 to Magee Decl. in Support of KPM Motion for PI |
| 451 | KPM | KPM-BS-001153 | KPM-BS-001153 | DN 75 – Ex. 36 to Magee Decl. in Support of KPM Motion for PI |

| 452 | KPM | | | DN 75 – Ex. 48 to Magee Decl. in Support of KPM  Motion for PI, 10/05/2020 Correspondence from Mitchell to Glenister |
| 453 | KPM | | | DN 75 – Ex. 49 to Magee Decl. in Support of KPM  Motion for PI, 10/22/2020 Correspondence from Craig to Mitchell |
| 455 | KPM | KPM-BS-000153 | KPM-BS-000154 | DN 75 – Ex. 52 to Magee Decl. in Support of KPM  Motion for PI |
| 457 | KPM | KPM-BS-000155 | KPM-BS-000156 | DN 75 – Ex. 54 to Magee Decl. in Support of KPM  Motion for PI |
| 458 | KPM | KPM-BS-000778 | KPM-BS-000781 | DN 75 – Ex. 55 to Magee Decl. in Support of KPM  Motion for PI |
| 461 | KPM | | | DN 75 – Ex. B to Olson Declaration in Support of KPM's Motion for PI |
| 462 | KPM | | | DN 75 – Ex. C. toOlson Declaration in Support of KPM's Motion for PI |
| 468 | KPM | KPM-ITGC-00000265 | KPM-ITGC-00000265 | DN 158 – Ex. 17 to Magee Decl. in Support of KPM's Opposition to  Innovative Technologies Group's Motion for SJ and to Defendants' Motion to Dissolve or Modify the PI |
| 469 | KPM | GAJEWSKI_000074 | GAJEWSKI_000078 | DN 158 – Ex. 18 to Magee Decl. in Support of KPM's Opposition to  Innovative Technologies Group's Motion for SJ and to Defendants' Motion to Dissolve or Modify the PI |
| 470 | KPM | | | DN 158 – Ex. 24 to Magee Decl. in Support of KPM's Opposition to  Innovative Technologies Group's Motion for SJ and to Defendants' Motion to Dissolve or Modify the PI, Screen Shot of Blue Sun Scientific, LLC website taken October 23, 2020 |

| 471 | KPM | KPM-BS2-00006258 | KPM-BS2-00006259 | DN 158 – Ex. 27 to Magee Decl. in Support of KPM's Opposition to  Innovative Technologies Group's Motion for SJ and to Defendants' Motion to Dissolve or Modify the PI |
| 472 | KPM | | | DN 158 – Ex. 28 to Magee Decl. in Support of KPM's Opposition to  Innovative Technologies Group's Motion for SJ and to Defendants' Motion to Dissolve or Modify the PI, R.R. Wilt 2021 Depo. Ex. 7 |
| 474 | KPM | | | Dr. Kennedy's "Blue Sun NIR Sales Data.xlsx" and any updates |
| | | | | |
| 601 | Entity D's | KPM-BS2-00001628 | KPM-BS2-00001628 | 5/31/2019 letter |
| 602 | Entity D's | KPM-BS2-00006395 | KPM-BS2-00006397 | 12/31/2018 Consolidating Balance Sheet |
| 603 | Entity D's | KPM-BS2-00006398 | KPM-BS2-00006400 | 12/31/2019 Consolidating Balance Sheet |
| 604 | Entity D's | KPM-BS2-00006401 | KPM-BS2-00006403 | 12/31/2020 Consolidating Balance Sheet |
| 605 | Entity D's | KPM-ITGC-00001077 | KPM-ITGC-00001079 | 12/31/2017 Balance Sheet |
| 607 | Entity D's | KPM0008479 | KPM0008491 | May 2019 Business Review Meeting |
| 608 | Entity D's | KPM0008347 | KPM0008358 | November 2019 Business Review Meeting |
| 609 | Entity D's | KPM0008461 | KPM0008472 | March 2020 Business Review Meeting |
| 610 | Entity D's | KPM0008432 | KPM0008443 | February 2020 Business Review Meeting |
| 611 | Entity D's | KPM0008445 | KPM0008456 | February 2020 Business Review Meeting |
| 612 | Entity D's | KPM0010708 | KPM0010795 | KPM Analytics North America Corporation Scorecard and Summary, 1/21/20 |
| 613 | Entity D's | KPM0115427 | KPM0115445 | December MBR Financial Presentation, KPM North America |
| 614 | Entity D's | KPM0103611 | KPM0103625 | 2021 Q3 Business Review, The Americas |

