# Exhibit C

## (Contested Deposition Designations)

| Party Offering | Transcript Cite | KPM's Objection(s)/Response to Defendants' Objection(s) | Defendants' Objection(s)/ Response to KPM's Objection(s) |
|---|---|---|---|
| **Doug Evans** | | | |
| Defendants | 28:13-30:22 | Objection to 28:22-29:1 as lacks foundation/personal knowledge; Objection to 29:2-10 as hearsay; Objection to 29:17-20 as lacks foundation/personal knowledge; Objection to 30:15-22 as lacks foundation/personal knowledge | Agree to withdraw 28:22-29:1. 29:2-10 contains a statement by a party opponent, and therefore is not hearsay. Agree to withdraw 29:17-20. Agree to withdraw 30:15-22. |
| Defendants as counter-designation | 32:1-25 | Objection to 32:21-25 as irrelevant, nonresponsive, and not rule of completeness. | |
| Defendants as counter-designation | 42:1-43:24 | The end of the designation cuts off after a question with no answer included. What is the intended cutoff? | |
| Defendants as counter-designation | 48:8-49:3 | Objection as nonresponsive and irrelevant after 48:17; 49:3 cuts off mid-question. What is the intended cutoff? | |
| Defendants | 63:5-64:7 | Objection to 63:11-64:7 as lacks foundation/personal knowledge | Agree to withdraw 63:11-22. Mr. Evans was a co-founder of Unity and therefore has personal knowledge about Unity's customers' databases. |

| Party Offering | Transcript Cite | KPM's Objection(s)/Response to Defendants' Objection(s) | Defendants' Objection(s)/ Response to KPM's Objection(s) |
|---|---|---|---|
| Defendants as counter-designation | 81:11-87:18 | Objection to 83:9-20 as hearsay; 83:20-84:13 as hearsay and speculative; 84:14-85:1 as speculative, and FRE 403 (with respect to references to the lawsuit); 86:16-87:7 as hearsay. | |
| KPM | 44:1-45:1 | Relevant for showing origin of Blue Sun. | Fed. R. Evid. 402 – irrelevant |
| KPM | 51:4-53:3 | Relevant because willful blindness about contractual obligations is relevant to tortious interference. *See* ECF No. 165 (MSJ Order) 5 where Judge Sorokin cited this as a basis for denying summary judgment to ITG. | Fed. R. Evid. 402 – irrelevant |
| KPM | 55:12-59:8 | Relevant to issue of Blue Sun recruiting KPM employees. | Fed. R. Evid. 402 – irrelevant |
| KPM | 59:19-62:8 | Relevant to foundation of Blue Sun and what information the former KPM employees had. | Fed. R. Evid. 402 – irrelevant |
| KPM | 105:10-106:14 | Relevant to issue of Blue Sun recruiting KPM employees and what information the former KPM employees had. | Fed. R. Evid. 402 – irrelevant |

| Party Offering | Transcript Cite | KPM's Objection(s)/Response to Defendants' Objection(s) | Defendants' Objection(s)/ Response to KPM's Objection(s) |
|---|---|---|---|
| **William Brown** | | | |
| Defendants as counter-designation | 34:2-35:2 | Fed. R. Evid. 402 - irrelevant | |
| Defendants as counter-designation | 36:13-37:20 | Fed. R. Evid. 402 - irrelevant | |
| KPM | 52:15-53:9 | Relevant to show KPM protecting trade secrets. | Fed. R. Evid. 402 – irrelevant |
| KPM | 53:19-54:16 | This was a counter-designation by Defendants and not offered by KPM. 54:12-16 is nonresponsive. | Fed. R. Evid. 402 – irrelevant |
| **Luigi Faustini** | | | |
| Defendants as counter-designation | 21:8-22:10 | Objection to 21:8-14 as speculative and lacks foundation. | |
| KPM | 30:22-31:7 | Relevant to establish characteristics of M5 units and any similarities to KPM units. | Fed. R. Evid. 402 – irrelevant |

3

| Party Offering | Transcript Cite | KPM's Objection(s)/Response to Defendants' Objection(s) | Defendants' Objection(s)/ Response to KPM's Objection(s) |
|---|---|---|---|
| Defendants as counter-designation | 31:1-33:15 | Objection to 31:8-32:4 as not rule of completeness; 33:8-15 is not rule of completeness and designation cuts off halfway through a question. | |
| KPM | 32:5-7 | Relevant to establish characteristics of M5 units and any similarities to KPM units. | Fed. R. Evid. 402 – irrelevant |
| KPM | 33:23-25 | Relevant to establish characteristics of M5 units and any similarities to KPM units. | Fed. R. Evid. 402 – irrelevant |
| KPM | 34:6-21 | Relevant to establish characteristics of M5 units and any similarities to KPM units. | Fed. R. Evid. 402 – irrelevant |
| KPM | 58:20-59:4 | Relevant to veil piercing. | Fed. R. Evid. 402 – irrelevant |
| **Michelle Gajewski** | | | |
| KPM | 86:9-87:16 | Not offered for truth of the matter asserted. Offered to show relationship existed, *U.S. v. Siddiqui*, 235 F.3d 1318, 1322-23 (11th Cir. 2000). | Fed. R. Evid. 802 – hearsay |

4

| Party Offering | Transcript Cite | KPM's Objection(s)/Response to Defendants' Objection(s) | Defendants' Objection(s)/ Response to KPM's Objection(s) |
|---|---|---|---|
| KPM | 88:17-24 | It does not fall within the definition of hearsay.  88:17-19 are context for 88:20-24 which are about conduct, not communications.  Also offered to show defendant's (Rob Gajewski) intent, motive, state of mind.  *U.S. v. Safavian*, 435 F. Supp. 2d 36, 45 (D.D.C. 2006); *MGM Studios, Inc. v. Grokster, Ltd.*, 454 F. Supp. 2d 966, 974 (C.D. Cal. 2006). | Fed. R. Evid. 802 – hearsay |
| **Eric Weinstein** | | | |
| Defendants | 95:13-96:6 | Objection, speculation at 95:25-96:6 and statements by counsel is not testimony (401, 402, 403) | The testimony is not speculation. There is no indication that Mr. Weinstein lacks personal knowledge.  It is true that counsel's statement is not testimony, but counsel is permitted to orient the witness with a prefatory statement. |