IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Eastern Division)

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>       Defendants. | Civil Action No. 4:21-cv-10572-MRG |

**ORDER**

WHEREFORE, this Court, having read and considered Defendants' Assented to Motion to Impound and for Leave to File Motion *in Limine* Seeking Exclusion of Certain Evidence Regarding Damages Under Seal, it is hereby

ORDERED, that the motion is GRANTED; and it is further

ORDERED, that Defendants' Motion *in Limine* Seeking Exclusion of Certain Evidence Regarding Damages shall be <u>sealed</u>.

Dated:_____          _____
                   Hon. Margaret R. Guzman
                   United States District Judge