# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, <br><br> Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## ORDER

WHEREFORE, this Court, having read and considered Defendants' Motion *in Limine* to preclude Plaintiff KPM Analytics North America Corporation ("KPM") from introducing certain damage testimony at trial, it is this___ day of 2023,

ORDERED, that the motion is GRANTED.

Dated:_____

_____
Hon. Margaret R. Guzman
United States District Judge

10092360.1 58144/146507 4/25/23