# Exhibit A

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
---------------------------------------X
KPM ANALYTICS NORTH AMERICA CORPORATION,

                              Civil Action No.
         Plaintiff,    21:-10572
    - v. -
BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE
TECHNOLOGIES GROUP & CO., LTD., ARNOLD
EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI,
RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN
LUCAS AND PHILIP OSSOWSKI,
         Defendants.
---------------------------------------X

          HIGHLY CONFIDENTIAL
          30(b)(6) DEPOSITION
       VIA ZOOM VIDEOCONFERENCING
                  OF
  KPM ANALYTICS NORTH AMERICA CORPORATION
             BY AND THROUGH
               ERIC OLSON
         Wednesday, July 7, 2021




Reported By:
LINDA J. GREENSTEIN
JOB NO. 4695539

HIGHLY CONFIDENTIAL

**Page 111**

1  HIGHLY CONFIDENTIAL - ERIC OLSON
2  conveyer trying to determine the amount of
3  water that's in the sample.
4          There are other attributes that
5  can be done with that system as well, but
6  primarily it is for moisture monitoring.
7      Q.   Do the spectrometers offered by
8  Blue Sun or the services offered by Blue
9  Sun compete with that industry at all?
10     A.   My understanding from the
11 website of Blue Sun is there is a similar
12 product offered for sale through Blue Sun.
13     Q.   What is that product?
14     A.   I don't recall the name of it.
15     Q.   Could you name the other
16 companies that are within the KPM family of
17 companies?
18     A.   Is that a question, sorry?
19 Could you restate it if it was?
20     Q.   Yes.  Can you name the other
21 companies that are within the KPM family of
22 companies?
23     A.   By brand or legal entity is
24 quite complex, but by brand or end product,
25 the easiest way to explain is we have

HIGHLY CONFIDENTIAL

Page 112

1      HIGHLY CONFIDENTIAL - ERIC OLSON
2   Sightline Process Control, we have AMS, we
3   have EyePro Systems, Chopin Technologies,
4   Sensor Tech Systems, Process Sensors, Unity
5   Scientific.
6        Q.    Did all those companies become a
7   member of KPM by KPM's acquisition of those
8   companies?
9             MR. MAGEE:  Objection.
10            You could answer.
11       A.   That is my understanding.
12       Q.   Can you give me a time frame
13  over which those acquisitions happened?
14       A.   The Process Sensors, Unity
15  Scientific and Chopin Technologies were all
16  about 2015.
17            I believe AMS came shortly
18  thereafter.  It may have even been part of
19  that -- no, it came after.  Followed by
20  Sensor Tech Systems, Sightline and EyePro
21  Systems.
22       Q.   Who is Union Park Capital?
23       A.   Union Park Capital is a private
24  equity firm.
25       Q.   And what was their role, if any,