Page 1

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3    KPM ANALYTICS NORTH AMERICA

 4    CORPORATION,

 5          Plaintiff,

 6       vs.                        C.A. No. 4:21-cv-10572-TSH

 7    BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE

 8    TECHNOLOGIES GROUP & CO., LTD; ARNOLD

 9    EILERT; MICHELLE GAJEWSKI; ROBERT

10    GAJEWSKI; RACHAEL GLENISTER; GREGORY

11    ISRAELSON; IRVIN LUCAS, and PHILIP

12    OSSOWSKI,

13          Defendants.

14    -------------------------------x

15    Confidential, Attorneys' Eyes Only

16

17             30(b)(6) CORPORATE DESIGNEE

18                     DEPOSITION

19                     ERIC OLSON

20                 CONDUCTED VIRTUALLY

21              Tuesday, April 26, 2022

22                     10:11 a.m.

23

24              Laurie K. Langer, RPR
```

1  believe that ITG and Blue Sun are essentially one and
2  the same?
3      A.  ITG provides the hardware for Blue Sun
4  Scientific.  It provided support to them.
5      Q.  Did you say "support"?
6      A.  Yes.
7      Q.  Other than providing support and hardware and
8  other than the ownership of the facility information
9  that you've already given me; is there any other basis
10 for KPM's contention that ITG and Blue Sun are
11 essentially the same company?
12     A.  (No response.)
13     Q.  I didn't hear your answer, Mr. Olson.
14     A.  Not that I'm aware.
15     Q.  Can you identify -- can KPM identify, sitting
16 here today, any machine that ITG has directly interfered
17 in the sale of by a customer or otherwise?
18         MR. GUTKOSKI:  Objection to the form of the
19 question.
20     A.  Can you restate the question too, please.
21     Q.  Yes.  Does KPM contend that ITG has taken any
22 action to interfere in the sale of a machine and if so
23 can KPM identify the machine either by customer or
24 otherwise?

```
 1        Q.   Does KPM contend that ITG took any activities to
 2   interfere, directly interfere in the sale of any
 3   SpectraStar machines?
 4             MR. GUTKOSKI:   Objection to the form of the
 5   question.
 6        A.   With the connection that ITG and Blue Sun are an
 7   almost singular entity.
 8        Q.   What do you mean by "with the connection that
 9   they're almost a singular entity"?
10        A.   KPM believes that ITG and Blue Sun are merely one
11   and the same.
12        Q.   Why does KPM believe that?
13        A.   Because ITG and Blue Sun are in the same
14   facility, the same structure, the same ownership, and
15   heavily connected to each other.
16        Q.   Well, let me ask you.  You mentioned the same
17   facility and the same ownership; do you know who the
18   ownership of ITG and Blue Sun are?  Does KPM know that?
19        A.   From our understanding and information ITG is
20   owned by Bob Wilt.  Robert Wilt.  And Blue Sun
21   Scientific I believe is owned by Robert Wilt and
22   Irvin Lucas.
23        Q.   Other than the ownership that you mentioned and
24   the facility, what other, if any, evidence leaves KPM to
```