UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## ORDER

WHEREFORE, this Court, having read and considered Defendant The Innovative Technologies Group & Co.'s Motion *in Limine* to Preclude Argument or Evidence Regarding Alter Ego/Veil Piercing Claims, and any opposition thereto, it is hereby

ORDERED, that the motion is GRANTED.

Dated: _____          _____
                                                                              Hon. Margaret R. Guzman