UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## DEFENDANTS' PROPOSED VOIR DIRE

Defendants Blue Sun Scientific, LLC ("Blue Sun"), The Innovative Technologies Group & Co., LTD ("ITG"), Arnold Eilert, Robert Gajewski, Rachael Glenister, and Irvin Lucas (Eilert, Gajewski, Glenister, and Lucas, collectively, the "Individual Defendants"), through their undersigned attorneys, submit the following Proposed Voir Dire:

1. This case involves the alleged misappropriation of trade secrets and confidential information between Plaintiff KPM Analytics North America Corporation ("Plaintiff") and Defendants Arnold Eilert, Robert Gajewski, Rachael Glenister, and Irvin Lucas (collectively, the "Individual Defendants"), and Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., Ltd. (collectively, the "Entity Defendants") and alleged breaches of contractual obligations and duty of loyalty to the Plaintiff by the Individual Defendants. Does any member of the jury panel know anything about this particular case?

2. The Plaintiff is KPM Analytics North America Corporation. Does any member of the jury panel know, have worked for, or done business with the Plaintiff in this case?

3. Defendants are Arnold Eilert, Robert Gajewski, Rachael Glenister, Irvin Lucas, Blue Sun Scientific, LLC, and The Innovative Technologies Group & Co., Ltd. Does any member of the jury panel know, have worked for, or done business with any of the Defendants in this case?

4. Does any member of the jury panel know, either socially or otherwise, any of the attorneys in this case? The attorneys for Plaintiff KPM Analytics North America Corporation are:

> John T. Gutkoski                Scott R. Magee
> Kevin R. Mosier                 Paige K. Zacharakis
> Sunstein LLP                    Morse, Barnes-Brown, and Pendleton, P.C.
> 100 High Street                 480 Totten Pond Road, 4th Floor
> Boston, MA 02110                Waltham, MA 02451

The attorneys for the Individual Defendants Arnold Eilert, Robert Gajewski, Rachael Glenister, and Irvin Lucas are:

> William L. Prickett
> Dallin R. Wilson
> Dawn Mertineit
> SEYFARTH SHAW LLP
> Two Seaport Lane, Suite 300
> Boston, MA 02210-2028

The attorneys for the Entity Defendants Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., Ltd. are:

> George F. Ritchie               Christopher R. O'Hara
> Royal Craig                     Maria T. Davis
> Lauren E. Lake                  TODD & WELD LLP
> Gordon Feinblatt LLC            One Federal Street, 27th Floor
> 1001 Fleet Street, Suite 700    Boston, MA 02110
> Baltimore, Maryland 21202

5. Does any member of the jury panel know, either socially or otherwise, any of the following potential witnesses in this case? The witnesses are:

        William Brown;
        Brian Davies;
        Douglas Evans;
        Luigi Faustini;
        Michelle Gajewski;
        Ronald Geis;
        Bill Kennedy;
        Christopher McIntire;
        Brian Mitchell;
        Eric Olson;
        Carey Ross;
        Robert A. Schumann, Jr.;
        Michael Smith;
        Eric Weinstein;
        Robert Wilt;
        Yuegang Zhao;
        Neil Zoltowski; and
        William "Bill" Kennedy.

6.    Has any member of the jury panel ever served as a juror on a previous civil trial, including a case involving a dispute related to misappropriation of trade secrets, breach of contract, breach of duty of loyalty or good faith and fair dealing, or tortious interference with contractual relationships and unfair and deceptive trade practices?

7.    Does any member of the jury panel have any belief, opinion, or suspicion that would prevent him or her from following the instructions of the Court or the law, even though he or she disagrees with those instructions?

8.    Is any member of the jury panel or their immediate family employed in the scientific instrumentation industry?

9.    Has any member of the jury panel or their immediate family been involved as a plaintiff or defendant in a case involving a misappropriation of trade secrets, breach of contract, breach of duty of loyalty or good faith and fair dealing, or tortious interference with contractual relationships and unfair and deceptive trade practices dispute?

10. Has any member of the jury panel or their immediate family ever had a serious or legal dispute with an employee or employer?

11. Does any member of the jury panel have any religious or moral beliefs that would interfere with being a member of this jury?

12. Does any member of the jury panel have any preconceived opinions, bias, or prejudices, for or against claims brought for money damages, which may prevent you from fairly and impartially deciding the issues in this case?

13. Does any member of the jury panel have any preconceived opinion as to the maximum or minimum amount of damages which you would be able to award if you determined damages are appropriate?

14. Is there any reason you can think of why you would be unable to award a plaintiff zero damages in a case if the law and the evidence supported such an award?

15. Has any member of the jury panel or their immediate family or friends ever studied law, worked in a law firm, court system, or otherwise in the legal profession?

16. Is there anything about the anticipated length or daily schedule of trial that presents a problem, whether it be personal, business, or health, that is significant enough that you feel the need to be excused from service on this jury?

17. Is there any reason you can think of, whether or not it has been covered by a previous question, why you could not sit fairly, attentively, and impartially in this case?

| ARNOLD EILERT, ROBERT GAJEWSKI, RACHAEL GLENISTER, and IRVIN LUCAS, | BLUE SUN SCIENTIFIC, LLC and THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD, |
|---|---|
| */s/ Dallin R. Wilson* <br> William L. Prickett (BBO# 555341) <br> Dallin R. Wilson (BBO# 676662) <br> SEYFARTH SHAW LLP <br> Two Seaport Lane, Suite 1200 <br> Boston, MA 02210-2028 <br> Tel: (617) 946-4800 <br> Fax: (617) 946-4801 <br> wprickett@seyfarth.com <br> drwilson@seyfarth.com | */s/ George R. Ritchie* <br> George R. Ritchie (pro hac vice) <br> Royal Craig (pro hac vice) <br> Lauren Lake (pro hac vice) <br> Gordon Feinblatt, LLC <br> 1001 Fleet Street, Suite 700 <br> Baltimore, MD 21202 <br><br> Christopher R. O'Hara (BBO# 548611) <br> Maria T. Davis (BBO# 675447) <br> Todd & Weld, LLP <br> One Federal Street <br> Boston, MA 02110 <br> Tel: (617) 720-2626 <br> cohara@toddweld.com <br> mdavis@toddweld.com |