# Exhibit A

Page 1

```
 1
 2          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
 3   ------------------------------------------X
     KPM ANALYTICS NORTH AMERICA CORPORATION,
 4
                                    Civil Action No.
 5                  Plaintiff,    21:-10572
 6            - v. -
 7   BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE
     TECHNOLOGIES GROUP & CO., LTD., ARNOLD
 8   EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI,
     RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN
 9   LUCAS AND PHILIP OSSOWSKI,
10                  Defendants.
     ------------------------------------------X
11
12             HIGHLY CONFIDENTIAL
13              30(b)(6) DEPOSITION
14          VIA ZOOM VIDEOCONFERENCING
15                     OF
16   KPM ANALYTICS NORTH AMERICA CORPORATION
17              BY AND THROUGH
18                ERIC OLSON
19          Wednesday, July 7, 2021
20
21
22
23   Reported By:
24   LINDA J. GREENSTEIN
25   JOB NO. 4695539
```

HIGHLY CONFIDENTIAL

Page 111

1    HIGHLY CONFIDENTIAL - ERIC OLSON
2    conveyer trying to determine the amount of
3    water that's in the sample.
4            There are other attributes that
5    can be done with that system as well, but
6    primarily it is for moisture monitoring.
7        Q.    Do the spectrometers offered by
8    Blue Sun or the services offered by Blue
9    Sun compete with that industry at all?
10       A.    My understanding from the
11   website of Blue Sun is there is a similar
12   product offered for sale through Blue Sun.
13       Q.    What is that product?
14       A.    I don't recall the name of it.
15       Q.    Could you name the other
16   companies that are within the KPM family of
17   companies?
18       A.    Is that a question, sorry?
19   Could you restate it if it was?
20       Q.    Yes.   Can you name the other
21   companies that are within the KPM family of
22   companies?
23       A.    By brand or legal entity is
24   quite complex, but by brand or end product,
25   the easiest way to explain is we have

HIGHLY CONFIDENTIAL

Page 112

```
 1       HIGHLY CONFIDENTIAL - ERIC OLSON
 2   Sightline Process Control, we have AMS, we
 3   have EyePro Systems, Chopin Technologies,
 4   Sensor Tech Systems, Process Sensors, Unity
 5   Scientific.
 6       Q.   Did all those companies become a
 7   member of KPM by KPM's acquisition of those
 8   companies?
 9            MR. MAGEE:  Objection.
10            You could answer.
11       A.   That is my understanding.
12       Q.   Can you give me a time frame
13   over which those acquisitions happened?
14       A.   The Process Sensors, Unity
15   Scientific and Chopin Technologies were all
16   about 2015.
17            I believe AMS came shortly
18   thereafter.  It may have even been part of
19   that -- no, it came after.  Followed by
20   Sensor Tech Systems, Sightline and EyePro
21   Systems.
22       Q.   Who is Union Park Capital?
23       A.   Union Park Capital is a private
24   equity firm.
25       Q.   And what was their role, if any,
```