# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>　　　　　*Plaintiff.*<br><br>　　v.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>　　　　　*Defendants.* | Civil Action No. 21-10572-MRG |

**PLAINTIFF KPM ANALYTICS NORTH AMERICA CORPORATION'S MOTION *IN LIMINE* TO EXCLUDE EXHIBITS THAT WERE NOT PRODUCED IN DISCOVERY**

Plaintiff KPM Analytics North America Corporation ("KPM") respectfully requests this Court for an Order granting its Motion *in Limine* to Exclude Exhibits that were not Produced in Discovery (the "Motion"). In support of this Motion, KPM relies on the concurrently filed Memorandum in Support of its Motion *in Limine* to Exclude Exhibits that were not Produced in Discovery, and such further arguments and evidence as may be properly presented to the Court at the time of hearing on the Motion.

{M1709251.1 }

WHEREFORE, KPM respectfully requests that the Court allow the Motion.

**Date:** April 26, 2023

Respectfully submitted,

KPM Analytics North America Corporation,

By its attorneys,

*/s/ John T. Gutkoski*
John T. Gutkoski (BBO No. 567182)
Kevin R. Mosier (BBO No. 703739)
Sunstein LLP
100 High Street
Boston, MA 02110
Phone: (617) 443-9292
jgutkoski@sunsteinlaw.com
kmosier@sunsteinlaw.com

**AND**

Scott R. Magee (BBO No. 664067)
Paige Zacharakis (BBO No. 699108)
Morse, Barnes-Brown & Pendleton, P.C.
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
Phone: (781) 622-5930
Fax: (781) 622-5933
smagee@morse.law
pzacharakis@morse.law

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned hereby certifies that the parties met and conferred on April 20, 2023 with respect to the relief sought in this Motion. Defendants oppose KPM's Motion *in Limine* in its entirety.

/s/ *Kevin R. Mosier*
Kevin R. Mosier

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April 2023, a true and correct copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Paige K. Zacharakis*
Paige K. Zacharakis

4875-1901-8847, v. 1