UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>     *Plaintiff*.<br><br>  v.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>     *Defendants*. | Civil Action No. 21-10572-MRG |

**[PROPOSED] ORDER ALLOWING PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE EXHIBITS THAT WERE NOT PRODUCED IN DISCOVERY**

  Upon consideration of Plaintiff's Motion *in Limine* to Exclude Exhibits that were not Produced in Discovery, and all supporting materials filed in support of and in opposition thereto, Plaintiff's Motion is GRANTED and it is hereby ORDERED:

 1. The Defendants are prohibited from referring to or entering into evidence any exhibit(s) or document(s) not previously produced during the course of discovery during the trial of this matter.

  It is SO ORDERED.

Dated:_____        _____
                     Hon. Margaret R. Guzman
                     United States District Judge