# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>          *Plaintiff.*<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>          *Defendants.* | Civil Action No. 21-10572-MRG |

## [PROPOSED] ORDER ALLOWING PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO UNRELATED PENDING OR THREATENED LITIGATION

Upon consideration of Plaintiff's Motion *in Limine* to Preclude References to Unrelated Pending or Threatened Litigation, and all supporting materials filed in support of and in opposition thereto, Plaintiff's Motion is GRANTED and it is hereby ORDERED:

1. The Parties are precluded from referring to any unrelated pending or threatened litigation during the trial of this matter.

It is SO ORDERED.

Dated:_____        _____
                                   Hon. Margaret R. Guzman
                                   United States District Judge