# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>    Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE REFERENCES TO UNRELATED PENDING OR THREATENED LITIGATION

Defendants Blue Sun Scientific, LLC ("Blue Sun"), The Innovative Technologies Group & Co., LTD ("ITG"), Arnold Eilert, Robert Gajewski, Rachael Glenister, and Irvin Lucas (Eilert, Gajewski, Glenister, and Lucas, collectively, the "Individual Defendants") oppose Plaintiff KPM Analytics North America Corporation's ("KPM") motion to preclude evidence relating to allegedly unrelated pending or threatened litigation between KPM, Blue Sun, and ITG. KPM's motion suggests that KPM's service of a cease and desist letter *on the eve of trial* on Blue Sun and ITG, regarding alleged patent infringement, is not relevant and would unfairly prejudice KPM by casting it as a vexatious litigant. Contrary to KPM's argument, such evidence is relevant to show that KPM intends to intimidate Defendants and force capitulation in an attempt to snuff out an upstart competitor and restrict customer choice. On the eve of trial in this case, KPM acquired a patent from a former competitor and is now attempting to use that as leverage

against Blue Sun and ITG. Defendants should be permitted to impeach KPM by proving that its motivation for brining this action (and threatening another) is to intimidate and, ultimately, try to bankrupt Defendants.

In addition, contrary to the cases cited by KPM in its motion, the litigation KPM seeks to exclude involves only parties in the present lawsuit and will not cause the trial to delve into matters involving non-parties. *See Posteraro v. Citizens Fin. Grp.*, 2016 WL 64376, at *3 (D.N.H. Jan. 5, 2016) (precluding evidence of unrelated litigation between plaintiff and two other non-party employers); *Ira Green, Inc. v. Military Sales & Serv. Co.*, 2013 WL 12316017, at *3 (D.R.I. Sept. 4, 2013) (precluding references to plaintiff's lawsuit against a key factual figure in the matter); *King Pharms., Inc. v. Sandoz, Inc.*, 2010 WL 4789950, at *1 (D.N.J. Sept. 8, 2010) (precluding evidence regarding prior litigation between plaintiff and third-party for allegedly infringing on different patents). Evidence of KPM's eleventh-hour threatened litigation supports Defendants' defense that KPM is not seeking to protect any legitimate trade secret but instead corroborates that KPM's ulterior motivation in bringing this action is to drive one of its competitors out of business by any means necessary. Evidence regarding other threatened litigation between the parties to this case is therefore relevant and should be permitted.

## CONCLUSION

For the foregoing reasons, Defendants request that the Court deny KPM's request for an exclusion of all references to KPM's threatened litigation against ITG and Blue Sun

.

ARNOLD EILERT, ROBERT GAJEWSKI, RACHAEL GLENISTER, and IRVIN LUCAS,

*/s/ Dallin R. Wilson*
William L. Prickett (BBO# 555341)
Dallin R. Wilson (BBO# 676662)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Tel: (617) 946-4800
Fax: (617) 946-4801
wprickett@seyfarth.com
drwilson@seyfarth.com

BLUE SUN SCIENTIFIC, LLC and THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD,

*/s/ George R. Ritchie*
George R. Ritchie (pro hac vice)
Royal Craig (pro hac vice)
Lauren Lake (pro hac vice)
Gordon Feinblatt, LLC
1001 Fleet Street, Suite 700
Baltimore, MD 21202
gritchie@gfrlaw.com
rcraig@gfrlaw.com
llake@gfrlaw.com

Christopher R. O'Hara (BBO# 548611)
Maria T. Davis (BBO# 675447)
Todd & Weld, LLP
One Federal Street
Boston, MA 02110
Tel: (617) 720-2626
cohara@toddweld.com
mdavis@toddweld.com

## CERTIFICATE OF SERVICE

I hereby certify that, on April 27, 2023, this document was sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non-registered participants.

 */s/ Dallin R. Wilson*
Dallin R. Wilson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# (Eastern Division)

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, <br><br> Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## **ORDER**

WHEREFORE, this Court, having read and considered Plaintiff KPM Analytics North America Corporation's Motion *In Limine* to Preclude References to Unrelated Pending or Threatened Litigation (the "Motion"), Defendants' opposition, and any other response thereto, it is hereby

ORDERED, that the Motion is DENIED.


Dated:_____                    _____
                                          Hon. Margaret R. Guzman
                                          United States District Judge