United States District Court
District of Massachusetts
Exhibits Log: 21cv10572-MRG
KPM v. Blue Sun, 5/3/2023

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-2 | Irvin Lucas 2021 Dep Ex 4, 08.13.18 Email | Yes | 5/8/2023 12:56 PM | 5/8/2023 12:56 PM |
| Court-3 | Irvin Lucas 2021 Dep. Ex. 5, 08.13.18 Email | Yes | 5/9/2023 9:19 AM | 5/9/2023 9:19 AM |
| Court-4 | Irvin Lucas 2021 Dep. Ex. 6, 01.11.21 Email | Yes | 5/10/2023 10:37 AM | 5/10/2023 10:37 AM |
| Court-5 | Irvin Lucas 2021 Dep. Ex. 7, 04.01.21 | Yes | 5/10/2023 10:47 AM | 5/10/2023 10:47 AM |
| Court-8 | Irvin Lucas 2021 Dep. Ex. 10, 03.24.21 Email | Yes | 5/12/2023 9:12 AM | 5/12/2023 9:12 AM |
| Court-9 | Irvin Lucas 2021 Dep. Ex. 11, 03.19.20 Email | Yes | 5/9/2023 9:55 AM | 5/9/2023 9:55 AM |
| Court-10 | Irvin Lucas 2021 Dep. Ex. 12, 01.06.21 Email | Yes | 5/9/2023 10:04 AM | 5/9/2023 10:04 AM |
| Court-11 | Irvin Lucas 2021 Dep. Ex. 13, 01.07.21 Email | Yes | 5/10/2023 10:22 AM | 5/10/2023 10:22 AM |
| Court-14 | Irvin Lucas 2021 Dep. Ex. 16, 02.12.21 Email | Yes | 5/11/2023 10:01 AM | 5/11/2023 10:01 AM |
| Court-15 | Irvin Lucas 2021 Dep. Ex. 17, 05.03.19 Email | Yes | 5/9/2023 9:44 AM | 5/9/2023 9:44 AM |
| Court-16 | Irvin Lucas 2021 Dep. Ex. 19, 02.18.21 Email | Yes | 5/10/2023 10:43 AM | 5/10/2023 10:43 AM |
| Court-17 | Irvin Lucas 2021 Dep. Ex. 20, 02.24.21 Email | Yes | 5/9/2023 10:09 AM | 5/9/2023 10:09 AM |
| Court-18 | Irvin Lucas 2021 Dep. Ex. 21, 11.11.20 Email | Yes | 5/9/2023 9:27 AM | 5/9/2023 9:27 AM |
| Court-19 | Irvin Lucas 2021 Dep. Ex. 22, 11.19.20 Email with attachment | Yes | 5/9/2023 9:35 AM | 5/9/2023 9:35 AM |
| Court-21 | Irvin Lucas 2022 Dep. Ex. 2. Blue Sun web page.welcome | Yes | 5/9/2023 11:04 AM | 5/9/2023 11:04 AM |
| Court-22 | Irvin Lucas 2022 Dep. Ex. 3 Blue Sun web page.NIR Analyzers | Yes | 5/9/2023 11:08 AM | 5/9/2023 11:08 AM |
| Court-23 | Irvin Lucas 2022 Dep. Ex. 4 Blue Sun web page.calibration development | Yes | 5/9/2023 11:07 AM | 5/9/2023 11:07 AM |
| Court-24 | Irvin Lucas 2022 Dep. Ex. 5 Phoenix Application Note Soybean | Yes | 5/9/2023 12:43 PM | 5/9/2023 12:43 PM |
| Court-30 | Irvin Lucas 2022 Dep. Ex. 14, 2018 Financials | Yes | 5/9/2023 10:53 AM | 5/9/2023 10:53 AM |
| Court-31 | Irvin Lucas 2022 Dep. Ex. 15, 2019 Financials | Yes | 5/9/2023 10:56 AM | 5/9/2023 10:56 AM |
| Court-32 | Irvin Lucas 2022 Dep. Ex. 16, 2020 Financials | Yes | 5/9/2023 10:56 AM | 5/9/2023 10:56 AM |
| Court-33 | CONSOLIDATED STATEMENTS 2021 to 2022 | Yes | 5/9/2023 10:56 AM | 5/9/2023 10:56 AM |
| Court-39 | Irvin Lucas 2022 Dep. Ex. 22, Offer Letter for Arnold Eilert | Yes | 5/11/2023 12:43 PM | 5/11/2023 12:43 PM |
| Court-46 | Irvin Lucas 2022 Dep. Ex. 36, 06.08.21 Email | Yes | 5/12/2023 9:26 AM | 5/12/2023 9:26 AM |
| Court-47 | Irvin Lucas 2022 Dep. Ex. 37, 07.09.21 Email | Yes | 5/12/2023 9:27 AM | 5/12/2023 9:27 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-50 | Irvin Lucas 2022 Dep. Ex. 41, Purchase Order | Yes | 5/9/2023 10:02 AM | 5/9/2023 10:02 AM |
