CIVIL CASE NO: 21-CV-10572-MRG

TITLE:   KPM Analytics NA         VS.    Blue Sun Scientific, et al.,

## J U R Y  P A N E L

01. Joseph Losurdo       (18)                 07. Ronald Woodward     (8)
02. Abigail Godbout      (2)                  08. Joanna Thomas       (12)
03. Linda Vitols         (3)                  09.
04. Leah Castaldi        (4)                  10.
05. Lisa Reed            (14)                 11.
06. Heather Gallagher    (15)                 12.

## W I T N E S S E S

01. Robert Schumann            5/4/23                 01.
02. Eric Olson                 5/5/23, 5/8/23         02.
03. Irvin Lucas                5/8/23, 5/9/23 5/15/23 03.
04. Rachael Glenister          5/10/23                04.
05. Robert Gajewski            5/10/23, 5/11/23       05.
06. Michelle Gajewski (Depo)   5/11/23                06.
07. Arnold Eilert              5/11/23, 5/12/23       07.
08. William Brown (Depo)       5/12/23                08.
09. Robert Wilt                5/12/23                09.
10. Neil Zoltowski             5/12/23, 5/15/23       10.
11. William Kennedy            5/15/23                11.
12.                                                   12.
13.                                                   13.
14.                                                   14.