# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>     *Plaintiff.*<br><br>  V.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, ROBERT GAJEWSKI, RACHAEL GLENISTER, AND IRVIN LUCAS,<br><br>     *Defendants.* | Civil Action No. 21-10572-MRG |

## JOINT MOTION TO SET THE POST-TRIAL BRIEFING SCHEDULE

With the jury trial in the above captioned matter having concluded on May 17, 2023, the Court requested that the parties meet and confer to set a schedule for post-trial motions and briefing. Pursuant to the Court's request, Plaintiff, KPM Analytics North America Corporation, and the Defendants, Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., Ltd., Arnold Eilert, Robert Gajewski, Rachael Glenister, and Irvin Lucas, hereby file this Joint Motion to set the following briefing schedule, which would supplant the relevant deadlines set by the Federal Rules of Civil Procedure and/or the Court's Local Rules:

- **Opening Motions and Briefs Due:** June 21, 2023
- **Opposition Briefs Due:** July 12, 2023
- **Reply Briefs Due:** July 26, 2023

WHEREFORE, the parties jointly move this Court to set the post-trial briefing schedule as set forth above.

**Dated:** May 30, 2023                                             Respectfully submitted,

| | |
|---|---|
| **PLAINTIFF,** | **DEFENDANTS,** |
| **KPM Analytics North America, Corp.** | **Blue Sun Scientific, LLC and The Innovative Technologies Group & Co., Ltd.** |
| By its attorneys, | By its attorneys, |
| */s/ Kevin R. Mosier* | */s/ George R. Ritchie* |
| John T. Gutkoski (BBO# 567182) | |
| Kevin R. Mosier (BBO# 703739) | George R. Ritchie (*pro hac vice*) |
| Sunstein LLP | Royal Craig (*pro hac vice*) |
| 100 High Street | Lauren Lake (*pro hac vice*) |
| Boston, MA 02110 | Gordon Feinblatt, LLC |
| Tel: (617) 443-9292 | 1001 Fleet Street, Suite 700 |
| jgutkoski@sunsteinlaw.com | Baltimore, MD 21202 |
| kmosier@sunsteinlaw.com | Tel: (410) 574-4000 |
| | Fax: (410) 576-4246 |
| Scott R. Magee (BBO# 664067) | Christopher R. O'Hara (BBO# 548611) |
| Paige K. Zacharakis (BBO# 699108) | Maria T. Davis (BBO# 675447) |
| Morse, Barnes-Brown, and Pendleton, P.C. | Todd & Weld, LLP |
| 480 Totten Pond Road, 4th Floor | One Federal Street |
| Waltham, MA 02451 | Boston, MA 02110 |
| (781) 622-5930 | Tel: (617) 720-2626 |
| smagee@morse.law | Fax: (617) 227-5777 |
| pzacharakis@morse.law | cohara@toddweld.com |
| | mdavis@toddweld.com |

**DEFENDANTS,**
**Arnold Eilert, Robert Gajewski,**
**Rachael Glenister, and Irvin Lucas**

*/s/ Dallin R. Wilson*
William L. Prickett (BBO# 555341)
Dallin R. Wilson (BBO# 676662)
Dawn Mertineit (BBO# 669988)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Tel: (617) 946-4800
Fax: (617) 946-4801
wprickett@seyfarth.com
drwilson@seyfarth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2023, a true and exact copy of the foregoing was served on all counsel of record through the Court's ECF system.

/s/ *Kevin R. Mosier*