# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>　　　　　　*Plaintiff.*<br><br>　　　　V.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>　　　　　　*Defendants.* | Civil Action No. 21-10572-MRG |

### PLATINFF'S MOTION FOR LEAVE TO FILE UNDER SEAL THE DECLARATION OF KEVIN MOSIER IN SUPPORT OF ITS MOTION FOR A PERMANENT INJUNCTION

Pursuant to Local Rule 7.2, KPM Analytics North America Corporation ("KPM") hereby requests leave to file under seal the Declaration of Kevin Mosier In Support of Its Motion for a Permanent Injunction. KPM intends to file its Motion for a Permanent Injunction today, June 21, 2023, and will file the Declaration contemporaneously with that Motion or shortly after. There is good cause to grant KPM leave to file the aforementioned Declaration under seal because the deposition transcript attached to said Declaration – the Rule 30(b)(6) deposition of Blue Sun Scientific, LLC "(Blue Sun") taken on April 27, 2022 – was marked as "Attorney's Eyes Only" at the behest of the defendants, thus KPM's Motion For Leave To File Under Seal is brought before this Court to protect information considered competitively sensitive by the defendants, who do not oppose this Motion.

1

WHEREFORE, KPM respectfully requests that this Court allow KPM to file under seal the Declaration of Kevin Mosier In Support of Its Motion for a Permanent Injunction.

Date:  June 21, 2023

Respectfully submitted,

**PLAINTIFF,
KPM Analytics North America, Corp.**

By its attorneys,

*/s/ Kevin R. Mosier*
John T. Gutkoski (BBO# 567182)
Kevin R. Mosier (BBO# 703739)
Sunstein LLP
100 High Street
Boston, MA 02110
Tel: (617) 443-9292
jgutkoski@sunsteinlaw.com
kmosier@sunsteinlaw.com

Scott R. Magee (BBO# 664067)
Paige K. Zacharakis (BBO# 699108)
Morse, Barnes Brown, and Pendleton, P.C.
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
(781) 622-5930
smagee@morse.law
pzacharakis@morse.law

**<u>Local Rule 7.1 Certification</u>**

The undersigned counsel met and conferred with opposing counsel concerning the relief sought in this Motion via email on June 21, 2023.  Counsel for Blue Sun indicated that the defendants do not oppose this Motion.

*/s/ Kevin R. Mosier*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June, 2023, a true and exact copy of the foregoing was served on all counsel of record through the Court's ECF system.

/s/ *Kevin R. Mosier*