# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) Civil Action No. 4:21-cv-10572-MRG |
| v. | ) |
| BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## **ORDER**

WHEREFORE, this Court, having read and considered Defendants Blue Sun Scientific, LLC and The Innovative Technologies Group & Co.'s Motion to Alter or Amend Judgment, or, in the alternative for Remittitur, pursuant to F.R.C.P. 59(e and any opposition thereto, it is hereby

ORDERED, that the motion is GRANTED; and its further

ORDERED, that the judgment against these Defendants are as follows:

| Blue Sun | $1,605,000 |
|---|---|
| ITG | 1,248,127 |

2

Dated:_____

_____
Hon. Margaret R. Guzman

10195990.1 58144/146507 6/21/23