# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>                    *Plaintiff.*<br><br>      v.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>                    *Defendants.* | Civil Action No. 21-10572-MRG |

**PLAINTIFF KPM ANALYTICS NORTH AMERICA CORPORATION'S MOTION FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF ON ITS CHAPTER 93A COUNT AND FOR PREJUDGMENT INTEREST ON ALL COUNTS**

Plaintiff KPM Analytics North America Corporation ("KPM") respectfully requests this Court enter an order in its favor on its Chapter 93A claim (Count X), awarding treble damages and attorneys' fees, including a finding that Defendants Blue Sun Scientific, LLC and Innovative Technologies Group & Co., Ltd. engaged in knowing or willful unfair and deceptive trade practices justifying treble damages. For the reasons set forth in the accompanying memorandum of law, KPM requests that the Court enter damages on Chapter 93A in the following amounts:

| Base for single damages | Amount | Trebled | Total |
|---|---|---|---|
| Jury finding of damages for misappropriation of trade secrets as predicate for Chapter 93A | $1,500,000 | $4,500,000 | $4,500,000 |
| Jury finding of damages for tortious interference as predicate for Chapter 93A | $1,800,000 | $5,400,000 | $5,400,000 |

| | | | |
|---|---|---|---|
| Violation of the preliminary injunction by sales to Idahoan | $210,165 | $630,495 | $630,495 |
| Violation of the preliminary injunction by sales to R&R Machine | $372,599.50 | $1,117,798.50 | $1,117,798.50 |
| Total | | | $11,648,293 |

KPM further requests that the Court add prejudgment interest at a rate of 12% from the date of the filing of the complaint based on the actual damages on all tort and 93A claims, and 10% on the contract claims against the individual defendants, the current values of each are:

| Claim | Applicable Damages | Interest rate | Prejudgment Interest |
|---|---|---|---|
| Trade Secret Misappropriation – Blue Sun | $1,500,000 | 12% | $ 397,207.39 |
| Trade Secret Misappropriation – Lucas | $20,000 | 12% | $ 5,296.10 |
| Trade Secret Misappropriation – Gajewski | $15,000 | 12% | $ 3,972.07 |
| Trade Secret Misappropriation – Glenister | $10,000 | 12% | $ 2,648.05 |
| Trade Secret Misappropriation – Eilert | $2,500 | 12% | $ 662.01 |
| Breach of Contract – Lucas | $20,000 | 10% | $ 4,413.42 |
| Breach of Contract – Gajewski | $15,000 | 10% | $ 3,310.06 |
| Breach of Contract – Glenister | $10,000 | 10% | $ 2,206.71 |
| Breach of Contract – Eilert | $2,500 | 10% | $ 551.68 |
| Tortious Interference – Blue Sun | $1,500,000 | 12% | $ 397,207.39 |
| Tortious Interference – ITG | $1,800,000 | 12% | $ 476,648.87 |
| Chapter 93A – Blue Sun | $2,082,764.50 | 12% | $ 551,526.30 |
| Chapter 93A - ITG | $2,382,764.50 | 12% | $ 630,967.78 |

## REQUEST FOR ORAL ARGUMENT

Plaintiff requests oral argument on this motion.

**Date:** June 21, 2023

Respectfully submitted,

KPM Analytics North America Corporation,

By its attorneys,

*/s/ Scott R. Magee*
John T. Gutkoski (BBO No. 567182)
Kevin R. Mosier (BBO No. 703739)
Sunstein LLP
100 High Street
Boston, MA 02110
Phone: (617) 443-9292
jgutkoski@sunsteinlaw.com
kmosier@sunsteinlaw.com

**AND**

Scott R. Magee (BBO No. 664067)
Paige Zacharakis (BBO No. 699108)
Morse, Barnes-Brown & Pendleton, P.C.
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
Phone: (781) 622-5930
Fax: (781) 622-5933
smagee@morse.law
pzacharakis@morse.law

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that the parties met and conferred on June 21, 2023 with respect to the relief sought in this Motion and Defendants oppose KPM's Motion in its entirety.

*/s/ Scott R. Magee*
Scott R. Magee

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2023, a true and correct copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Scott R. Magee*
                                                Scott R. Magee

4887-2119-4603, v. 1