# Exhibit A

Case 4:21-cv-10572-MRG   Document 254-1   Filed 06/21/23   Page 2 of 3

KPM Analytics North America Corp
8 Technology Drive
Westborough, MA  01581 USA

      

*All KPM Analytics companies*

# Invoice

*Note our new banking details below.*

| | |
|---|---|
| Invoice # | 14362 |
| Date | 5/16/2019 |

**Bill To**
Kira Rasmussen
Idahoan Foods LLC
Idaho Falls Warehouse
6210 North River Road
Idaho Falls ID 83402

**Ship To**
Kira Rasmussen
Idahoan Foods LLC
Idaho Falls Warehouse
6210 North River Road
Idaho Falls ID 83402

**PO #**
**Sales Order Type**    Consignment
**Sales Order #**    Sales Order #13538

**Comments**

30 day trial

| PO # | Shipping Method | Terms |
|---|---|---|
|  | UPS Orange | Net 30 |

| Sales Rep | Tracking # | Due Date |
|---|---|---|
| Glenister, Rachael | 1Z47A2R81252090518 | 6/15/2019 |

| Qty | Item | Description | Serial/Lot #'s | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | US-2600-XT3 | REFLECTANCE MONOCHROMATOR (680 - 2600 NM), ROTATING TOP WINDOW CONFIGURATION, BUILT IN WINDOWS 7 COMPUTER WITH 17" TOUCH SCREEN, USCAN SOFTWARE, MULTI-CUP, ISI | 3436 | 0.00 | 0.00 |
| 2 | US-LGOP-0001A | B+L LARGE OPEN CUP WITH PLUNGER | | 0.00 | 0.00 |
| 1 | US-RTIR-0016 | ADAPTER RING FOR B+L SPINNING CUPS | | 0.00 | 0.00 |
| 1 | US-PWUS-0001 | POWER CORD INSTRUMENT US | | 0.00 | 0.00 |
| 1 | US-PWUS-0002 | US-Monitor Cord | | 0.00 | 0.00 |

**Banking Information**
Bank of America-Merrill Lynch
100 West 33rd St.
New York, NY 10001
Account Name: KPM Analytics North America Corporation
Account #: 004640573676
USA Checks/ACH: 011000138
International Routing #/ Transit (ABA) #: 0260-0959-3
International Wires Swift Code: BOFAUS3N

| | |
|---|---|
| Shipping Cost (UPS Orange) | 0.00 |
| **Total** | **$0.00** |

Thank you for your valued business. Please remit electronic payment information to AR@kpmanalytics.com

Sensortech Systems Inc.
341 Bernoulli Circle
Oxnard, CA 93030 USA

    

*All KPM Analytics companies*

# RMA

**Bill To**
Kira Rasmussen
Idahoan Foods LLC
Idaho Falls Warehouse
6210 North River Road
Idaho Falls ID 83402

**Date** 12/9/2019
**RMA #** 3346
**PO #**
**Product Line** NIR
**Memo** Rtn Inv 14362/SO 13538
**Comments** Sent for Arnold's use
**Contact**
**Contact Email**

| Item | Quantity | Units | Serial/Lot #'s | Description | Amount | Warehouse | Reason code |
|---|---|---|---|---|---|---|---|
| US-2600-XT3 | 1 | Ea | 3436 | REFLECTANCE MONOCHROMATOR (680 - 2600 NM), ROTATING TOP WINDOW CONFIGURATION, BUILT IN WINDOWS 7 COMPUTER WITH 17" TOUCH SCREEN, USCAN SOFTWARE, MULTI-CUP, ISI | 0.00 | zzzArnold Eilert | Consignment Return |
| US-LGOP-0001A | 2 | Ea | | B+L LARGE OPEN CUP WITH PLUNGER | 0.00 | zzzArnold Eilert | Consignment Return |
| US-RTIR-0016 | 1 | Ea | | ADAPTER RING FOR B+L SPINNING CUPS | 0.00 | zzzArnold Eilert | Consignment Return |
| US-PWUS-0001 | 1 | Ea | | POWER CORD INSTRUMENT US | 0.00 | zzzArnold Eilert | Consignment Return |
| US-PWUS-0002 | 1 | Ea | | US-Monitor Cord | 0.00 | zzzArnold Eilert | Consignment Return |

**Total** $0.00

******PLEASE RETURN TO:**
**Sensortech Systems Inc.**
**KPM Analytics North America**
**8 Technology Drive**
**Westborough, MA 01581**
**ATTN:  RMA# _____**