# **Exhibit B**

**From:** Rob Gajewski </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=B4AB62D2DC4F40AAA4E8C8AD9232C3CE-RGAJEWSKI>
**Sent:** Tuesday, May 21, 2019 2:22:43 PM
**To:** Kira Rasmussen <KRasmussen@idahoan.com>
**Subject:** Re: Demo Agreement

---

**From:** Kira Rasmussen <KRasmussen@idahoan.com>
**Sent:** Tuesday, May 21, 2019 11:27:30 AM
**To:** Rob Gajewski
**Subject:** RE: Demo Agreement

Hey Roc,
Haven't seen the analyzer yet, but I have my teams aware so they are going to let me know if/when it shows up. Did you send it through UPS or FedEx?
Also, the address below is correct.

6210 N River Road
Idaho Falls, ID
83402

Please let me know if you have any problems finding it.

Thanks,
Kira

---

**From:** Rob Gajewski <rgajewski@unityscientific.com>
**Sent:** Tuesday, May 21, 2019 7:29 AM
**To:** Kira Rasmussen <KRasmussen@idahoan.com>
**Subject:** Re: Demo Agreement

Hi Kira,
Did you receive the demo unit?  If so, please just leave it boxed up and I will handle it when I get there tomorrow.

Also, can you please confirm your address so I get to the correct place?

Regards,

Rob

Get Outlook for Android

From: Kira Rasmussen
Sent: Thursday, May 16, 1:58 PM
Subject: Re: Demo Agreement
To: Rob Gajewski

Sounds great! See ya then.

Sent from my iPhone

**Attorneys' Eyes Only**

**KPM0094818**

On May 16, 2019, at 10:58 AM, Rob Gajewski <rgajewski@unityscientific.com> wrote:

Hi Kira,
Attached is the agreement, signed by me.

I will plan to arrive around 9 AM on Wednesday.  The demo unit is shipping today and should arrive on Tuesday.  I will need a couple of hours to get it all set up and then we can work on running samples, etc. Please let me know if you have any questions.

Regards,

Rob Gajewski
Unity Scientific
Cell: 630-699-1190


**From:** Kira Rasmussen <KRasmussen@idahoan.com>
**Sent:** Tuesday, May 14, 2019 11:52 AM
**To:** Rachael Glenister <rglenister@unityscientific.com>
**Cc:** Rob Gajewski <rgajewski@unityscientific.com>
**Subject:** RE: Demo Agreement

Hey Rachel,
Here is the demo agreement as well as our confidentiality agreement.
Can you please sign and return?


Kind Regards,

Kira Rasmussen
Production Projects SME

<image002.jpg>
Idahoan Foods, LLC
6210 North River Road
Idaho Falls, ID 83402

Phone 208.528.3838
Cell 208.715.0638
krasmussen@idahoan.com


**From:** Rachael Glenister <rglenister@unityscientific.com>
**Sent:** Tuesday, May 14, 2019 9:11 AM
**To:** Kira Rasmussen <KRasmussen@idahoan.com>
**Cc:** Rob Gajewski <rgajewski@unityscientific.com>
**Subject:** Demo Agreement

Hi Kira,

Please see the attached demo agreement for your review and signature.

Thanks,

Rachael Glenister
Account Manager

**Attorneys' Eyes Only**

Mobile:   (203) 482-1487
unityscientific.com
**<image003.png>**
*a KPM Analytics company*

P Consider the environment before printing this e-mail
***CONFIDENTIALITY NOTICE:*** *The information contained in this e-mail transmission (including all attachments) is private, confidential, and the property of Unity Scientific.  The information contained in the materials is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this transmission in error, notify the sender upon receipt and immediately delete it from your files.*

CAUTION: This email originated from outside of Idahoan Foods, LLC. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe
CAUTION: This email originated from outside of Idahoan Foods, LLC. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe

   <OPSHRRFS005 Consultant Supplier Confidentiality Agreement-SignedRobGajewski.docx>

---

**CAUTION: This email originated from outside of Idahoan Foods, LLC. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe**

---

**Total Control Panel**                                                        Login

   To: rgajewski@unityscientific.com    Remove this sender from my allow list
   From: krasmussen@idahoan.com

*You received this message because the sender is on your allow list.*

**Attorneys' Eyes Only**                                                        **KPM0094820**