# Exhibit C

| | |
|---|---|
| **From:** | Kira Rasmussen <KRasmussen@idahoan.com> |
| **Sent:** | Thursday, May 16, 2019 2:58:10 PM |
| **To:** | Rob Gajewski <rgajewski@unityscientific.com> |
| **Subject:** | Re: Demo Agreement |
| **Attachments:** | image002.jpg;image003.png |

Sounds great! See ya then.

Sent from my iPhone

On May 16, 2019, at 10:58 AM, Rob Gajewski <rgajewski@unityscientific.com> wrote:

> Hi Kira,
> Attached is the agreement, signed by me.
>
> I will plan to arrive around 9 AM on Wednesday. The demo unit is shipping today and should arrive on Tuesday. I will need a couple of hours to get it all set up and then we can work on running samples, etc. Please let me know if you have any questions.
>
> Regards,
>
> Rob Gajewski
> Unity Scientific
> Cell: 630-699-1190
>
>
>
> **From:** Kira Rasmussen <KRasmussen@idahoan.com>
> **Sent:** Tuesday, May 14, 2019 11:52 AM
> **To:** Rachael Glenister <rglenister@unityscientific.com>
> **Cc:** Rob Gajewski <rgajewski@unityscientific.com>
> **Subject:** RE: Demo Agreement
>
> Hey Rachel,
> Here is the demo agreement as well as our confidentiality agreement.
> Can you please sign and return?
>
>
> Kind Regards,
>
> *Kira Rasmussen*
> **Production Projects SME**
>
> <image002.jpg>
> Idahoan Foods, LLC
> 6210 North River Road
> Idaho Falls, ID 83402
>
> Phone 208.528.3838
> Cell 208.715.0638
> krasmussen@idahoan.com

**Attorneys' Eyes Only**                                                                                                                                                                                            **KPM0096740**

**From:** Rachael Glenister <rglenister@unityscientific.com>
**Sent:** Tuesday, May 14, 2019 9:11 AM
**To:** Kira Rasmussen <KRasmussen@idahoan.com>
**Cc:** Rob Gajewski <rgajewski@unityscientific.com>
**Subject:** Demo Agreement

Hi Kira,

Please see the attached demo agreement for your review and signature.

Thanks,

Rachael Glenister
Account Manager

Mobile:   (203) 482-1487
unityscientific.com

<image003.png>
*a KPM Analytics company*

Consider the environment before printing this e-mail
**CONFIDENTIALITY NOTICE:** *The information contained in this e-mail transmission (including all attachments) is private, confidential, and the property of Unity Scientific.  The information contained in the materials is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this transmission in error, notify the sender upon receipt and immediately delete it from your files.*

CAUTION: This email originated from outside of Idahoan Foods, LLC. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe

CAUTION: This email originated from outside of Idahoan Foods, LLC. Do not click links, open attachments, or respond unless you recognize the sender and know the content is safe

<OPSHRRFS005 Consultant Supplier Confidentiality Agreement-SignedRobGajewski.docx>

---

**Total Control Panel**                                                                 Login

To: rgajewski@unityscientific.com         Remove this sender from my allow list
From: krasmussen@idahoan.com

*You received this message because the sender is on your allow list.*

**Attorneys' Eyes Only**                                                         KPM0096741