# Exhibit D

| **Sent:** | Monday, October 14, 2019 10:18:23 AM |
| **To:** | Kira Rasmussen <KRasmussen@idahoan.com> |
| **Subject:** | ROI Slides |
| **Attachments:** | Idahoan Meeting 101719.pptx |

Hi Kira,

If you can send me your ROI slides, I'll add them to the presentation. If you think we need to adjust the presentation, let me know.

Thanks!

Rachael Glenister
Technical Sales Manager

Mobile:  (203) 482-1487
Office:   (203) 740-2999

a KPM Analytics company

P Consider the environment before printing this e-mail

CONFIDENTIALITY NOTICE: The information contained in this e-mail transmission (including all attachments) is private, confidential, and the property of Unity Scientific.  The information contained in the materials is privileged and intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, or distribution, or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this transmission in error, notify the sender upon receipt and immediately delete it from your files.

# Idahoan Foods
# NIR Implementation





**Confidential**



# Agenda


NIR Technology Overview


Industry Use


SpectraStar XT Intro


Idahoan Data Review


ROI


Q&A

**Confidential**

KPM0018601



# What is NIR Technology?

Rapid and non-destructive secondary method of analysis using near infrared light to detect absorbances mainly from molecules with bound hydrogen atoms such as Moisture, Fat, Protein, etc.

Confidential

KPM0018602



# How it Works

   

Image ▸ Detector + Processor ▸ Data ▸ Results

 KPM0018603



# Benefits of NIR

- Fast and Accurate Results in 30 Seconds
- Simple Routine Operation
- Easy Sample Preparation
- Instant Multi-Constituent Analysis
- Non-destructive/Safe
- Repeatable and Reproducible

**Confidential**

**KPM0018604**



# Industry Use

**Confidential**                                                                                      **KPM0018605**



# Who We Work With







# Where is NIR Used in the Plant?

**Raw Incoming**
- Moisture and quality

**In Process**
- Controlling Coatings
- Fat, Seasoning

**Finished**
- Verify production batch values against targets
- Moisture, Fat, Sulfite, Salt

Confidential

KPM0018607



# SpectraStar XT Series

**Confidential**

**KPM0018608**



# SpectraStar XT Series

- Completely new and updated system
  - TAS Calibrated
  - Re-designed hardware
  - New UScan software



**Confidential**



# TAS™

- Total Alignment Spectrometer
- TAS is a patented method for calibrating and maintaining instruments using primary, NIST traceable standards
- A set of 3 TAS standards is measured on your instrument in the factory and at install
- TAS can be run at any time to recalibrate and align your instrument back to "factory specification"

POWERED BY **TAS**

**TRUE**Alignment™
*SPECTROSCOPY*

Patents Pending

**Confidential**



# TAS™ Benefits



- Automatically recalibrates instrument back to factory spec to maintain calibration performance

- Automatically diagnosis and fixes any instrument alignment issue

- Returns instrument to factory spec after a lamp change or service
  – No bias adjustment required for your calibrations

- TAS calibrated instruments are very alike for ease in calibration transfer

- As all Unity instruments will be TAS calibrated, your data is Future Proof
  – Can be easily transferred across systems and models

Confidential



# SpectraStar XT Hardware





**Confidential**                                                                                    KPM0018612



# Hardware

- Built-in PC
  - Modern, Fast Intel PC Board
    - 8 GB RAM
  - Windows 7 Embedded Operating System
    - 64 bit OS
  - Solid State Hard Drive (no moving parts)
    - 220 GB Storage
  - 17 inch high resolution monitor
  - 4 USB ports

- Benefits
  - Fast operation and prediction times
  - Analysis time still under 30 seconds
  - Faster boot-up time
  - Current operating system



**Confidential**



# New Hardware Features

- **All parts are of the highest quality and state of the art made in the USA, Germany, or Japan**

- New high performance detector electronics
  - Ultra Cooled, dual stage InGaAs
  - Very low noise
  - Automatic gain adjustment

- New main controller (mother) board
  - Modern design, powerful
  - Self diagnosing

- New powerful and rugged grating drive motor
  - Aerospace quality bearings

**Confidential**



# New Hardware Features

- New high resolution encoder for extremely accurate and precise wavelength registration
  - Self aligning using TAS first principles
- Made in the USA with highest quality components
- Highest quality optics for **100% transmission of light through the system**

**Confidential**

# New vs Old Encoder and Motor





New



Old



# Hardware Features

- Scans up to 2600nm, 1.0 or 0.5 nm data interval



**KPM0018617**



# Hardware Benefits

- **Best performing system on the market!**
  - Lowest noise, RMS < 20 µAU across the entire range
  - RMS < 15 µAU from 1100-2500 nm
  - Absolute wavelength accuracy that is best in market
  - Wavelength precision now similar to FT instruments
- Best hardware specs lead to most accurate results
- Quality = Reliable Performance

