UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>     *Plaintiff.*<br><br>  v.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>     *Defendants.* | Civil Action No. 21-10572-MRG |

**PLAINTIFF KPM ANALYTICS NORTH AMERICA CORPORATION'S MOTION FOR FINDING OF WILLFUL AND MALICIOUS MISAPPRPRIATION OF PLAINTIFF'S TRADE SECRETS BY DEFENDANTS AND FOR EXEMPLARY DAMAGES**

  Plaintiff KPM Analytics North America Corporation ("KPM") respectfully requests this Court enter an order finding that Defendants, Blue Sun Scientific, LLC, Irvin Lucas, Robert Gajewski, Arnold Eilert, and Rachael Glenister, willfully and maliciously misappropriated KPM's trade secrets (Counts I and II of Plaintiff's Verified Complaint, ECF. No. 1) and awarding exemplary damages and attorneys' fees and costs.  For the reasons set forth in the accompanying memorandum of law, KPM requests that the Court enter damages against the above listed Defendants in the following amounts:

| Base for single damages | Compensatory Damages Amount | Exemplary Damages Amount | Total |
|---|---|---|---|
| Jury finding of misappropriation of trade secrets against Blue Sun Scientific, LLC | $1,500,000 | $3,000,000 | $4,500,000 |
| Jury finding of misappropriation of trade secrets against Arnold Eilert | $2,500 | $5,000 | $7,500 |
| Jury finding of misappropriation of trade secrets against Robert Gajewski | $15,000 | $30,000 | $45,000 |
| Jury finding of misappropriation of trade secrets against Rachael Glenister | $10,000 | $20,000 | $30,000 |
| Jury finding of misappropriation of trade secrets against Irvin Lucas | $20,000 | $40,000 | $60,000 |
| Attorneys' Fees and Costs | TBD | | TBD |
| **Total** | | | $4,642,500.00 plus attorneys' fees and costs |

WHEREFORE, Plaintiff, KPM Analytics North America, Inc. requests this Court grant its motion for finding willful and malicious misappropriation of trade secrets by Defendants, Blue Sun Scientific, LLC, Irvin Lucas, Robert Gajewski, Arnold Eilert, and Rachael Glenister for exemplary damages.

### **REQUEST FOR ORAL ARGUMENT OR HEARING**

Pursuant to Local Rule 7.1(d), KPM respectfully requests that the Court schedule an oral argument or hearing on KPM's Motion as soon as the court deems appropriate.

4879-0791-6395, v. 1

**Date:** June 21, 2023

Respectfully submitted,

KPM Analytics North America Corporation,

By its attorneys,

*/s/ Paige K. Zacharakis*
John T. Gutkoski (BBO No. 567182)
Kevin R. Mosier (BBO No. 703739)
Sunstein LLP
100 High Street
Boston, MA 02110
Phone: (617) 443-9292
jgutkoski@sunsteinlaw.com
kmosier@sunsteinlaw.com

**AND**

Scott R. Magee (BBO No. 664067)
Paige Zacharakis (BBO No. 699108)
Morse, Barnes-Brown & Pendleton, P.C.
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
Phone: (781) 622-5930
Fax: (781) 622-5933
smagee@morse.law
pzacharakis@morse.law

## LOCAL RULE 7.1 CERTIFICATION

The undersigned hereby certifies that the parties met and conferred on June 21, 2023 with respect to the relief sought in this Motion and Defendants oppose KPM's Motion in its entirety.

/s/ *Paige K. Zacharakis*
Paige K. Zacharakis

4879-0791-6395, v. 1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of June 2023, a true and correct copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Paige K. Zacharakis*
                                                Paige K. Zacharakis

4879-0791-6395, v. 1