UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br>     *Plaintiff.*<br><br>   V.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>     *Defendants.* | Civil Action No. 21-cv-10572-MRG |

**KPM ANALYTICS NORTH AMERICA CORPORATION'S**
**<u>MOTION FOR A PERMANENT INJUNCTION</u>**

  Pursuant to Federal Rule of Civil Procedure 65 and the Jury's Verdict (ECF No. 230), Plaintiff KPM Analytics North America Corporation ("KPM") respectfully requests that the Court issue a permanent injunction against all defendants consistent with the Proposed Order filed herewith. In support of the relief sought, KPM also files herewith its Memorandum in Support of KPM's Motion for a Permanent Injunction. KPM requests oral argument on its Motion for a Permanent Injunction.

  WHEREFORE, KPM respectfully requests that the Court enter a permanent injunction against all defendants.

1

Date:  June 21, 2023                    Respectfully submitted,

**KPM ANALYTICS NORTH AMERICA CORPORATION**

By its attorneys,

*/s/ John T. Gutkoski*
John T. Gutkoski (BBO# 567182)
Kevin R. Mosier (BBO# 703739)
SUNSTEIN LLP
100 High Street
Boston, MA 02110
Tel: (617) 443-9292
jgutkoski@sunsteinlaw.com
kmosier@sunsteinlaw.com

Scott R. Magee (BBO# 664067)
Paige K. Zacharakis (BBO# 699108)
MORSE, BARNES-BROWN, AND PENDLETON, P.C.
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
Tel: (781) 622-5930
smagee@morse.law
pzacharakis@morse.law

**Local Rule 7.1 Certification**

The undersigned counsel met and conferred with opposing counsel concerning the relief sought in this Motion via email on June 21, 2023.

/s/ *John T. Gutkoski*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June 2023, a true and exact copy of the foregoing was served on all counsel of record through the Court's ECF system.

/s/ *John T. Gutkoski*