| 615 | Entity D's | KPM0103739 | KPM0103759 | Q3 2021 QBR, NIR Lab Products |
|---|---|---|---|---|
| 616 | Entity D's | KPM0115863 | KPM0115896 | KPM Analytics, 2022 Budget |
| 617 | Entity D's | KPM0009720 | KPM0009720 | North America Customer Service Team Weekly Report, Week Ending August 29, 2020 |
| 618 | Entity D's | KPM0003198 | KPM0003204 | Email string from Yuegang Zhao dated 9/28/20 |
| 619 | Entity D's | KPM0093969 | KPM0093970 | Email from Dan Evans dated 11/1/20 |
| 627 | Entity D's | KPM0067550 | KPM0067550 | Unity Scientific, Custom Sales by Item Summary |
| 628 | Entity D's | KPM0103400 | KPM0103428 | PSC & Unity Strategic Plan |
| 629 | Entity D's | KPM 0006 | KPM 0006 | Unity Scientific Annual Review |
| 630 | Entity D's | | | Export From the Netsuite ERP System 2017 to 2022 |
| 631 | Entity D's | KPM0115427 | KPM0115445 | December MBR Financial Presentation |
| 632 | Entity D's | KPM0103739 | KPM0103759 | Affidavit – Smith Exhibit 4 |
| 633 | Entity D's | KPM0115863 | KPM0115896 | E-Mail Chain – Smith Exhibit 5 |
| 635 | Entity D's | KPM0000619 | KPM0000619 | One-page KPM confidential document dated 8/12/2018 |
| 636 | Entity D's | KPM0105911 | KPM0105912 | 4/6/2021 E-mail Chain |
| 639 | Entity D's | KPM0106099 | KPM0106099 | 4/13/2021 E-mail |
| 640 | Entity D's | KPM0106100 | KPM0106100 | 4/13/2021 E-mail |
| 641 | Entity D's | KPM0106146 | KPM0106148 | 4/16/2021 E-mail Chain |
| 642 | Entity D's | KPM0106275 | KPM0106277 | 4/23/2021 E-mail Chain |
| 644 | Entity D's | KPM0106278 | KPM0106279 | Dan Klevisha – Focus Topics for Decision, April 23, 2021 |
| 646 | Entity D's | KPM0108073 | KPM0108074 | 6/4/2021 E-mail Chain |
| 647 | Entity D's | KPM0108084 | KPM 0108085 | 6/7/2021 E-mail Chain |
| 648 | Entity D's | KPM0105777 | KPM0105782 | Board of Directors Meeting 2021 Q2 |
| 651 | Entity D's | KPM0155771 | KPM0155771 | Excel spreadsheet, Unity Scientific, US Legal Entity Reporting, USGAAP |
| 652 | Entity D's | KPM0155952 | KPM0155986 | KPM Analytics 2019 Operating Plan |
| 653 | Entity D's | KPM0155267 | KPM0155279 | KPM Analytics, NIR-PSC/Unity/ ASM/Chopin June 2019 Business Review Meeting |
| 654 | Entity D's | KPM-BS2-00001726 | KPM-BS2-00001729 | Email, 8/27/21 |