| Court-57 | Irvin Lucas 2022 Dep. Ex. 48, 02.24.21 Email | Yes | 5/10/2023 10:49 AM | 5/10/2023 10:49 AM |
| Court-58 | Irvin Lucas 2022 Dep. Ex. 49, 07.09.21 Email | Yes | 5/9/2023 10:17 AM | 5/9/2023 10:17 AM |
| Court-59 | Irvin Lucas 2022 Dep. Ex. 50, 04.28.21 Email | Yes | 5/11/2023 10:19 AM | 5/11/2023 10:19 AM |
| Court-65 | Irvin Lucas 2022 Dep. Ex. 57, 01.21.21 Email | Yes | 5/11/2023 12:54 PM | 5/11/2023 12:54 PM |
| Court-66 | Irvin Lucas 2022 Dep. Ex. 59, 08.16.21 Email | Yes | 5/9/2023 10:47 AM | 5/9/2023 10:47 AM |
| Court-67 | Irvin Lucas 2022 Dep. Ex. 60, 04.01.21 Email | Yes | 5/12/2023 9:15 AM | 5/12/2023 9:15 AM |
| Court-68 | Irvin Lucas 2022 Dep. Ex. 61, 05.26.21 Email | Yes | 5/12/2023 9:23 AM | 5/12/2023 9:23 AM |
| Court-71 | Irvin Lucas 2022 Dep. Ex. 64, 08.17.21 Email | Yes | 5/9/2023 10:49 AM | 5/9/2023 10:49 AM |
| Court-76 | Robert R. Wilt Dep. Ex. 10, 07.16.20 Email | Yes | 5/9/2023 9:58 AM | 5/9/2023 9:58 AM |
| Court-77 | Robert R. Wilt Dep. Ex. 11, 10.06.20 Email | Yes | 5/12/2023 10:50 AM | 5/12/2023 10:50 AM |
| Court-79 | Robert R. Wilt Dep. Ex. 14, 02.18.21 Email | Yes | 5/12/2023 10:56 AM | 5/12/2023 10:56 AM |
| Court-88 | Robert W. Wilt Dep Ex. 17, 04.02.20 Email | Yes | 5/9/2023 11:53 AM | 5/9/2023 11:53 AM |
| Court-89 | Robert W. Wilt Dep Ex. 18, 10.21.20 Email string | Yes | 5/10/2023 10:35 AM | 5/10/2023 10:35 AM |
| Court-90 | Robert W. Wilt Dep Ex. 19, 11.05.20 Email | Yes | 5/12/2023 10:58 AM | 5/12/2023 10:58 AM |
| Court-94 | Robert Gajewski Dep. Ex. 2, screen shot | Yes | 5/5/2023 12:26 PM | 5/5/2023 12:26 PM |
| Court-95 | Robert Gajewski Dep. Ex. 3, 04.05.21 letter | Yes | 5/11/2023 12:10 PM | 5/11/2023 12:10 PM |
| Court-96 | Robert Gajewski Dep. Ex. 4, 04.08.19 Email | Yes | 5/11/2023 9:27 AM | 5/11/2023 9:27 AM |
| Court-102 | Robert Gajewski Dep. Ex. 10, 03.17.20 Email | Yes | 5/11/2023 10:04 AM | 5/11/2023 10:04 AM |
| Court-104 | Robert Gajewski Dep. Ex. 12, 02.11.19 Email | Yes | 5/10/2023 12:38 PM | 5/10/2023 12:38 PM |
| Court-105 | Robert Gajewski Dep. Ex. 13, 04.24.19 Email | Yes | 5/10/2023 12:42 PM | 5/10/2023 12:42 PM |
| Court-106 | Robert Gajewski Dep. Ex. 14, 03.11.19 Email | Yes | 5/10/2023 12:40 PM | 5/10/2023 12:40 PM |
| Court-108 | Robert Gajewski Dep. Ex. 16, 07.02.19 Email | Yes | 5/11/2023 9:34 AM | 5/11/2023 9:34 AM |
| Court-109 | Robert Gajewski Dep. Ex. 17, 01.30.19 Email | Yes | 5/10/2023 12:29 PM | 5/10/2023 12:29 PM |
| Court-110 | Robert Gajewski Dep. Ex. 18, 01.27.20 Email | Yes | 5/10/2023 12:33 PM | 5/10/2023 12:33 PM |
| Court-111 | Robert Gajewski Dep. Ex. 19, 03.30.20 Email | Yes | 5/11/2023 10:17 AM | 5/11/2023 10:17 AM |
| Court-112 | Robert Gajewski Dep. Ex. 20, 02.08.19 Email | Yes | 5/11/2023 9:19 AM | 5/11/2023 9:19 AM |