**Confidential**

# Performance Comparison to NIST

**Unity** Scientific

Performance specifications based on the same standards measured at sample plane

| Parameter | SpectraStar XT | XL | DS2500 | Tango |
|---|---|---|---|---|
| Average Wavelength Difference | 0.0151 | 0.23 nm | 0.24 nm | -0.79 |
| Average Absolute Wavelength Difference | 0.1877 | 1.09 nm | 0.46 nm | 0.95 |
| Wavelength Precision | 0.0041 | 0.23 nm | 0.023 nm | 0.0004 |
| Average Photometric Difference | 0.0010 | 0.03 Au | 0.005 A | -0.220 |
| Average Absolute photometric Difference | 0.0011 | 0.05 Au | 0.005 A | 0.250 |
| Photometric precision (full scan range) | 10.6 µRMS | 45 µRMS | 42 µRMS | 125 µRMS |

**Confidential**



# White Paper-2017

Table 2. Performance comparison of multiple commercial instruments

(identical tests and samples)

| Parameter | SpectraStar 2500XT-R | SpectraStar 2500XL-R | Foss NIRS™ DS2500 | Bruker Tango | Büchi NIRFlex N-500 |
|---|---|---|---|---|---|
| $\lambda_{nm}$ Accuracy [1] | 0.015 | -0.23 | 0.36 | -0.79 | -0.71 |
| $\lambda_{nm}$ Precision [2] | 0.005[1] | 0.014 | 0.023[2a] | 0.000[2a] | 0.048[2a] |
| Photo Accuracy [3] | 0.001 | 0.04 | -0.005 | -0.220 | -0.126 |
| Photo Precision [3] | 10.6e-6[4] | 35e-5 | 13.7e-6 | 125e-6 | 75.7e-6 |
| Linearity ($R^2$) [2b] | 0.980 | 0.993 | 0.976 | 0.991 | 0.966 |
| Ave. Stray Light [2b] | 0.5% | 1.3% | 1.0% | 0.20% | 4.5% |
| Noise 680-2600 [3] | 10e-6[4] | NA | NA | NA | NA |
| Noise 680-2500 [3] | 10e-6[4] | 66e-6 | 61e-6 | NA | NA |
| Noise 1100-2500 [3] | 8e-6[4] | 19e-6 | 42e-6 | 518e-6 | 168e-6 |
| Noise 1500-2500 [3] | 8e-6[4] | 13e-6 | 45e-6 | 583e-6 | 135e-6 |
| Noise 2350-2500 [3] | 10e-6[4] | 24e-6 | 57e-6 | 816e-6 | 79e-6 |
| S/N 680-2500 [3] | 100000 | 16133 | 15933 | NA | NA |
| S/N 1100-2500 [3] | 125000 | 52925 | 22689 | 1446 | 5952 |
| S/N 1500-2500 [3] | 125000 | 74254 | 21618 | 1285 | 7407 |
| S/N 2350-2500 [3] | 100000 | 41286 | 16937 | 918 | 12658 |

[1] (11 Wavelength Standard - SRM 1920a, 10 nm bandwidth),
[2a] (2 Wavelength Standard - R99Polystyrene, 10 nm bandwidth),
[2b] (Effective stray light for 5 peak heights using Standard - R99Polystyrene),
[3] (Reflectance/photometric standard - R99, RMS and S/N are for 3 static replicates),
[4] With wavelength range to 2600 nm, static sample.



# UScan Software

- Completely re-designed software
- Easy, intuitive, and user friendly
- Database driven
  - All spectra and results files are in one place
- New data reporting features
  - Trend charting
  - Customers can build and create customized reports
  - Flexible search and display of results
  - Export spectra as .svf and .nir
- Full, continuous instrument health diagnostics

**Confidential**



# UScan Diagnostics

- Built in diagnostics
  - TAS diagnostics to show and verify performance





# UScan Diagnostics

- Built in diagnostics
  - Instrument health to test hardware function and electronics





# UScan Diagnostics

- Built in diagnostics
  - Lamp health to show lamp quality and predict when change is needed





# Summary

- TAS calibrated for stability and future proof data
- Easy, robust, and low maintenance
- Completely re-designed hardware
- New UScan software
- Best performance on the market



**Confidential**



# Idahoan Data Review

**Confidential**

**KPM0018626**



**Confidential**

**KPM0018627**



**Confidential**

**KPM0018628**



# ROI

KPM0018629



**Confidential**



# Thank You

**Confidential**                                                                                          **KPM0018631**



# Questions?

**KPM0018632**