| 655 | Entity D's | KPM-BS2-00001731 | KPM-BS2-00001732 | Email, 10/8/21 |
|---|---|---|---|---|
| 659 | Entity D's | KPM-BS2-00000052 | KPM-BS2-00000052 | Email, 8/12/21 |
| 660 | Entity D's | KPM0066051 | KPM0066051 | Email, 1/8/19 |
| 661 | Entity D's | KPM-BS2-00002315 | KPM-BS2-00002315 | Email, 7/9/21 |
| 662 | Entity D's | KPM-BS2-00000906 | KPM-BS2-00000912 | Email, 7/26/21 |
| 663 | Entity D's | KPM-BS2-00000941 | KPM-BS2-00000941 | Response Email, 8/4/21 |
| 664 | Entity D's | KPM-BS2-00001431 | KPM-BS2-00001431 | Email, 2/10/21 |
| 667 | Entity D's | KPM0111561 | KPM0111564 | Letter, 4/4/2019 |
| 669 | Entity D's | KPM 00096979 | KPM 00096982 | Org chart |
| 671 | Entity D's | KPM0103400 | KPM0103400 | KPM Analytics, PSC & Unity Strategic Plan |
| 672 | Entity D's | KPM1007808 | KPM1007808 | KPM Analytics, NIR-PSC/Unity, Monthly Business Review Meeting, April 2019 |
| 673 | Entity D's | KPM0080358 | KPM0080358 | 1/22/2019 Email Between Brian Davies and Chris McIntire |
| 674 | Entity D's | KPM0080359 | KPM0080359 | Spreadsheet: KPM North America Re-Org |
| 675 | Entity D's | | | Declaration of Brian Davies |
| 676 | Entity D's | KPM-ITGC-00000365 | KPM-ITGC-00000367 | 8/5/2021 Email from Gordon Pfeiffer to Luke Gilbertson and others about buying o-rings and future service of samplers |
| 678 | Entity D's | KPM0222510<br><br>KPM0222506 | KPM0222510<br><br>KPM0222517 | 2021 Unity Scientific SpectraStar XT-3 brochure email attachment<br>Full Email |
| 679 | Entity D's | KPM-ITGC-00000009 | KPM-ITGC-00000012 | 2/11/2016 Email from Linda Taylor to Jim about quote from Innovative Technologies Group |
| 680 | Entity D's | KPM-ITGC-00000023 | KPM-ITGC-00000024 | 3/16/2017 Email from Jeff Horst to Luke Gilbertson and others about repair of autosampler |
| 681 | Entity D's | KPM0111561 | KPM0111564 | 4/4/19 KPM Letter |
| 683 | Entity D's | KPM0014638 | 14688 | June 26, 2019 Unity Strategy Plan |
| 684 | Entity D's | KPM 0007462 | KPM 0007474 | January 2019 Business Review Meeting |

| 700 | Individual D's | GAJEWSKI_000157 | | 2/11/19 Email from J. YuLai |
| 701 | Individual D's | GAJEWSKI_000645 | | 3/25/19 Email from I. Lucas to R. Gajewski |
| 702 | Individual D's | GAJEWSKI_004261 | | 8/3/20 XT Installation and Warranty Form |
| 703 | Individual D's | KPM0000038 | | 5/14/19 Idahoan Confidentiality Agreement |
| 704 | Individual D's | KPM0000102 | | Unity Scientific Yearly PM contracts |
| 705 | Individual D's | KPM0000614 | | Announcement Discontinuation of Drawer Units |
| 706 | Individual D's | KPM0000615 | | Announcement Discontinuation of SpectraStar and InfraStar RTW units |
| 707 | Individual D's | KPM0000616 | | 1/8/21 Email from R. Gajewski to R. Geis |
| 708 | Individual D's | KPM0000618 | | 6/21/18 Memo re: parts and service notification |
| 709 | Individual D's | KPM0000619 | | 8/12/18 Memo re: parts and service notification |
| 710 | Individual D's | KPM0000979 | | Software License Agreement |
| 711 | Individual D's | KPM0000986 | | 5/26/21 Email from C. Ubaldi to R. Geis |
| 712 | Individual D's | KPM0001074 | | 9/30/08 A. Eilert Confidentiality and Non-Competition Agreement |
| 713 | Individual D's | KPM0001090 | | A. Eilert performance review |
| 714 | Individual D's | KPM0001464 | | 6/30/18 Rachael Glenister performance review |
| 715 | Individual D's | KPM0001496 | | 1/28/19 R. Gajewski consulting agreement |
| 716 | Individual D's | KPM0001544 | | R. Gajewski performance review |
| 717 | Individual D's | KPM0001558 | | R. Gajewski employee file |
| 718 | Individual D's | KPM0002536 | | 8/5/20 Email from D. Evans to Y. Zhao |
| 719 | Individual D's | KPM0002560 | | 8/10/20 Regional Sales Leader Reviews |
| 720 | Individual D's | KPM0002674 | | 5/6/19 G. Israelson email |