| Court-113 | Robert Gajewski Dep. Ex. 21, 03.04.19 Email | Yes | 5/11/2023 9:14 AM | 5/11/2023 9:14 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-114 | Robert Gajewski Dep. Ex. 22, 03.04.19 Email | Yes | 5/11/2023 9:16 AM | 5/11/2023 9:16 AM |
| Court-115 | Robert Gajewski Dep. Ex. 23, 02.25.19 Email | Yes | 5/10/2023 12:47 PM | 5/10/2023 12:47 PM |
| Court-116 | Robert Gajewski Dep. Ex. 24, 01.15.19 Email | Yes | 5/10/2023 12:44 PM | 5/10/2023 12:44 PM |
| Court-118 | Robert Gajewski Dep. Ex. 26, 033019 Email | Yes | 5/10/2023 12:53 PM | 5/10/2023 12:53 PM |
| Court-119 | Robert Gajewski Dep. Ex. 27, 03.25.19 Email | Yes | 5/10/2023 12:51 PM | 5/10/2023 12:51 PM |
| Court-120 | Robert Gajewski Dep. Ex. 28, 05.20.21 Email | Yes | 5/11/2023 9:10 AM | 5/11/2023 9:10 AM |
| Court-122 | Robert Gajewski Dep. Ex. 30, 02.04.20 Email | Yes | 5/11/2023 9:07 AM | 5/11/2023 9:07 AM |
| Court-124 | Robert Gajewski Dep. Ex. 32, 07.01.19 Email | Yes | 5/11/2023 9:48 AM | 5/11/2023 9:48 AM |
| Court-127 | Robert Gajewski Dep. Ex. 35, 02.12.21 Email | Yes | 5/11/2023 10:01 AM | 5/11/2023 10:01 AM |
| Court-131 | Eric Olson 2021 Dep. Ex. 9, Application note comparison | Yes | 5/5/2023 12:37 PM | 5/5/2023 12:37 PM |
| Court-133 | Eric Olson 2021 Dep, Ex. 15, UCal4 feature summary | Yes | 5/5/2023 12:32 PM | 5/5/2023 12:32 PM |
| Court-134 | Eric Olson 2022 Dep. Ex. 2, Spreadsheet 2017-2020 | Yes | 5/8/2023 9:23 AM | 5/8/2023 9:23 AM |
| Court-138 | Excerpt | Yes | 5/8/2023 9:27 AM | 5/8/2023 9:27 AM |
| Court-140 | Brian Mitchell Dep. Ex. 22, UCal4 data sheet | Yes | 5/5/2023 12:32 PM | 5/5/2023 12:32 PM |
| Court-145 | Michelle Gajewski Dep. Ex. 10, Emails | Yes | 5/11/2023 12:43 PM | 5/11/2023 12:43 PM |
| Court-147 | Luigi Faustini Dep. Ex. 3, 11.05.20 Email | Yes | 5/12/2023 10:51 AM | 5/12/2023 10:51 AM |
| Court-148 | Luigi Faustini Dep. Ex. 4, 11.09.20 Email | Yes | 5/12/2023 10:53 AM | 5/12/2023 10:53 AM |
| Court-153 | Arnold Eilert Dep. Ex. 10, 08.04.20 Email | Yes | 5/11/2023 10:23 AM | 5/11/2023 10:23 AM |
| Court-154 | Arnold Eilert Dep. Ex. 12, 02.03.21 Email | Yes | 5/12/2023 9:10 AM | 5/12/2023 9:10 AM |
| Court-155 | Arnold Eilert Dep. Ex. 14, 04.20.21 Email | Yes | 5/12/2023 9:18 AM | 5/12/2023 9:18 AM |
| Court-156 | Arnold Eilert Dep. Ex. 15, 05.06.21 Email | Yes | 5/12/2023 9:20 AM | 5/12/2023 9:20 AM |
| Court-158 | Rachael Glenister Dep. Ex. 2, Agreement | Yes | 5/5/2023 12:33 PM | 5/5/2023 12:33 PM |
| Court-159 | Rachael Glenister Dep. Ex. 3, 06.26.20 Letter | Yes | 5/10/2023 9:48 AM | 5/10/2023 9:48 AM |
| Court-160 | Rachael Glenister Dep. Ex. 4, 07.01.20 Letter | Yes | 5/10/2023 9:50 AM | 5/10/2023 9:50 AM |
| Court-161 | Rachael Glenister Dep. Ex. 7, 01.25.19 Email | Yes | 5/10/2023 9:58 AM | 5/10/2023 9:58 AM |
| Court-162 | Rachael Glenister Dep. Ex. 8, 02.18.19 Email | Yes | 5/10/2023 10:09 AM | 5/10/2023 10:09 AM |
| Court-164 | Rachael Glenister Dep. Ex. 15, 04.27.20 Email | Yes | 5/10/2023 10:01 AM | 5/10/2023 10:01 AM |