| 721 | Individual D's | KPM0002729 | | 1/29/21 Email from G. Israelson to C. Ahrens |
|---|---|---|---|---|
| 722 | Individual D's | KPM0002770 | | 3/24/21 Email from U.J. Schade |
| 723 | Individual D's | KPM0002803 | | 11/17/20 Email from R. Gajewski to T. Heteca |
| 724 | Individual D's | KPM0002998 | | 8/10/20 July Business Review Meeting |
| 725 | Individual D's | KPM0003157 | | 3/11/21 Email from T. Kropf to M. Smith |
| 726 | Individual D's | KPM0003158 | | 3/11/21 Email from K. Sanchez to R. Glenister |
| 727 | Individual D's | KPM0003159 | | Blue Sun Quote to Texas A&M AgriLife Research |
| 728 | Individual D's | KPM0003198 | | 9/28/20 Email from Y. Zhao to D. Evans |
| 730 | Individual D's | KPM0007808 | | NIR-PSC/Unity EMEA Region Monthly Business Review Meeting |
| 731 | Individual D's | KPM0014638 | | 6/26/19 PSC & Unity, NIR Strategy Plan 2019-2022 |
| 732 | Individual D's | KPM0029607 | | 4/9/19 Email from B. Davies to P. Jantarangsi |
| 733 | Individual D's | KPM0035774 | | 1/1/13 Unity Scientific 2013 Business Plan |
| 734 | Individual D's | KPM0075265 | | 3/9/20 Email from A. Pulchinski to B. Brown |
| 735 | Individual D's | KPM0081052 | | 12/30/20 Email from B. Schumann to S. Greer |
| 736 | Individual D's | KPM0085284 | | 11/6/20 Email from D. Evans to Y. Zhao |
| 737 | Individual D's | KPM0092426 | | 5/14/20 Email from R. Glenister to M. Gajewski |
| 738 | Individual D's | KPM0092428 | | 5/6/20 Unity quote |
| 739 | Individual D's | KPM0103400 | | PSC & Unity Strategic Plan |
| 740 | Individual D's | KPM0104257 | | Lost Opportunities |
| 741 | Individual D's | KPM0104263 | | 4/20/20 Revised Purchase Order |

| 742 | Individual D's | KPM0105911 | | 4/6/21 Email from B. Schumann to Y. Zhao |
|---|---|---|---|---|
| 743 | Individual D's | KPM0108149 | | 6/18/21 Email from Y. Zhao to S. Burgos |
| 744 | Individual D's | KPM0108419 | | 6/24/21 Email from B. Szulimowski to customers |
| 745 | Individual D's | KPM0111925 | | 8/19/21 Email from D. Evans to J. Johnson |
| 748 | Individual D's | KPM0115578 | | 2/1/22 Email from V. Lee to R. Tozier |
| 749 | Individual D's | KPM0124346 | | 7/17/18 Email from D. Evans to M. Schlie |
| 750 | Individual D's | KPM0124347 | | 6/21/18 Memo re: parts and service notification |
| 751 | Individual D's | KPM0124348 | | Pepsico device spreadsheet |
| 752 | Individual D's | KPM0132931 | | 10/5/21 Email from T. Kropf to M. Hassett |
| 753 | Individual D's | KPM0141858 | | 5/20/21 Email from T. Kropf to M. Smith |
| 754 | Individual D's | KPM0142564 | | 5/20/21 Email from T. Kropf to M. Johns |
| 755 | Individual D's | KPM0143201 | | 1/10/22 Email from B. Schumann to M. Jenesse |
| 756 | Individual D's | KPM0143348 | | 10/14/21 Email from M. Smith to J. Johnson |
| 757 | Individual D's | KPM0143379 | | 11/19/21 Email from M. Smith to T. Kropf |
| 758 | Individual D's | KPM0149885 | | 11/9/18 Email from R. Glenister to M. Farrington |
| 759 | Individual D's | KPM0243116 | | 6/8/21 Email from K. Sanchez to M. Gajewski |
| 760 | Individual D's | KPM0271473 | | 10/8/21 Email from B. Schumann to Y. Zhao |
| 761 | Individual D's | KPM-BS2-0000233 | | 6/8/21 Email from A. Eilert to K. Sullivan |
| 762 | Individual D's | KPM-BS-0001141 | | 5/1921 Email from A. Hamilton to K. Sullivan |

24