| Court-165 | Rachael Glenister Dep. Ex. 16, 06.08.20 Email | Yes | 5/10/2023 10:03 AM | 5/10/2023 10:03 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-166 | Rachael Glenister Dep. Ex. 17, 06.08.20 Email | Yes | 5/10/2023 10:05 AM | 5/10/2023 10:05 AM |
| Court-167 | Rachael Glenister Dep. Ex. 18, 04.02.19 Email | Yes | 5/10/2023 10:06 AM | 5/10/2023 10:06 AM |
| Court-170 | Rachael Glenister Dep. Ex. 21, 08.11.20 Email | Yes | 5/10/2023 10:15 AM | 5/10/2023 10:15 AM |
| Court-171 | Rachael Glenister Dep. Ex. 22, 08.11.20 Email | Yes | 5/10/2023 10:16 AM | 5/10/2023 10:16 AM |
| Court-172 | Rachael Glenister Dep. Ex. 23, 08.18.20 Email | Yes | 5/10/2023 10:17 AM | 5/10/2023 10:17 AM |
| Court-173 | Rachael Glenister Dep. Ex. 24, 08.25.20 Email | Yes | 5/10/2023 10:18 AM | 5/10/2023 10:18 AM |
| Court-174 | Rachael Glenister Dep. Ex.25, 09.11.20 Email | Yes | 5/10/2023 10:20 AM | 5/10/2023 10:20 AM |
| Court-176 | Rachael Glenister Dep. Ex. 30, 02.08.21 Emails | Yes | 5/10/2023 10:31 AM | 5/10/2023 10:31 AM |
| Court-177 | Rachael Glenister Dep. Ex. 32, 03.09.21 Email | Yes | 5/10/2023 10:45 AM | 5/10/2023 10:45 AM |
| Court-184 | GAJEWSKI.003740, Email thread | Yes | 5/11/2023 10:07 AM | 5/11/2023 10:07 AM |
| Court-186 | GAJEWSKI.001915, Email thread | Yes | 5/11/2023 9:58 AM | 5/11/2023 9:58 AM |
| Court-187 | GAJEWSKI.002138, Email thread | Yes | 5/11/2023 9:59 AM | 5/11/2023 9:59 AM |
| Court-188 | GAJEWSKI.002808, Email thread | Yes | 5/11/2023 10:00 AM | 5/11/2023 10:00 AM |
| Court-189 | GAJEWSKI.002870, Email thread | Yes | 5/11/2023 10:00 AM | 5/11/2023 10:00 AM |
| Court-191 | GAJEWSKI.003958, Email thread | Yes | 5/11/2023 10:01 AM | 5/11/2023 10:01 AM |
| Court-192 | GAJEWSKI.004133, Email thread | Yes | 5/11/2023 10:01 AM | 5/11/2023 10:01 AM |
| Court-193 | GAJEWSKI.004175, Email thread | Yes | 5/11/2023 10:01 AM | 5/11/2023 10:01 AM |
| Court-201 | GAJEWSKI.000971, Email thread | Yes | 5/11/2023 9:45 AM | 5/11/2023 9:45 AM |
| Court-202 | GAJEWSKI.001860, Email thread | Yes | 5/11/2023 9:58 AM | 5/11/2023 9:58 AM |
| Court-203 | GAJEWSKI.002056, Email dated 01.27.20 | Yes | 5/11/2023 9:59 AM | 5/11/2023 9:59 AM |
| Court-205 | Cocoa Powder Application Note | Yes | 5/5/2023 12:39 PM | 5/5/2023 12:39 PM |
| Court-206 | Cocoa Liquor Application Note | Yes | 5/5/2023 12:40 PM | 5/5/2023 12:40 PM |
| Court-207 | Cocoa Butter Application Note | Yes | 5/5/2023 12:40 PM | 5/5/2023 12:40 PM |
| Court-208 | Chocolate Application Note | Yes | 5/5/2023 12:41 PM | 5/4/2023 12:41 PM |
| Court-209 | Cocoa Nibs Application Note | Yes | 5/5/2023 12:42 PM | 5/5/2023 12:42 PM |
| Court-210 | Cocoa Beans Application Note | Yes | 5/5/2023 12:42 PM | 5/5/2023 12:42 PM |
| Court-211 | RapeseedCanola Application Note | Yes | 5/5/2023 12:42 PM | 5/5/2023 12:42 PM |
| Court-212 | Rapeseed Canola Meal Application Note | Yes | 5/5/2023 12:42 PM | 5/5/2023 12:42 PM |

| EXHIBIT | DESCRIPTION | RLS IDENTIFIED | ADMITTED |
|---|---|---|---|
| Court-213 | Rapeseed Canola Flakes Application Note | Yes | 5/5/2023 12:42 PM | 5/5/2023 12:42 PM |
| Court-214 | Caramel Application Note | Yes | 5/5/2023 12:43 PM | 5/5/2023 12:43 PM |
| Court-215 | Corn Application Note | Yes | 5/5/2023 12:43 PM | 5/5/2023 12:43 PM |
| Court-216 | Corn Meal Application Note | Yes | 5/5/2023 12:43 PM | 5/5/2023 12:43 PM |
| Court-217 | Corn Germ Application Note | Yes | 5/5/2023 12:44 PM | 5/5/2023 12:44 PM |
| Court-218 | Pig Feed Application Note | Yes | 5/5/2023 12:53 PM | 5/5/2023 12:53 PM |
| Court-219 | Corn Flour Application Note | Yes | 5/5/2023 12:53 PM | 5/5/2023 12:53 PM |
| Court-220 | Soybean Meal Application Note | Yes | 5/5/2023 12:53 PM | 5/5/2023 12:53 PM |
| Court-221 | Tobacco Application Note | Yes | 5/5/2023 12:53 PM | 5/5/2023 12:53 PM |
| Court-222 | Soybean Application Note | Yes | 5/5/2023 12:54 PM | 5/5/2023 12:54 PM |
| Court-223 | Alfalfa Application Note | Yes | 5/5/2023 12:54 PM | 5/5/2023 12:54 PM |
| Court-224 | Blood Meal Application Note | Yes | 5/5/2023 12:54 PM | 5/5/2023 12:54 PM |
| Court-225 | Durum Flour Application Note | Yes | 5/5/2023 12:54 PM | 5/5/2023 12:54 PM |
| Court-226 | Fish Feed Application Note | Yes | 5/5/2023 12:54 PM | 5/5/2023 12:54 PM |
| Court-227 | Mustard Seed Application Note | Yes | 5/5/2023 12:54 PM | 5/5/2023 12:54 PM |
| Court-228 | Wheat Semolina Application Note | Yes | 5/5/2023 12:55 PM | 5/5/2023 12:55 PM |
| Court-229 | Hulled Barley Application Note | Yes | 5/5/2023 12:55 PM | 5/5/2023 12:55 PM |
| Court-230 | Milk Powder (With Caramelized Sugar) Application Note | Yes | 5/5/2023 12:55 PM | 5/5/2023 12:55 PM |
| Court-231 | Whole Milk Powder Application Note | Yes | 5/5/2023 12:55 PM | 5/5/2023 12:55 PM |
| Court-232 | Non Fat Dry Milk Powder Application Note | Yes | 5/5/2023 12:56 PM | 5/5/2023 12:56 PM |
| Court-233 | Whey Protein Concentrate Application Note | Yes | 5/5/2023 12:56 PM | 5/5/2023 12:56 PM |
| Court-234 | Milk Protein Concentrate MPC56 Application Note | Yes | 5/5/2023 12:56 PM | 5/5/2023 12:56 PM |
| Court-235 | Milk Protein Concentrate MPC70 Application Note | Yes | 5/5/2023 12:56 PM | 5/5/2023 12:56 PM |
| Court-236 | Cheese, Various, Hard Application Note | Yes | 5/5/2023 12:56 PM | 5/5/2023 12:56 PM |
| Court-237 | Chocolate Chip Cookies Application Note | Yes | 5/5/2023 12:56 PM | 5/5/2023 12:56 PM |
| Court-238 | Corn Meal Raw And Cooked Application Note | Yes | 5/5/2023 12:57 PM | 5/5/2023 12:57 PM |
| Court-239 | Corn Gluten Feed Application Note | Yes | 5/5/2023 12:57 PM | 5/5/2023 12:57 PM |
| Court-240 | Corn Gluten Meal Application Note | Yes | 5/5/2023 12:57 PM | 5/5/2023 12:57 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-241 | Cotton Seed Meal Application Note | Yes | 5/8/2023 9:08 AM | 5/5/2023 9:08 AM |
| Court-242 | Cotton Seed Spent Flake Application Note | Yes | 5/8/2023 9:08 AM | 5/5/2023 9:08 AM |
| Court-243 | Fish Meal Application Note | Yes | 5/8/2023 9:08 AM | 5/5/2023 9:08 AM |
| Court-244 | Ground Beef Application Note | Yes | 5/8/2023 9:09 AM | 5/5/2023 9:09 AM |
| Court-245 | Ground Soybeans Application Note | Yes | 5/8/2023 9:09 AM | 5/5/2023 9:09 AM |
| Court-246 | Ground Sunflower Seeds Application Note | Yes | 5/8/2023 9:09 AM | 5/5/2023 9:09 AM |
| Court-247 | Ice Cream Mix Application Note | Yes | 5/8/2023 9:10 AM | 5/5/2023 9:10 AM |
| Court-248 | Malt Application Note1 | Yes | 5/8/2023 9:10 AM | 5/5/2023 9:10 AM |
| Court-249 | Malt Application Note2 | Yes | 5/8/2023 9:14 AM | 5/5/2023 9:14 AM |
| Court-250 | Masa Dough Application Note | Yes | 5/8/2023 9:10 AM | 5/5/2023 9:10 AM |
| Court-251 | Meat and Bone Meal Application Note | Yes | 5/8/2023 9:11 AM | 5/5/2023 9:11 AM |
| Court-252 | Pet Food Application Note | Yes | 5/8/2023 9:11 AM | 5/5/2023 9:11 AM |
| Court-253 | Potato Chips Application Note | Yes | 5/8/2023 9:11 AM | 5/5/2023 9:11 AM |
| Court-254 | Potato Flakes Application Note | Yes | 5/8/2023 9:11 AM | 5/5/2023 9:11 AM |
| Court-255 | Frozen Or Parfried French Fries Application Note | Yes | 5/8/2023 9:11 AM | 5/5/2023 9:11 AM |
| Court-256 | Raw French Fries Application Note | Yes | 5/8/2023 9:11 AM | 5/5/2023 9:11 AM |
| Court-257 | Poultry Meal Application Note | Yes | 5/8/2023 9:11 AM | 5/5/2023 9:11 AM |
| Court-258 | Processed Cheese Application Note | Yes | 5/8/2023 9:12 AM | 5/5/2023 9:12 AM |
| Court-259 | Sausage Application Note | Yes | 5/8/2023 9:12 AM | 5/5/2023 9:12 AM |
| Court-260 | Sunflower Meal Application Note | Yes | 5/8/2023 9:12 AM | 5/5/2023 9:12 AM |
| Court-261 | Tapioca Starch Application Note | Yes | 5/8/2023 9:12 AM | 5/5/2023 9:12 AM |
| Court-262 | Ground Tapioca Application Note | Yes | 5/8/2023 9:12 AM | 5/5/2023 9:12 AM |
| Court-263 | Corn Tortilla Chips Application Note | Yes | 5/8/2023 9:12 AM | 5/5/2023 9:12 AM |
| Court-264 | Unground Corn Application Note | Yes | 5/8/2023 9:12 AM | 5/5/2023 9:12 AM |
| Court-265 | Unground Wheat Application Note | Yes | 5/8/2023 9:13 AM | 5/5/2023 9:13 AM |
| Court-292 | Application notes Irvin Lucas 2022 Dep. Ex. 5 Chocolate | Yes | 5/5/2023 12:58 PM | 5/4/2023 12:58 PM |
| Court-302 | GAJEWSKI.000717 Email thread | Yes | 5/11/2023 9:23 AM | 5/11/2023 9:23 AM |
| Court-306 | Rachael Glenister Dep. Ex. 10 Email dated 01.15.20 | Yes | 5/10/2023 9:55 AM | 5/10/2023 9:55 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-309 | GAJEWSKI.000702 Email thread | Yes | 5/9/2023 9:42 AM | 5/9/2023 9:42 AM |
| Court-310 | KPM.BS2.00002214 Email thread | Yes | 5/10/2023 10:29 AM | 5/10/2023 10:29 AM |
| Court-311 | William Brown Dep. Ex. 5 Powerpoint presentation | Yes | 5/9/2023 9:31 AM | 5/9/2023 9:31 AM |
| Court-323 | KPM.BS.002061 Email thread | Yes | 5/10/2023 10:26 AM | 5/10/2023 10:26 AM |
| Court-324 | KPM.BS.000461 Email thread | Yes | 5/10/2023 10:40 AM | 5/10/2023 10:40 AM |
| Court-326 | KPM.BS.001767 Email dated 05.12.21 | Yes | 5/10/2023 10:33 AM | 5/10/2023 10:33 AM |
| Court-329 | KPM.BS.001140 Email thread | Yes | 5/9/2023 9:49 AM | 5/9/2023 9:49 AM |
| Court-331 | KPM.BS.001141 Email thread | Yes | 5/9/2023 10:12 AM | 5/9/2023 10:12 AM |
| Court-332 | KPM0000995 Employee Handbook | Yes | 5/5/2023 1:07 PM | 5/5/2023 1:07 PM |
| Court-333 | KPM0000819 New employee hire and departure form | Yes | 5/11/2023 12:45 PM | 5/11/2023 12:45 PM |
| Court-338 | KPM0000919 Agreement dated 11.20.17 | Yes | 5/5/2023 1:07 PM | 5/5/2023 1:07 PM |
| Court-346 | KPM0001074 Agreement dated 09.30.08 | Yes | 5/5/2023 1:08 PM | 5/5/2023 1:08 PM |
| Court-347 | KPM0001119 Agreement dated 03.04.16 | Yes | 5/5/2023 1:08 PM | 5/5/2023 1:08 PM |
| Court-348 | KPM0001125 Letter dated 02.18.16 | Yes | 5/5/2023 1:08 PM | 5/5/2023 1:08 PM |
| Court-349 | KPM0001209 Letter dated 12.22.14 | Yes | 5/5/2023 1:08 PM | 5/5/2023 1:08 PM |
| Court-350 | KPM0001306 Letter dated 12.26.13 | Yes | 5/5/2023 1:09 PM | 5/5/2023 1:09 PM |
| Court-351 | KPM0001406 Letter dated 08.17.15 | Yes | 5/10/2023 9:43 AM | 5/10/2023 9:43 AM |
| Court-353 | KPM0001511 Letter dated 08.24.15 | Yes | 5/5/2023 1:10 PM | 5/5/2023 1:10 PM |
| Court-355 | KPM0021198 Letter dated 07.15.20 | Yes | 5/5/2023 1:10 PM | 5/5/2023 1:10 PM |
| Court-357 | KPM0022113 Letter dated 07.15.20 | Yes | 5/5/2023 1:11 PM | 5/5/2023 1:11 PM |
| Court-358 | William Brown Dep. Exs. 1 and 2 Letter and Agreement | Yes | 5/5/2023 1:11 PM | 5/5/2023 1:11 PM |
| Court-359 | LUCAS_000085 Letter dated 10.05.20 | Yes | 5/5/2023 1:14 PM | 5/5/2023 1:14 PM |
| Court-370 | KPM0000979 Agreement (undated) | Yes | 5/10/2023 9:32 AM | 5/10/2023 9:32 AM |
| Court-374 | Schumann Dep. Ex. 2 Email dated 05.06.21 | Yes | 5/8/2023 10:44 AM | 5/8/2023 10:44 AM |
| Court-383 | KPM0272651 Quote dated 01.01.19 | Yes | 5/10/2023 10:10 AM | 5/10/2023 10:10 AM |
| Court-393 | KPM0273117 Purchase Order | Yes | 5/5/2023 1:17 PM | 5/5/2023 1:17 PM |
| Court-394 | KPM0019213 Preventative maintenance and calibration record | Yes | 5/5/2023 1:17 PM | 5/5/2023 1:17 PM |
| Court-395 | KPM0019244 Preventative maintenance and calibration record | Yes | 5/5/2023 1:17 PM | 5/5/2023 1:17 PM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Court-400 | GLENISTER.000029 Email dated 12.19.19 | Yes | 5/10/2023 9:53 AM | 5/10/2023 9:53 AM |
| Court-401 | GLENISTER.000032 Email thread | Yes | 5/10/2023 9:59 AM | 5/10/2023 9:59 AM |
| Court-420 | GAJEWSKI.001985 Email thread | Yes | 5/11/2023 9:32 AM | 5/11/2023 9:32 AM |
| Court-421 | GAJEWSKI.002168 Email thread | Yes | 5/11/2023 10:02 AM | 5/11/2023 10:02 AM |
| Court-422 | GAJEWSKI.002481 Preventative maintenance and calibration record | Yes | 5/11/2023 10:02 AM | 5/11/2023 10:02 AM |
| Court-443 | DN 75 Ex. 23 Email thread | Yes | 5/10/2023 12:36 PM | 5/10/2023 12:36 PM |
| Court-446 | DN 75 Ex. 28 GAJEWSKI.001447 Email thread | Yes | 5/11/2023 9:40 AM | 5/11/2023 9:40 AM |
| Court-450 | DN 75 Ex. 33 GAJEWSKI.003749 Email thread | Yes | 5/11/2023 10:14 AM | 5/11/2023 10:14 AM |
| Court-451 | DN 75 Ex. 36 KPM.BS.001153 Email dated 04.20.20 | Yes | 5/9/2023 9:52 AM | 5/9/2023 9:52 AM |
| Court-453 | DN 75 Ex. 49 Letter dated 10.22.20 | Yes | 5/5/2023 1:18 PM | 5/5/2023 1:18 PM |
| Court-470 | DN 158 Ex. 24 Web page from Internet Archive | Yes | 5/9/2023 11:06 AM | 5/9/2023 11:06 AM |
| Court-471 | DN 158 Ex. 27, KPM.BS2.00006258, Email dated 07.13.21 | Yes | 5/9/2023 10:20 AM | 5/9/2023 10:20 AM |
| Court-474 | Blue Sun NIR Sales Data 2018 to 2/22 | Yes | 5/9/2023 10:58 AM | 5/9/2023 10:58 AM |
| Court-475 | Blue Sun NIR Sales Data 2/15/22 to 3/31/23 | Yes | 5/9/2023 10:58 AM | 5/9/2023 10:58 AM |
| Court-476 | Agreement | Yes | 5/5/2023 12:09 PM | 5/5/2023 12:09 PM |
| Court-477 | Email dated 1/11/19 | Yes | 5/5/2023 12:10 PM | 5/5/2023 12:10 PM |
| Court-478 | Email dated 7/9/20 | Yes | 5/5/2023 12:12 PM | 5/5/2023 12:12 PM |
| Court-479 | Preventative Maintenance Checklist | Yes | 5/5/2023 12:12 PM | 5/5/2023 12:12 PM |
| Court-480 | Email dated 8/14/19 | Yes | 5/5/2023 12:13 PM | 5/5/2023 12:13 PM |
| Court-481 | Email dated 1/21/20 | Yes | 5/5/2023 12:15 PM | 5/5/2023 12:15 PM |
| Court-482 | Email dated 1/20/20 | Yes | 5/5/2023 12:16 PM | 5/5/2023 12:16 PM |
| Court-483 | Email dated 3/26/20 | Yes | 5/5/2023 12:20 PM | 5/5/2023 12:20 PM |
| Court-484 | Photos of hard drives | Yes | 5/5/2023 12:25 PM | 5/5/2023 12:25 PM |
| Court-485 | Phoenix Application Note Skim Milk Powder | Yes | 5/5/2023 12:35 PM | 5/5/2023 12:35 PM |
| Court-702 | GAJEWSKI | Yes | 5/11/2023 11:28 AM | 5/11/2023 11:28 AM |
| Court-708 | KPM0000618 | Yes | 5/8/2023 10:43 AM | 5/5/2023 10:43 AM |
| Court-709 | KPM0000619 | Yes | 5/8/2023 10:43 AM | 5/5/2023 10:43 AM |
| Court-715 | KPM0001496 | Yes | 5/11/2023 11:02 AM | 5/11/2023 11:02 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------------|----------|
| Court-716 | KPM0001544 | Yes | 5/11/2023 11:21 AM | 5/11/2023 11:21 AM |
| Court-717 | KPM0001558 | Yes | 5/11/2023 11:32 AM | 5/11/2023 11:32 AM |
| Court-720 | KPM0002674 | Yes | 5/9/2023 9:46 AM | 5/9/2023 9:46 AM |
| Court-725 | KPM0003157 | Yes | 5/8/2023 10:14 AM | 5/8/2023 10:14 AM |
| Court-726 | KPM0003158 | Yes | 5/8/2023 10:14 AM | 5/8/2023 10:14 AM |
| Court-727 | KPM0003159 | Yes | 5/8/2023 10:14 AM | 5/8/2023 10:14 AM |
| Court-731 | KPM0014638 | Yes | 5/8/2023 10:40 AM | 5/4/2023 10:40 AM |
| Court-736 | KPM0085284 | Yes | 5/8/2023 10:39 AM | 5/8/2023 10:39 AM |
| Court-737 | KPM0092426 | Yes | 5/10/2023 11:45 AM | 5/10/2023 11:45 AM |
| Court-738 | KPM0092428 | Yes | 5/10/2023 11:46 AM | 5/10/2023 11:46 AM |
| Court-740 | KPM0104257 | Yes | 5/8/2023 10:13 AM | 5/8/2023 10:13 AM |
| Court-741 | KPM0104263 | Yes | 5/8/2023 10:13 AM | 5/8/2023 10:13 AM |
| Court-742 | KPM0105911 | Yes | 5/8/2023 10:41 AM | 5/4/2023 10:41 AM |
| Court-755 | KPM0143201 | Yes | 5/8/2023 10:42 AM | 5/4/2023 10:42 AM |
| Court-771 | KPM UCal 4 Brochure | Yes | 5/8/2023 10:40 AM | 5/4/2023 10:40 AM |