

CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 9, 2021



**RE:   KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through March 31, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 9, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        242803
Client #:         10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through March 31, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ■■■ | ■■■■■■■■ | ■■■■ | | ■■■■ |
| 36384 | ■■■■ | 65,354.00 | .00 | 65,354.00 |
| **Total** | | ■■■■ | ■■ | ■■■■ |

**TOTAL THIS INVOICE**            ■■■■

Previous Balance                 ■■■■

**TOTAL BALANCE DUE**            ■■■■

100% charged to Integration Expense - Blue Sun Litigation - Invoice detail on file with CFO

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 242803                                                        April 9, 2021

**OUTSTANDING INVOICES**







CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 9, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:          242803
Client #:            10255
Billing Attorney:     JCM

## REMITTANCE ADVICE

**RE:  KPM Analytics, Inc.**



**INVOICE IS PAYABLE UPON RECEIPT**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

May 11, 2021



**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through April 30, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

May 11, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:            244587
Client #:            10255
Billing Attorney:     JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through April 30, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ███████ | | | | |
| 36384 | ███████ | 63,989.50 | 517.12 | 64,506.62 |
| **Total** | | ███████ | ███████ | ███████ |

**TOTAL THIS INVOICE**         **$ 65,542.12**



Invoice approved for payment. 100% Integration expense related to Blue Sun legal matter.

Invoice details with CFO

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 244587                                                May 11, 2021

### TOTAL THIS INVOICE                           **$ 65,542.12**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 244587                                                         May 11, 2021

## OUTSTANDING INVOICES



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t  781-622-5930
f  781 622 5933
billing@morse law

May 11, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:       244587
Client #:         10255
Billing Attorney:    JCM

## REMITTANCE ADVICE

**RE:  KPM Analytics, Inc.**

**BALANCE DUE THIS INVOICE**          **$ 65,542.12**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t - 781-622-5930
f - 781-622-5933
billing@morse.law

June 7, 2021



**RE:   KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through May 31, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham  MA 02451
morse.law
t – 781-622-5930
f – 781-622-5933
billing@morse.law

June 7, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:          245391
Client #:            10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through May 31, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ███ | █████████████ | ████ | ███ | ████ |
| | ██████ | ████ | | ████ |
| 36384 | █████ | 25,608.00 | 993.60 | 26,601.60 |
| **Total** | | ████ | ████ | ████ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 245391                                                                    June 7, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 245391                                                                    June 7, 2021

████████████████████

████████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | █ | ████████████████ | █ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 245391                                                                    June 7, 2021

**Client-Matter: 10255-36384**

**RE:** ▮▮▮▮▮▮▮

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/10/21 | SRM | Telephone conference with J. Gutkoski and P. Zacharakis regarding ▮▮▮▮▮▮▮▮▮▮ prepare for same. | .50 |
| 5/10/21 | PKZ | Draft ▮▮▮▮▮▮▮▮ Call with J. Gutkoski and S. Magee regarding ▮▮▮▮▮▮; ▮▮▮▮▮▮ Review and edit ▮▮▮▮▮▮▮▮▮; Draft ▮▮▮. | 2.50 |
| 5/11/21 | SRM | Emails regarding ▮▮▮▮▮▮▮▮ | .20 |
| 5/12/21 | SRM | Telephone conference with opposing counsel regarding meet and confer on motions to dismiss; research ▮▮▮▮▮▮▮. | .60 |
| 5/13/21 | PKZ | Legal research ▮▮▮▮▮▮▮; Meet and confer with defense counsel and J. Gutkoski and S. Magee;  Legal research ▮▮▮▮▮▮ | .85 |
| 5/14/21 | SRM | Telephone conference with ▮▮▮▮▮▮▮ review ▮▮▮▮▮▮▮. | 3.20 |
| 5/14/21 | PKZ | Summarize ▮▮▮▮▮▮▮; Review ▮▮▮▮▮▮ Call with S. Magee and J. Gutkoski regarding ▮▮▮▮▮▮; Legal research - ▮▮▮▮▮▮; Client call with J. Gutkoski and S. Magee regarding ▮▮▮▮▮▮ Legal research ▮▮▮▮▮▮ | 7.85 |
| 5/15/21 | SRM | Work on ▮▮▮▮▮▮. | 2.60 |
| 5/15/21 | PKZ | Review and edit ▮▮▮▮▮▮; Research ▮▮ ▮▮▮▮ | 2.40 |
| 5/16/21 | SRM | Review ▮▮▮▮▮▮; emails ▮▮▮▮▮▮ | .60 |
| 5/17/21 | SRM | Review and comment ▮▮▮▮▮▮; prepare for ▮▮▮▮▮▮; emails with ▮▮▮▮▮▮ ▮▮. | 2.20 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 245391                                                                                    June 7, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/17/21 | PKZ | Review ▮▮▮▮▮▮▮▮▮▮▮; Legal research ▮▮▮▮▮▮▮. Email to M. Mitchell ▮▮▮▮▮▮▮ | 1.80 |
| 5/18/21 | SRM | Prepare for and attend ▮▮▮▮▮▮▮▮▮; research ▮▮▮▮▮▮; telephone conferences with J. Gutkoski and P. Zacharakis ▮▮. | 3.50 |
| 5/18/21 | PKZ | Meeting with J. Gutkoski and S. Magee ▮▮▮▮; Prepare for ▮▮▮▮▮▮▮▮ Call with J. Gutkoski and S. Magee ▮▮▮; Review and annotate ▮▮▮▮▮; Attend ▮▮▮▮▮ | 1.70 |
| 5/19/21 | SRM | Review ▮▮▮▮▮▮; emails with J. Gutkoski, P. Zacharakis ▮▮▮▮; review ▮▮▮ emails ▮▮▮▮▮. | 2.10 |
| 5/19/21 | PKZ | Redact email ▮▮▮▮▮▮; Review | .70 |
| 5/20/21 | SRM | Review ▮▮▮▮▮▮; edit and comment ▮▮▮. | .90 |
| 5/20/21 | PKZ | Edit ▮▮▮▮▮; Draft ▮▮▮; Draft ▮▮▮; Draft Request for ▮▮; Draft Request for ▮; Edit Request for ▮▮; Edit Request for ▮; Edit Request for ▮▮; Edit Request for ▮; Email to J. Gutkoski and S. Magee ▮▮; Draft Request for ▮▮t; Draft ▮▮▮ Call with J. Gutkoski ▮▮; Edit ▮▮▮; Email to J. Gutkoski and S. Magee ▮▮▮; Edit ▮▮▮▮▮ | 4.85 |
| 5/21/21 | SRM | Review, edit and comment on ▮▮▮▮▮▮; review ▮▮▮; emails with ▮▮▮; emails with ▮▮. | 1.60 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 245391                                                                June 7, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/21/21 | PKZ | Finalize ████████ ██████ Emails from/to J. Gutkoski ████ █; Draft request for ████████ █; Edit ██; Edit request for ████; Email to J. Gutkoski and S. Magee ████; Draft and edit █; Draft and edit ████ | 2.85 |
| 5/24/21 | SRM | Emails ████████. | .40 |
| 5/24/21 | PKZ | Emails from/to J. Gutkoski ████; Review Request for ████; Email from/to J. Gutkoski ████; Client meeting ████; Email clients ████ | 1.45 |
| 5/25/21 | SRM | Draft and file with ████; draft and file with ████. | 2.10 |
| 5/26/21 | SRM | Attention to ████; analysis of ████; emails with J. Rubel ██. | .90 |
| 5/27/21 | SRM | Telephone conference with J. Gutkoski and P. Zacharakis ████; conference call with ████; emails ████; contact J. Rubel ██. | 2.90 |
| 5/27/21 | PKZ | Client meeting ████; Call with S. Magee and J. Gutkoski ████; Research ████ | 1.50 |
| 5/28/21 | SRM | Review and analyze ████; emails with J. Gutkoski and P. Zacharakis ████; review ████; attention to ██. | 2.80 |
| 5/29/21 | PKZ | Review and annotate ████; Review ████; Legal research for ████; Legal research for ████ | 4.75 |
| 5/31/21 | PKZ | Legal research for ████; Review and annotate ████; Review and annotate ██ | 3.75 |

**TOTAL PROFESSIONAL SERVICES**            **$ 25,608.00**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 245391                                                              June 7, 2021

**EXPENSES**

| Date | Description | Amount |
|------|------------|--------|
| 4/30/21 | SRM Complaint Filing Fees | 402.00 |
| 4/30/21 | SRM Service of Complaint, Summons, etc, (KPM/NIR) | 591.60 |

**TOTAL EXPENSES**                                    **$ 993.60**

**MATTER TOTAL**                                      **$ 26,601.60**

7

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 245391                                                    June 7, 2021

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 244587 | 5/11/21 | 65,542.12 | .00 | 65,542.12 |





CityPoint
480 Totten Pond Road, 4th Floor
Waltham  MA 02451
morse.law
t – 781-622-5930
f – 781-622-5933
billing@morse.law

June 7, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:         245391
Client #:          10255
Billing Attorney:    JCM

## REMITTANCE ADVICE

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

July 9, 2021



**RE:   KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through June 30, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t –781-622-5930
f   781 622 5933
billing@morse.law

July 9, 2021

KPM Analytics, Inc.                         Invoice #:        247613
113 Cedar Street                            Client #:          10255
Milford, MA  01757                          Billing Attorney:   JCM

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through June 30, 2021:

| Matter # | Description | Services | Expenses | Total |
|----------|-------------|---------:|---------:|------:|
| ▮▮▮ | ▮▮▮▮▮▮▮▮ | ▮▮▮ | | ▮▮▮ |
| ▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮▮ |
| 36384 | KPM Analytics-▮▮▮ | 84,579.00 | 1,019.34 | 85,598.34 |
| **Total** | | ▮▮▮ | ▮▮▮ | ▮▮▮ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                 July 9, 2021



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|

**TOTAL PROFESSIONAL SERVICES**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                July 9, 2021

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ███████████████████████████████████████████████ | |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                July 9, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| | | | |

**TOTAL PROFESSIONAL SERVICES**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                July 9, 2021

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-**████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 6/01/21 | SRM | Draft ███████████████████████ ████████ | 9.50 |
| 6/01/21 | PKZ | Legal research for ██████████████████████ █████████ | 7.95 |
| 6/02/21 | SRM | Draft ████████████████████. | 9.10 |
| 6/02/21 | PKZ | Legal research on ████████████████; review and add comments ████████████████; edit ██████████████████████; legal research f████████████████ ██████████ | 5.80 |
| 6/03/21 | SRM | Edit, proofread, finalize and file with ██████████████ ██████████████. | 6.00 |
| 6/03/21 | PKZ | Review and annotate ███████████; emails from/to J. Gutkoski ███████████████; email to J. Gutkoski, S. Magee, and K. Carey ████████████ | .85 |
| 6/04/21 | SRM | Attention to ██████████████████; emails ██████. | 1.50 |
| 6/07/21 | SRM | Work on ████████████; emails with J. Rubel, J. Gutkoski and P. Zacharakis █████████. | 2.10 |
| 6/07/21 | PKZ | Edit Responses ███████████████ review ████████████ ████████████████; email from/to ██████████████; call with ████████████████; draft ████████ | 2.60 |
| 6/08/21 | SRM | Edit ███████████████; analyze ███████████████████; emails ██████. | 2.20 |
| 6/08/21 | PKZ | Email to ████████████████; review ████████████████ | .60 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613            July 9, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 6/09/21 | SRM | Telephone conference with P. Zacharakis ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮▮▮▮▮▮ review and analysis ▮▮▮▮▮▮▮▮▮▮▮ emails with J. Gutkoski ▮▮▮▮▮▮▮▮▮▮▮▮; emails with J. Rubel ▮▮▮▮▮▮▮▮. | 4.50 |
| 6/09/21 | PKZ | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; call with S. Magee ▮▮▮▮▮▮▮▮▮▮▮; ▮▮▮▮▮▮ review | 4.20 |
| 6/10/21 | SRM | Review and analyze ▮▮▮▮▮▮▮▮; work with ▮▮▮▮▮▮▮; emails with J. Gutkoski and P. Zacharakis ▮▮▮▮▮▮. | 8.20 |
| 6/10/21 | PKZ | ▮▮▮▮ review; email from/to S. Magee ▮▮▮▮▮▮▮; email to ▮▮▮▮▮▮▮▮▮▮ | 6.20 |
| 6/11/21 | SRM | Review, comment on and analyze ▮▮▮▮▮▮▮▮; review ▮▮▮▮▮▮▮▮▮▮; work with ▮▮▮▮▮▮; ▮▮▮▮ production. | 4.20 |
| 6/11/21 | PKZ | Review ▮▮▮▮▮▮▮▮▮▮; review ▮▮▮▮▮▮▮▮▮▮; draft ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; emails from/to J. Gutkoski and S. Magee ▮▮▮▮▮▮▮▮▮; email to S. Magee ▮▮▮▮▮▮ | 1.55 |
| 6/12/21 | SRM | Download and initial analysis of ▮▮▮▮▮▮▮▮; emails with J. Gutkoski ▮▮▮▮▮▮. | 1.20 |
| 6/14/21 | SRM | Telephone conference with P. Zacharakis and J. Gutkoski ▮▮▮▮ ▮▮▮▮▮▮▮▮▮; review and analyze ▮▮▮▮▮▮; prepare ▮▮▮▮▮▮. | 10.00 |
| 6/14/21 | PKZ | Email from/to J. Gutkoski ▮▮▮▮▮▮; call with J. Gutkoski and S. Magee ▮▮▮▮▮▮▮. | .85 |
| 6/15/21 | SRM | Review and analyze ▮▮▮▮▮▮▮▮ draft meet and confer demand to ▮▮▮▮▮▮▮▮; review ▮▮▮▮▮▮; conference with P. Zacharakis ▮▮▮▮▮▮▮. | 9.30 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                 July 9, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 6/15/21 | PKZ | Review ██████████████████████████████████████; review and finalize ████████████; emails from/to S. Magee ███████; review ██████████████████████; draft and edit ██████████████████; edit ████████; emails from/to S. Magee and J. Gutkoski ████████; finalize ██████████████ | 2.10 |
| 6/16/21 | SRM | ████████ meet and confer demand to ████████; emails with J. Gutkoski and P. Zacharakis ████████████; review and analysis ████████████████. | 3.90 |
| 6/16/21 | PKZ | ████████ review; emails from/to J. Gutkoski and S. Magee ████████ | 3.70 |
| 6/17/21 | SRM | Conference with clients ██████████████████████; ████████ review and analysis for ████████████████; ████████████ review and analyze █████████ | 7.10 |
| 6/17/21 | PKZ | Compile ████████████ and email to J. Gutkoski and S. Magee ████████; review ██████████████████; email to K. Olson and S. Magee ████████████; email to S. Magee and J. Gutkoski ████; ██████████ review; emails from/to J. Gutkoski and S. Magee ████████████; client meeting; review ████████████████; email to S. Magee ████████████ | 4.70 |
| 6/18/21 | SRM | Prepare for ████████████; work with J. Rubel and Target Litigation ████████████; emails with ████; ████████ review and analyze ████████. | 6.50 |
| 6/18/21 | PKZ | Review ████████████████; legal research ██████████████████████████████████; ████████ draft ████████████████; ████████████████████; ████████████ | 3.60 |
| 6/20/21 | SRM | Prepare for ████████████. | 3.50 |
| 6/21/21 | SRM | Meet and confer with ████████████; continue preparing for ████████; attend ████████; telephone conference with J. Gutkoski, P. Zacharakis and E. Olson ████████████ | 7.50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                July 9, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 6/21/21 | PKZ | Review ███████; emails to/from ████████; prepare for ████████; meet and confer call with ████████; call with S. Magee and J. Gutkoski ████████; email to ████████; review notes from ████████; email to S. Magee and J. Gutkoski ████████; emails from/to S. Magee and J. Gutkoski ████████; debrief ████████; attend ████████ review | 4.50 |
| 6/22/21 | SRM | Meet and confer with ████████; telephone conference with P. Zacharakis and J. Gutkoski ████████; edit ████████. | 2.20 |
| 6/22/21 | PKZ | ████████ review; review email from W. Prickett ████████; email to S. Magee and J. Gutkoski ████████; meet and confer call with W. Prickett for ████████; call with J. Gutkoski and S. Magee r████████ | 3.05 |
| 6/23/21 | SRM | Attention to ████████; emails with P. Zacharakis ████████; attention to ████████. | 3.50 |
| 6/23/21 | PKZ | ████████ review; email from/to J. Gutkoski and S. Magee ████████ | 3.20 |
| 6/24/21 | SRM | ████████ edits on ████████; serve ████████; work on ████████; emails ████████; emails with P. Zacharakis ████████. | 3.90 |
| 6/24/21 | PKZ | Call with S. Magee ████████; review ████████; add R. Gajewski ████████ review draft ████████; finalize R. Gajewski ████████; prepare ████████; emails from/to S. Magee ████████ | 5.35 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                July 9, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 6/25/21 | SRM | Call with B. Schumann, E. Olson, J. Gutkoski and P. Zacharakis ▮▮▮▮▮ ; telephone conference with P. Zacharakis and J. Gutkoski ▮▮▮▮▮ ; attention to ▮▮▮▮▮ . | 2.90 |
| 6/25/21 | PKZ | Emails from/to J. Gutkoski ▮▮▮▮▮ ; review ▮▮▮▮▮ ; preparation for R. Gajewski | 2.70 |
| 6/28/21 | SRM | Conference with B. Schumann and team ▮▮▮▮▮ ; telephone conference with P. Zacharakis and J. Gutkoski ▮▮▮▮▮ work on ▮▮▮▮▮ ; emails with ▮▮▮▮▮ . | 4.00 |
| 6/28/21 | PKZ | Prepare ▮▮▮▮▮ ; call with S. Magee and J. Gutkoski ▮▮▮▮▮ ; meeting with J. Gutkoski, S. Magee, E. Olson, and B. Schuman ▮▮▮▮▮ ; schedule ▮▮▮▮▮ ; review W. Prickett ▮▮▮▮▮ ; upload R. Gajewski ▮▮▮▮▮ | 6.50 |
| 6/29/21 | SRM | Work on ▮▮▮▮▮ . | 2.10 |
| 6/29/21 | PKZ | ▮▮▮▮▮ prep for R. Gajewski; emails from/to ▮▮▮▮▮ ; upload ▮▮▮▮▮ ; organize and print ▮▮▮▮▮ | 7.15 |
| 6/30/21 | SRM | Telephone conference with J. Marrow ▮▮▮▮▮ ; telephone conference with J. Gutkoski ▮▮▮▮▮ ; emails with J. Gutkoski ▮▮▮▮▮ ; attention to ▮▮▮▮▮ . | 1.90 |
| 6/30/21 | PKZ | Review ▮▮▮▮▮ ; ▮▮▮▮▮ preparation; email to S. Magee and J. Gutkoski ▮▮▮▮▮ ; email from/to Veritext ▮▮▮▮▮ ; emails from/to W. Prickett ▮▮▮▮▮ ▮▮▮▮▮ | 3.95 |

|  | **TOTAL PROFESSIONAL SERVICES** | **$ 84,579.00** |
|---|---|---|

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 5/01/21 | Thomson Reuters - West, Online research, 5/1/2021, 844333949 | 294.74 |
| 5/01/21 | Thomson Reuters - West, Online research, 5/1/2021, 844333949 | 77.81 |
| 6/01/21 | Thomson Reuters - West, Online research, 6/1/2021, 844496455 | 646.79 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                    July 9, 2021

**TOTAL EXPENSES**                                            **$ 1,019.34**

**MATTER TOTAL**                                             **$ 85,598.34**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 247613                                                                 July 9, 2021

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| ███ | ███ | ███ | ██ | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

July 9, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:            247613
Client #:             10255
Billing Attorney:     JCM

---

**REMITTANCE ADVICE**

**RE:   KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

August 12, 2021



**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through July 31, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

August 12, 2021

KPM Analytics, Inc.                                        Invoice #:          248432
113 Cedar Street                                           Client #:            10255
Milford, MA  01757                                         Billing Attorney:   JCM

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through July 31, 2021:

| Matter # | Description | Services | Expenses | Total |
|----------|-------------|----------|----------|-------|
| ▮▮▮ | ▮▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮ | ▮▮ | ▮▮ |
| ▮▮▮ | ▮▮▮▮ | ▮▮▮ | ▮ | ▮▮ |
| 36384 | KPM Analytics-▮▮▮ | 84,232.50 | 25,545.09 | 109,777.59 |
| | ▮▮▮▮ | ▮▮▮ | ▮ | ▮▮ |
| **Total** | | ▮▮▮ | ▮▮ | ▮▮ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                    August 12, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                    August 12, 2021



## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| | | | |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 6/07/21 | FedEx, Fedex/Mercury, 6/14/2021, 7-403-09544 | 22.79 |
| 7/13/21 | Precision Corporate Services, Filing Fees, 7/13/2021, 317771 | 138.00 |

**TOTAL EXPENSES**                                          **$ 160.79**

**MATTER TOTAL**                                            **$ 425.29**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                    August 12, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
|      |      |             |       |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                                August 12, 2021

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** █████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 7/01/21 | SRM | Update ███████████████; telephone conference with J. Gutkoski and P. Zacharakis ████████████████. | 1.80 |
| 7/01/21 | PKZ | Emails from/to Veritext ████████████████;  Emails from/to W. Prickett ███████████████;  Call with J. Gutkoski ████████████████;  Organize and upload ████████████████;  Emails from/to J. Gutkoski ████████████████;  Review ████████████████;  Attend ████████████████;  Call with S. Magee and J. Gutkoski ████████████████;  ████████████████review ████████████████;  Emails from/to J. Gutkoski and S. Magee ████████████████. | 9.95 |
| 7/02/21 | SRM | Telephone conference with J. Gutkoski and P. Zacharakis ████████████████████████████. | 1.00 |
| 7/02/21 | PKZ | Call with S. Magee and J. Gutkoski ████████████████;  Email to ████████████████;  Create ████████ schedule;  Email to L. Lake with ████████████████;  Email to L. Lake ████████████████;  ████████ preparation. | 6.75 |
| 7/05/21 | SRM | Conference call for ████████████████; work on ████████████. | 4.80 |
| 7/05/21 | PKZ | ████████████ prep meeting; ████████ research ████████████████. | 2.95 |
| 7/06/21 | SRM | Prepare for ████████████████. | 8.00 |
| 7/06/21 | PKZ | Final research ████████████████;  Upload ████████████; Emails from/to Veritext ████████████████; Emails from/to J. Gutkoski ████████████████;  Attend ████████████████;  Emails from/to Veritext ████████████████;  Client call ████████████████;  Emails from/to J. Gutkoski ████████████████;  Emails from/to ████████████████;  ████████ preparation for ████████████;  Client call to ████████████████; ████████████. | 11.10 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                          August 12, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 7/07/21 | SRM | Defend ▮▮▮▮▮▮; prepare for ▮▮▮▮▮▮; telephone conferences with ▮▮▮▮▮▮. | 11.90 |
| 7/07/21 | PKZ | ▮▮▮▮▮▮ preparation for ▮▮▮▮▮▮;  Email to Veritext and email from/to S. Magee ▮▮▮▮▮▮;  Call with S. Magee, J. Gutkoski, and client ▮▮▮▮▮▮; ▮▮▮▮▮▮ search for ▮▮▮▮▮▮;  Email to Veritext ▮▮▮▮▮▮. | 2.65 |
| 7/08/21 | SRM | Take deposition of ▮▮▮; final preparation ▮▮▮▮▮▮; telephone conference with J. Gutkoski ▮▮▮▮▮▮; emails ▮▮▮▮▮▮. | 8.50 |
| 7/08/21 | PKZ | Attend ▮▮▮▮▮▮; ▮▮▮▮▮▮ review for ▮▮▮▮▮▮. | 4.10 |
| 7/09/21 | SRM | R. Schumann ▮▮▮▮. | 6.80 |
| 7/12/21 | SRM | Attention to ▮▮▮▮▮▮ ▮▮▮▮▮▮. | 3.50 |
| 7/12/21 | PKZ | Email to J. Gutkoski ▮▮▮▮▮▮;  Review ▮▮▮▮▮▮;  Review ▮▮▮▮▮▮. | .90 |
| 7/13/21 | SRM | Analyze ▮▮▮▮▮▮. | 7.50 |
| 7/13/21 | PKZ | Edit ▮▮▮▮▮▮ and emails from/to J. Gutkoski and email to E. Olson;  Legal research - ▮▮▮▮▮▮;  Client meeting ▮▮▮▮▮▮. | 4.15 |
| 7/14/21 | SRM | Telephone conference with J. Gutkoski and P. Zacharakis ▮▮▮▮▮▮; prepare for ▮▮▮▮▮▮; legal research ▮▮▮▮▮▮. | 6.50 |
| 7/14/21 | PKZ | Prepare ▮▮▮▮▮▮;  Call with J. Gutkoski and S. Magee ▮▮▮▮▮▮;  Prepare ▮▮▮▮▮▮;  Emails from/to S. Magee ▮▮▮▮▮▮. | 3.15 |
| 7/15/21 | SRM | Prepare for ▮▮▮▮▮▮; review and analyze ▮▮▮▮▮▮. | 9.60 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                                                     August 12, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 7/15/21 | PKZ | Prepare ███████████████████████; Email to E. Olson ████████████████; Prepare ███████████; Review ███████████████; Email to Veritext ██████████████████; Review and annotate ██████████████████; Review ██████; Review █████████████████████; Review and annotate ███████████████. | 8.45 |
| 7/16/21 | SRM | Final preparation for and attend ████████████████; conference call with ████████████; work on ██████████████ | 4.90 |
| 7/16/21 | PKZ | Email from/to S. Magee ████████████; Review and annotate █████████████; Email to S. Magee and J. Gutkoski ████████████; Review and edit █████████; Attend █████████████████. | 3.40 |
| 7/19/21 | SRM | Attention to ████████████████; outline ███████████████████ | 5.20 |
| 7/20/21 | SRM | Research and drafting ███████████████; identify ███████ | 8.10 |
| 7/20/21 | PKZ | Review ████████████████ | .15 |
| 7/21/21 | SRM | Work on █████████████; edit ███████████; work on █████████. | 8.50 |
| 7/21/21 | PKZ | Review █████████████████; Legal research for ███████████; Email to S. Magee and J. Gutkoski r ██████████. | 1.95 |
| 7/22/21 | SRM | Work on ████████████; work on ██████████; attention to █████; emails with █████████; draft and file with █████████. | 7.50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                    August 12, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 7/22/21 | PKZ | Research for ████████████████████████████ ████ ;  Email to ████████████████████ ████████████████████████ ;  Review draft ████████████████████████████████ ████████████████████ . | 3.45 |
| 7/23/21 | SRM | Finalize and file with ████████████████████ ████████████ ; proofread and edit ████ ; edit and finalize ████████████ ; telephone conferences with P. Zacharakis ████████████████████ ; telephone conference with E. Olson ████████████ ; ████████ . | 10.50 |
| 7/23/21 | PKZ | Review ████████████████████████████████ ████████ ;  Edit and add ████████ Client meeting r███████ Call with S. Magee ████████ ████████████████████████████████ . | 8.45 |
| 7/26/21 | SRM | Attention to ████████████████████████ . | 2.60 |
| 7/28/21 | SRM | Attention to ████████████████████████ . | 2.10 |
| 7/29/21 | SRM | Review ████████████████████████ ████████████████████████████ . | 1.50 |
| 7/29/21 | PKZ | Emails from/to J. Gutkoski and S. Magee ████████████████ ;  Review ████████████ ; Email to J. Gutkoski and S. Magee ████████ Emails from/to J. Gutkoski ████████ . | .40 |
| 7/30/21 | SRM | Attention to ████████████ ; emails with J.. Gutkoski and P. Zacharakis ████████ . | 1.00 |
| 7/30/21 | PKZ | Review and annotate ████████████████ ████████ | .60 |

|  |  | **TOTAL PROFESSIONAL SERVICES** | **$ 84,232.50** |

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 7/01/21 | Thomson Reuters - West, Online research, 7/1/2021, 844663352 | 999.05 |
| 7/14/21 | Veritext LLC, Deposition Transcripts, 7/14/2021, 5129144 | 3,824.35 |
| 7/14/21 | Veritext LLC, Deposition Transcripts, 7/14/2021, 5132445 | 1,633.50 |
| 7/16/21 | Veritext LLC, Deposition Transcripts, 7/16/2021, 5130209 | 2,930.73 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                                    August 12, 2021

| Date | Description | Amount |
|------|-------------|--------|
| 7/17/21 | VERITEXT LLC, Deposition Transcripts, 5130735, 7/17/2021 | 3,592.60 |
| 7/17/21 | Veritext LLC, Deposition Transcripts, 7/17/2021, 5136612 | 2,417.91 |
| 7/17/21 | Veritext LLC, Deposition Transcripts, 7/17/2021, 5138594 | 2,895.00 |
| 7/17/21 | Veritext LLC, Deposition Transcripts, 7/17/2021, 5142466 | 2,300.00 |
| 7/20/21 | MARIANNE KUSA-RYLL, RDR, CRR, Trial Transcripts, 7/20/2021, Transcripts | 157.30 |
| 7/29/21 | Veritext LLC, Deposition Transcripts, 7/29/2021, 5129138 | 4,794.65 |

**TOTAL EXPENSES**                        **$ 25,545.09**

**MATTER TOTAL**                        **$ 109,777.59**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                          August 12, 2021



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ███ | ██ | █████████████ | ██ |
| ███ | ██ | ████████████████████████ | ██ |
|  |  | ████ |  |
| ███ | ██ | █████████████ | ██ |
| ███ | ██ | ███████████████████ | ██ |
| ███ | ██ | █████████████ | ██ |
| ███ | ██ | ███████████████████ | ██ |
| ███ | ██ | ███████████████████ | ██ |
| ███ | ██ | ███████████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████ | ██ |
| ███ | ██ | ██████████████████ | ██ |
| ███ | ██ | ██████████████ | ██ |
| ███ | ██ | █████████████████ | ██ |
| ███ | ██ | ██████████████████████ | ██ |
|  |  | ████ |  |

███████████████        ███
█████████             ███
██████████████        ███████

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 248432                                                                August 12, 2021

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

August 12, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:              248432
Client #:                 10255
Billing Attorney:       JCM

## REMITTANCE ADVICE

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
**morse**.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

September 10, 2021



**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through August 31, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t  781-622-5930
f  781 622 5933
billing@morse.law

September 10, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

| | |
|---|---|
| Invoice #: | 249870 |
| Client #: | 10255 |
| Billing Attorney: | JCM |

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through August 31, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| | █████████ | ██ | | ██ |
| | █████████ | █ | █ | █ 1 |
| 36384 | KPM Analytics | 29,375.50 | .00 | 29,375.50 |
| | █████████ | █ | █ | █ |
| **Total** | | ██ | ██ | ██ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                                        September 10, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                    September 10, 2021

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                                      September 10, 2021

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-** ███████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 8/02/21 | SRM | Analyze ███████████████████████ ; attention to ███████████████ ; attention to ███ . | 3.00 |
| 8/02/21 | PKZ | Review ████████████████ ;  Emails from/to S. Magee and J. Gutkoski ████ ;  Review ████████ ;  Legal research for ████████ ; ████ search for ████████ ; Review and annotate █████████████ █████████ Review ███████████████ | 3.60 |
| 8/03/21 | SRM | Legal research ███████████████ ; emails with J. Gutkoski and P. Zacharakis ███████ . | 4.00 |
| 8/03/21 | PKZ | Prepare ████████████████████ ;  Review ████ ;  Emails from/to J. Gutkoski ████████ | .85 |
| 8/04/21 | SRM | Draft and edit ███████████████ ; work with ████ ; review ████ . | 3.50 |
| 8/04/21 | PKZ | Review ██████████████████ ; Revie ███ Edit ██████████████ Review ███████ | 1.15 |
| 8/05/21 | SRM | Review and analyze ██████████████ ; emails with ████████ . | 1.40 |
| 8/05/21 | PKZ | Review ████████████ | .10 |
| 8/06/21 | SRM | Finalize ██████████ ; review ███ ████ ; emails with J. Gutkoski and P. Zacharakis ████████ ; work on ████ ███████ ; finalize and file with ████ . | 5.50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                                                 September 10, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 8/06/21 | PKZ | Edit ███████, ███████████ citations, and email to S. Magee and J. Gutkoski ██████████; Draft and edit ████████████████████████; Email to J. Gutkoski and S. Magee ████████████████████████████; Emails from/to J. Gutkoski and S. Magee ████████████████████████; Edit Zacharakis ███████, compile ████████████, and email to J. Gutkoski and S. Magee; Edit ████████████████████████ | 3.15 |
| 8/09/21 | PKZ | Emails from/to J. Gutkoski and S. Magee regarding ████████████; Review ████ | .40 |
| 8/10/21 | MLM | Research and draft ████████████████████████ | 1.10 |
| 8/10/21 | SRM | Scheduling call ████████████; emails with ████████████; work on ████████████ review, analyze and comment ████████████. | 2.30 |
| 8/10/21 | PKZ | Draft ████████████; Call with J. Gutkoski and S. Magee ████████, scheduling ████████ and reply ████████; Edit Reply to ████████; Email to Veritext ████████; Draft and edit ████████; Edit ████████; Draft ████████; Draft ████████; Edit ████████; Email from/to S. Magee ████████; Prepare ████████ | 4.30 |
| 8/11/21 | SRM | Work on ████████████████████; emails with P. Zacharakis ████████████; prepare for and attend call with ████████████; update J. Marrow ████████████. | 2.50 |
| 8/11/21 | PKZ | Legal research ████████████████; Email to E. Olson ████████; Client meeting ████████████ | 1.40 |
| 8/12/21 | SRM | Review ████████████████; attention to ████████; telephone conference with ████████████. | 1.80 |
| 8/16/21 | SRM | Teams call with ████████████ | 1.30 |
| 8/17/21 | SRM | Attention to ████████████ | .80 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                                    September 10, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 8/17/21 | PKZ | Research ███████████ and email to S. Magee and J. Gutkoski ███████████; Email from/to S. Magee and J. Gutkoski ███████; Email to/from J. Gutkoski ███████████; Edit R███ ; Meet and Confer with ███████████; Legal research ████████ | 2.40 |
| 8/18/21 | PKZ | Notarize, review, and dispatch ███████████; Review and annotate ██████████; Edit ██████; Legal research ███ | 1.45 |
| 8/19/21 | SRM | Review, analyze, and comment on ██████████; emails ██████████; edit, finalize, and file █████████ | 1.70 |
| 8/19/21 | PKZ | Edit ██████████████████████ | .50 |
| 8/23/21 | SRM | Review and analyze ████████ and order on ██████████; emails with J. Gutkoski and P. Zacharakis ████████. | 2.30 |
| 8/23/21 | PKZ | Review ██████████; Email to/from J. Gutkoski ██████; Call with J. Marrow ██████████; Client meeting ██████████; Emails from/to ████████ | 2.05 |
| 8/24/21 | SRM | Telephone conference with J. Gutkoski, W. Prickett and R. Craig ████████; telephone conference with ████████; analysis of memorandum and order ████████ | 1.10 |
| 8/24/21 | PKZ | Email to J. Gutkoski, ██████████; Emails from/to ████████; Legal research ██████████; Email from ████████ | 1.90 |
| 8/25/21 | PKZ | Emails to/from ██████████; Review Email from J. Gutkoski ████████; Email to J. Gutkoski and S. Magee ███████ Statement and update on ████████; Email to J. Gutkoski and S. Magee ████████; Legal research ████████; Prepare summary of ██████████; Email to ████████; Call with ████████; Email from/to E. Olson and B. Mitchell | 3.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                                    September 10, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 8/26/21 | SRM | Attend ███████; prepare for ████; emails with J. Gutkoski and P. Zacharakis ████████████; research ████████ | 4.10 |
| 8/26/21 | PKZ | Email to E. Olson and B. Mitchell r███████████████; Emails from/to E. Olson ███████████; Email from/to C. Ross ███████████; Attend ████████; Email to J. Marrow ████████; Meeting with J. Marrow ███████████; Email from/to ████████; Email from ███████ and review ████████; Email to C. Ross ████████ and response ████████ | 3.40 |
| 8/27/21 | SRM | Review emails ██████████████ | .30 |
| 8/27/21 | PKZ | Emails from/to ████████████████ l; Review ██████████████; Emails to ██████████ | .20 |
| 8/28/21 | PKZ | Emails from/to █████████ Email to ████████████ | .10 |
| 8/30/21 | SRM | Attention to ███████████. | .30 |
| 8/30/21 | PKZ | Prepare for ████████████; Call with ███, ██████; Fill in █████████, emails to/from ████████████, emails to/from J. Crawford █████████; Email to S. Magee and J. Gutkoski ████████; Email to J. Crawford ████████; Emails from/to J. Gutkoski and S. Magee ████████ | 1.15 |
| 8/31/21 | SRM | Attention to ████████████████. | .80 |
| 8/31/21 | PKZ | Email to J. Gutkoski and S. Magee r██████████; Draft ████████ | 1.05 |

**TOTAL PROFESSIONAL SERVICES**          **$ 29,375.50**

**MATTER TOTAL**          **$ 29,375.50**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                                                      September 10, 2021



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 249870                                        September 10, 2021

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| | | | | |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

September 10, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:           249870
Client #:             10255
Billing Attorney:    JCM

## REMITTANCE ADVICE

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

October 13, 2021



**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through September 30, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

October 13, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        251212
Client #:          10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through September 30, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics | 17,787.00 | 452.96 | 18,239.96 |
| **Total** | | | | |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 251212                                                           October 13, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 251212                                                                October 13, 2021

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** ███████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 9/01/21 | PKZ | Review ████████████████████████████████████; Email to ████████████████████████████████; Finish draft of ████████████████; Email to J. Marrow ████████████. | .90 |
| 9/02/21 | SRM | Review ██████████████████████ rafts; analyze and comment on █████████; review ████████████████████████; analyze ████████████████████████████; update ████████████. | 1.30 |
| 9/02/21 | PKZ | Edit ████████████████; Email to J. Gutkoski and S. Magee ████████ Draft ████████████ator; Emails to ████████████; Edit ████████████████; Emails from/to ████████████████████████; Email to ████████████. | 1.90 |
| 9/07/21 | SRM | Emails ████████████████████████████; research and review ████████████████████. | 2.30 |
| 9/07/21 | PKZ | Legal research ████████████████████████████d; Review ████████████████████████; Email from/to J. Gutkoski ████████████████. | 1.40 |
| 9/08/21 | PKZ | Review and finalize ████████████; Review and finalize ██████ Finalize and file ████████████; Email from/to ████████████████. | .70 |
| 9/09/21 | SRM | Research ████████████████████████████████. | 3.50 |
| 9/09/21 | PKZ | Email from/to ████████████; Email from/to A.A. Dority ████████; Email to C. Ross ████████████████; Email from/to J. Gutkoski ████████████osures; Email from/to S. Magee ████████████████████; Email to B. Mitchell, E. Olson, and C. Ross ████████████████. | .60 |
| 9/10/21 | SRM | Attention to ████████████████████; review and comment ████████████. | 1.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 251212                                                                October 13, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 9/10/21 | PKZ | Email from ███; emails from/to S. Magee and J. Gutkoski ███ ███; Email to ███ Draft ███; Edit ███; Review and file ███. | .90 |
| 9/12/21 | SRM | Review and analyze ███. | .50 |
| 9/13/21 | SRM | Review and comment on ███; emails ███. | .30 |
| 9/13/21 | PKZ | Review and edit ███; Finalize and file ███; Emails from/to ███; Edit ███ email to ███; serve ███; email to ███; ███. | 1.00 |
| 9/14/21 | SRM | Review ███; emails with ███. | .90 |
| 9/15/21 | SRM | Analyze and review ███. | .60 |
| 9/15/21 | PKZ | Review ███; email to ███; Email to ███; | .25 |
| 9/16/21 | SRM | Conference with ███; prepare for ███; review and analyze ███. | 1.80 |
| 9/16/21 | PKZ | Client meeting ███; email to ███; file ███. | .70 |
| 9/17/21 | SRM | Telephone conference with ███; telephone conference with ███. | 2.10 |
| 9/17/21 | PKZ | Prepare for ███; meeting with ███. | 1.30 |
| 9/20/21 | SRM | Review ███; emails with ███; review ███. | 2.00 |
| 9/20/21 | PKZ | Compose ███; compose ███; edit ███; email to/from ███; ███ review; call to ███; email to/from ███. | 4.70 |
| 9/21/21 | SRM | Emails with ███; review ███. | .40 |
| 9/21/21 | PKZ | Email from/to ███; review; ███. | .50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 251212                                                    October 13, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 9/22/21 | PKZ | Supplement ▌▌▌▌; compose ▌▌▌▌▌▌▌▌ email to ▌▌▌▌▌▌▌▌▌▌; compose ▌▌▌▌▌▌▌▌ | 1.40 |
| 9/23/21 | SRM | Analyze ▌▌▌▌▌▌▌; ▌▌▌ outline ▌▌▌▌▌▌; review ▌▌▌▌. | 3.00 |
| 9/24/21 | SRM | Review ▌▌▌▌▌▌; attention to ▌▌▌▌▌; emails ▌▌▌▌. | 1.90 |
| 9/30/21 | SRM | Draft ▌▌▌▌▌▌; emails with ▌▌▌▌▌; review ▌▌▌▌; emails with ▌▌▌▌ | 3.50 |

**TOTAL PROFESSIONAL SERVICES**                              **$ 17,787.00**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 8/31/21 | Thomson Reuters - West, Online research, 8/31/2021, 844823626 | 258.83 |
| 8/31/21 | Thomson Reuters - West, Online research, 8/31/2021, 844823626 | 194.13 |

**TOTAL EXPENSES**                                            **$ 452.96**

**MATTER TOTAL**                                             **$ 18,239.96**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 251212                                                    October 13, 2021

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

October 13, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        251212
Client #:          10255
Billing Attorney:     JCM

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

November 10, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through October 31, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t  781-622-5930
f  781 622 5933
billing@morse law

November 10, 2021

KPM Analytics, Inc.                                    Invoice #:          253175
113 Cedar Street                                       Client #:            10255
Milford, MA  01757                                     Billing Attorney:    JCM

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through October 31, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| | | | | |
| | | | | 0 |
| 36384 | KPM Analytics | 14,784.00 | 243.03 | 15,027.03 |
| | | | | |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 253175                                                    November 10, 2021

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| ███ | ███████████████████████████ | ████ |
| ███ | | |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 253175                                                    November 10, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 253175                                                                November 10, 2021

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** ████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/04/21 | SRM | Review and analyze ████████████████████; attention to ██████████████. | 1.00 |
| 10/04/21 | PKZ | Review ███████████████████████████; summarize ██████████████████████; update ██ email to ████████████████████; review and edit ████████████████████████; email ████████████████████████ ██████. | 1.10 |
| 10/05/21 | SRM | Review ████████████████████; work on ████████; emails with ███████████; review ███████████; emails ████████. | 1.50 |
| 10/05/21 | PKZ | Email to ████████████████; email to ██ ████████████████████████████ review ████████████████████; email from ████████████; finalize and dispatch ████████████████████████; email to ████████████████████; | 1.50 |
| 10/06/21 | SRM | Attention to ████████████████████. | .30 |
| 10/07/21 | SRM | Attention to ████████████████ ████. | .40 |
| 10/07/21 | PKZ | Emails from/to ████████████ onfer; Email to ██████; ████████████████; call with ██ ████████████. | .55 |
| 10/08/21 | SRM | Telephone conference with ████████████; prepare for ████. | .90 |
| 10/08/21 | PKZ | Meeting with ████████████████; ████████████. | .35 |
| 10/11/21 | SRM | Review and analyze ████████████████; ████████. | 1.00 |
| 10/12/21 | SRM | Emails with ████████████; analyze ████. | .50 |

4

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 253175                                            November 10, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/12/21 | PKZ | Research ████████████████████████████████; Review and annotate ████████████████████████████████; Email to ████████; ████████████████; Email to ████████████; ████████████; | 1.15 |
| 10/13/21 | PKZ | Research ████████████████████████████████ ████████ | 1.15 |
| 10/14/21 | SRM | Research ████████████████████████████; emails with ████████████████████ ██. | 2.40 |
| 10/14/21 | PKZ | Research ████████████████████████████████ | .65 |
| 10/15/21 | SRM | Emails with ████████████████████████; attention to ████████████████. | .50 |
| 10/18/21 | SRM | Review and analyze ████████████; emails with ████; ████████; attention to ████; ██. | 1.00 |
| 10/18/21 | PKZ | Review ████; create ████████; email to ████████; ████; review ████; ████████████; email ████████; ████████; Legal research for ████████. | 3.65 |
| 10/19/21 | PKZ | Legal research ████████████████████; email from/to ████████████ | 1.75 |
| 10/21/21 | SRM | Analyze ████████████████████; emails with ████████; ████████████████; review and analyze ████████████; ████████████; emails with ████████; | 1.10 |
| 10/21/21 | PKZ | Review ████████████████████; ████████████████; Emails from/to S. ████████████ | .25 |
| 10/22/21 | SRM | Emails ████████████████; attention to ████████████. | 1.80 |
| 10/22/21 | PKZ | Emails from/to ████████████████; draft ████████████; prepare ████████ | 1.15 |
| 10/25/21 | SRM | Review and comment ████████████████; edit ████████; review and attention to ████████████; ██. | 2.80 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 253175                                                    November 10, 2021



| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/25/21 | PKZ | Review draft ▮▮▮; Edit ▮▮▮; Edit ▮▮▮; Email from/to ▮▮▮; Review ▮▮▮; Edit ▮▮▮; Prepare ▮▮▮; Email to ▮▮▮; call with ▮▮▮; Review and make ▮▮ edits to ▮▮▮; file ▮▮▮ | 5.00 |
| 10/26/21 | SRM | Analysis of ▮▮▮; emails ▮▮▮. | .60 |
| 10/26/21 | PKZ | Emails from/to ▮▮▮; review ▮▮▮; | .45 |
| 10/27/21 | SRM | Review ▮▮▮; comment on ▮▮▮. | .60 |
| 10/27/21 | PKZ | Draft ▮▮▮; draft and edit ▮▮▮; email to ▮▮▮; Edit ▮▮▮; edit ▮▮▮ skim ▮▮▮; Review and dispatch ▮▮▮ ▮▮▮ | 1.50 |

**TOTAL PROFESSIONAL SERVICES**          **$ 14,784.00**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 9/01/21 | Thomson Reuters - West, Online research, 9/1/2021, 844986282 | 86.98 |
| 9/01/21 | Thomson Reuters - West, Online research, 9/1/2021, 844986282 | 21.75 |
| 10/01/21 | Thomson Reuters - West, Online research, 10/1/2021, 845150495 | 19.19 |
| 10/01/21 | Thomson Reuters - West, Online research, 10/1/2021, 845150495 | 115.11 |

**TOTAL EXPENSES**          **$ 243.03**

**MATTER TOTAL**          **$ 15,027.03**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 253175                                                November 10, 2021

██████████████████████

██ ████████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | ██ | ████████████████████████████ | ██ |
| ████ | ██ | ██████████████████ | ██ |
| ████ | ██ | ████████████████████████████ | ██ |
| ████ | ██ | ████████████████████████████████████ | ██ |
| ████ | ██ | ████████████████████████████████████ | ██ |

██████████████████████████                     ██████████

██████████████                                 ██████████

██████████████████                             ██████████

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 253175                                                November 10, 2021

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | █ | ███ |
| ███ | ███ | ███ | █ | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

November 10, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:          253175
Client #:            10255
Billing Attorney:    JCM

**RE:   KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

December 8, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through November 30, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t ~781-622-5930
f  781 622 5933
billing@morse law

December 8, 2021

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:          254386
Client #:            10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through November 30, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics ▮▮▮ | 11,154.00 | .00 | 11,154.00 |
| **Total** | | ▮▮▮ | ▮▮▮ | ▮▮▮ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 254386                                                    December 8, 2021

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | ██ | ████████████████████████████ | ██ |
| | | ████████████████████ | |
| ████ | ██ | ██████████████████████████ | ██ |
| | | ████████████████████████ | |
| ████ | ██ | ██████████████████████████ | ██ |
| | | █████████████ | |
| ████ | ██ | █████████████████ | ██ |
| ████ | ██ | ███████████████████ | ██ |
| ████ | ██ | ██████████████████████ | ██ |
| | | █████████ | |
| ████ | ██ | ███████████████████████ | ██ |
| ████ | ██ | ██████████████ | ██ |
| ████ | ██ | ████████████████████ | ██ |
| ████ | ██ | ██████████████████████████ | ██ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 254386                                             December 8, 2021

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** ████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 11/02/21 | PKZ | Email from/to ██████████████████ ████ | .10 |
| 11/03/21 | SRM | Emails ███████████. | .40 |
| 11/03/21 | PKZ | Email from/to ████████████ | .20 |
| 11/04/21 | SRM | Attention to ███████████████; review and analyze ████ ████████████; emails ██████. | .90 |
| 11/04/21 | PKZ | Email from/to ███████████████ ███████████; Review and annotate ████████ ██████; | .45 |
| 11/07/21 | PKZ | Email to █████████████████ ██████ | .05 |
| 11/09/21 | PKZ | Review and annotate ███████████████ ████████; draft and edit ████████████ █████████; draft and edit █████████ ████████████; emails from/to ████████████████; Review and dispatch ████████████████ | 1.65 |
| 11/10/21 | PKZ | █████ preparation █████████ | 2.60 |
| 11/11/21 | PKZ | Email to █████████████████ preparation for ████████████; schedule ██████ ████████; | 6.05 |
| 11/12/21 | PKZ | ████████████ preparation; emails from/to █. | 2.45 |
| 11/15/21 | SRM | Review and analyze ████████; attention to ██████████ ███████. | 2.50 |
| 11/15/21 | PKZ | Review ███████████████; add ██████; Emails from/to █████; Emails from/to ██████████████; | 2.55 |
| 11/16/21 | PKZ | Review emails from/to ███████████; attend ████████████ ████ | 5.85 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 254386 December 8, 2021

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 11/17/21 | PKZ | Edit ███████████████████████ ███████████; emails from/to ████████████ef | .60 |
| 11/19/21 | SRM | Emails with ██████████████. | .30 |
| 11/19/21 | PKZ | Prepare for ███████████████ | 5.10 |

**TOTAL PROFESSIONAL SERVICES**     **$ 11,154.00**

**MATTER TOTAL**     **$ 11,154.00**

4

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 254386                                                December 8, 2021

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t — 781-622-5930
f   781 622 5933
billing@morse law

December 8, 2021

KPM Analytics, Inc.                                    Invoice #:          254386
113 Cedar Street                                       Client #:            10255
Milford, MA  01757                                     Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

January 13, 2022



**RE:   KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through December 31, 2021.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

January 13, 2022

KPM Analytics, Inc.                                    Invoice #:        256124
113 Cedar Street                                       Client #:         10255
Milford, MA  01757                                     Billing Attorney:   JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through December 31, 2021:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ███ | ███████████ | ████ | | ████ |
| ███ | █████████████ | ████ | ███ | ████ |
| 36384 | KPM Analytics████ | 13,084.50 | 2,095.45 | 15,179.95 |
| **Total** | | ████ | ████ | ████ |



**Please be advised that effective January 1, 2022, we will be raising our hourly rates.**
**Please do not hesitate to call us if you have any questions about our rates on your bill.**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 256124                                      January 13, 2022



## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 256124                                                    January 13, 2022



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ██████ | ██ | ████████████████████ | ██ |
| ██████ | █ | ██████████████████████████ | ██ |
| ██████ | ██ | ████████████████████ | ██ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 256124                                                January 13, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-**█████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 12/08/21 | PKZ | Emails from/to ███████████████, create █████████ ████████████ | .80 |
| 12/09/21 | PKZ | Prepare for ███████████████████████; ████ email to █████████████████ ████ | .65 |
| 12/09/21 | PKZ | Email from/to █████████████████████████ | .15 |
| 12/10/21 | SRM | Telephone conference with ████████████ ███████. | .90 |
| 12/10/21 | PKZ | Emails from/to ██████████████, email to ████ ███, email to ████████████████, review and save ███████████ | .55 |
| 12/13/21 | PKZ | Email from/to ██████████████ email to ███ | .15 |
| 12/14/21 | SRM | Prepare for ████████████ | .50 |
| 12/14/21 | PKZ | Email to/████████████████████████ ███████████████████; schedule meeting with █████ review ███████; email to █████████████; review and save █████████; create ████████████████; email from/to ██████████████ | 1.40 |
| 12/15/21 | SRM | Attend ████████; review and analyze █████████; emails with ███████; ████ call with ████████ ██████ | 4.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 256124                                                    January 13, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 12/15/21 | PKZ | Email from/to ███████████████; review ███████████ ; emails from/to ███████ ; attend ███████ ; meeting with ███████ | 2.55 |
| 12/16/21 | SRM | Teams meeting with S███████████████. | 1.30 |
| 12/16/21 | PKZ | Email to ███████████████; prepare for ███████; | 2.00 |
| 12/17/21 | PKZ | Pull ███████████████ and send to ███████; email to ███████; review ███████; review ███████; emails from ███ . | 2.30 |
| 12/20/21 | SRM | Attention to ███████████████ . | .50 |
| 12/20/21 | PKZ | Email from/to ███████████; email to/from ███████; edit ███████; draft and edit ███████ jewski; email to ███████; draft and edit ███████; draft and edit ███████; draft and edit ███████; draft and edit ███████; email to ███████; call with ███████ | 4.75 |
| 12/21/21 | SRM | ███████ emails ███████████. | .80 |
| 12/21/21 | PKZ | Emails from/to ███████████████ | .70 |
| 12/22/21 | SRM | Emails ███████████ . | .40 |
| 12/22/21 | PKZ | Emails from/to ███████████████ ███████ | ███ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 256124                                                          January 13, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 12/23/21 | PKZ | Review ███████████████████; draft and edit ███████████████; edit ███████████; email to ████████ge; email to ███████████; █ email to ███████████ review | 3.50 |
| 12/27/21 | PKZ | █████ review | 3.30 |
| 12/28/21 | SRM | Emails ██████████ | .30 |
| 12/28/21 | PKZ | Emails from/to ████████; email to/from ████████████; email █████████; Email to ████████████; Edit ████████; ███ review ████ | 1.75 |
| 12/29/21 | PKZ | Edit ████████████; finalize █████; email to ████████; email to/from ███████; dispatch █████ | .75 |
| 12/30/21 | SRM | Emails █████████. | .60 |
| 12/30/21 | PKZ | Email from/to ████████████; emails from/to █████████ | .30 |

**TOTAL PROFESSIONAL SERVICES**                               **$ 13,084.50**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/21 | Thomson Reuters - West, Online research, 11/1/2021, 845321843 | 63.90 |
| 11/01/21 | Thomson Reuters - West, Online research, 11/1/2021, 845321843 | 153.35 |
| 12/01/21 | Thomson Reuters - West, Online research, 12/1/2021, 845487045 | 113.80 |
| 12/14/21 | Veritext LLC, Litigation Support Vendors, 12/14/2021, 5449826 | 1,699.40 |
| 12/30/21 | Michelle Gajewski, Witness fees, 12/30/2021, Witness Fee | 40.00 |
| 12/30/21 | Legal Process Servers, LLC, Litigation Support Vendors, 12/30/2021, l205701-01 | 25.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 256124                                                          January 13, 2022

**TOTAL EXPENSES**                          **$ 2,095.45**

**MATTER TOTAL**                            **$ 15,179.95**

Case 4:21-cv-10572-MRG   Document 261-2   Filed 06/21/23   Page 90 of 226

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 256124                                            January 13, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ██████ | ██████ | ██████ | ██ | ██████ |
| | | ██████████ | | ██████ |
| | | ███████████ | | ██████ |
| | | █████████████ | | ██████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

January 13, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        256124
Client #:           10255
Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f – 781-622-5933
billing@morse.law

February 7, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through January 31, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t –781-622-5930
f –781-622-5933
billing@morse.law

February 7, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:          257468
Client #:            10255
Billing Attorney:     JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through January 31, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ███ | ██████████ | ███ | ██ | ███ |
| ███ | ███████████ | ███ | ██ | ███ |
| 36384 | KPM Analytics ████ | 6,043.75 | 169.05 | 6,212.80 |
| **Total** | | ███ | ███ | ███ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 257468                                                    February 7, 2022



**PROFESSIONAL SERVICES**



| Date | Atty | Description | Hours |
|------|------|-------------|-------|

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 257468                                    February 7, 2022

████████████████████

████████████████████████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | | ████████████████████████████ | ██ |
| ████ | | ████████████████████████████████████ | ██ |
| | | ████████████████████████████ | ████ |
| | | ██████████████ | ████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 257468                                        February 7, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-** █████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 1/04/22 | PKZ | Emails from/to ████████████████████████ ████████ ; Edit ███████████████████ | 1.55 |
| 1/05/22 | SRM | Review ████████████████████████. | .60 |
| 1/05/22 | PKZ | Draft and edit █████████████████████ | .40 |
| 1/06/22 | SRM | Attention to ██████████████████████. | .30 |
| 1/06/22 | PKZ | Email to ████████████████████; edits to ██████████; emails from/to ████████; edit █████████ ; email to █████████████ edit █████ ; edit ████████; edit I. ████ | 1.70 |
| 1/07/22 | PKZ | Edits to ███████████████████████ | .55 |
| 1/10/22 | PKZ | Edit ████████████████████████ | .55 |
| 1/11/22 | SRM | Attention to █████████████████. | .20 |
| 1/11/22 | PKZ | Draft and edit ████████████████████; Email to ████████ | .70 |
| 1/12/22 | SRM | Emails █████████████████████. | .20 |
| 1/14/22 | SRM | Review and analyze █████████████████████; emails ██████████; emails ████████████. | 1.10 |
| 1/14/22 | PKZ | Emails from/to ██████████████████████████ s; emails to ██████████████████ | .55 |
| 1/18/22 | SRM | Attention to █████████████; review ████████████ █████ | .30 |
| 1/18/22 | PKZ | Emails from/to █████████████████████████; review ████████; emails from/to ██████████████. | .50 |
| 1/20/22 | SRM | Review ██████████████. | .20 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 257468                                                        February 7, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 1/20/22 | PKZ | Email from/to █████████████████████ | .10 |
| 1/25/22 | PKZ | Emails to/from ████████████████████ | .30 |
| 1/26/22 | PKZ | ████████████ preparation and email to ████████ | 1.00 |
| 1/28/22 | SRM | Attention to ███████████. | .20 |
| 1/28/22 | PKZ | Finalize ██████████████████████ | .60 |
| 1/31/22 | SRM | ███ review of ████████████ Sun. | .50 |
| 1/31/22 | PKZ | Prepare for and attend ██████████; call with █████████ ████████; email to ██████ | 3.15 |

**TOTAL PROFESSIONAL SERVICES**                        **$ 6,043.75**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 1/01/22 | Thomson Reuters - West, Online research, 1/1/2022, 845676260 | 169.05 |

**TOTAL EXPENSES**                        **$ 169.05**

**MATTER TOTAL**                        **$ 6,212.80**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham  MA 02451
morse.law
t ~781-622-5930
f ~781-622-5933
billing@morse.law

February 7, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:    257468
Client #:    10255
Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pord Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

March 7, 2022



**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through February 28, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t 781-622-5930
f 781 622 5933
billing@morse.law

March 7, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:         258917
Client #:          10255
Billing Attorney:   JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through February 28, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮.80 |
| 36384 | KPM Analytics ▮ | 17,212.00 | 9.98 | 17,221.98 |
| **Total** | | ▮ | ▮ | ▮ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 258917                                                      March 7, 2022

██████████████████

██  ██████████████████████

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████ | ███ |
|      | ██████████████ | ████ |
|      | ██████████████ | ████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 258917                                                                March 7, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** ████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 2/01/22 | PKZ | Edit and annotate ████████ ████ ; call with ████████ ; edit and dispatch ████ ; draft and edit ████████ ; draft ████████ ; | 1.30 |
| 2/02/22 | PKZ | Draft ████████ ; draft ████ | 2.20 |
| 2/09/22 | SRM | Review and analyze ████████ ; videoconference with ████████ ████ | 3.00 |
| 2/10/22 | PKZ | Draft ████ ; email to ████████ ████ | 5.85 |
| 2/11/22 | PKZ | Edit ████████ ; emails from/to ████████ ; email from/to ████████ | 1.10 |
| 2/14/22 | SRM | Review and analyze ████████ ████ | .90 |
| 2/14/22 | PKZ | Review and annotate ████████ ████ ; edit ████████ ; email from/to ████████ ; edits ████████ ; email to ████████ | 3.50 |
| 2/15/22 | PKZ | Emails from/to ████████ ████ ; emails from/to ████████ ████ | .20 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 258917                                                          March 7, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 2/16/22 | PKZ | Email from ███████████████████████████████████ ██████████████████████████████████████; Edit ████████████ gatories; email ██████████████████ | 2.45 |
| 2/17/22 | SRM | Review and analyze ██████████████████; review and analyze ██████████████████████████; emails with ████████████████████████; prepare for t████████. | 1.80 |
| 2/18/22 | SRM | Videoconference with ████████████████████s; prepare for ████; prepare ████████████ emails with ████████████; videoconference ████████████. | 4.30 |
| 2/18/22 | PKZ | Email from/to ███████████████████████████ ████████ents | .10 |
| 2/22/22 | PKZ | Email from ███████████████████████████ ████████████████; review | 1.00 |
| 2/23/22 | SRM | Videoconference with █████████████████████n; meet and confer with ████████████████████; prepare for ████████; emails with ████████████████. | 2.60 |
| 2/23/22 | PKZ | ████ review of ██████████████████████ ████████; email to ████████; prepare for █████ ████████; call with ████████████████; edit ████████████████ | 4.45 |
| 2/24/22 | PKZ | Edit ████████████████████████ ████ | .80 |
| 2/25/22 | PKZ | Emails from/to ████████████dlines; emails from/to ██ ████████; review emails ████████████; ████████████ Email from/to S. ██████████████ | .50 |
| 2/27/22 | SRM | Attention to ██████████████. | .30 |
| 2/28/22 | SRM | Work on ████████████; review ████████████; telephone conference with ████████████; work in ████████████ | 3.50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 258917                                                                    March 7, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 2/28/22 | PKZ | ███ review; emails from/to ███ ; call with ███ ; emails from/to ███ | .55 |

**TOTAL PROFESSIONAL SERVICES**              **$ 17,212.00**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 2/01/22 | Thomson Reuters - West, Online research, 2/1/2022, 845838329 | 9.98 |

**TOTAL EXPENSES**              **$ 9.98**

**MATTER TOTAL**              **$ 17,221.98**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 258917                                                                                    March 7, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| | | ████ | | ███ |
| | | █████ | | ███ |
| | | ██████ | | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

March 7, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:          258917
Client #:           10255
Billing Attorney:     JCM

**RE:   KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 11, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through March 31, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 11, 2022

KPM Analytics, Inc.                                    Invoice #:        260176
113 Cedar Street                                       Client #:         10255
Milford, MA  01757                                     Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through March 31, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ██ | ██████████ | ███ | ██ | ███ |
| 36384 | KPM Analytics-NIR Senry | 37,751.50 | 1.60 | 37,753.10 |
| **Total** | | ███ | ██ | ███ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176                                                                April 11, 2022

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ▉▉▉ | ▉ | ▉▉▉▉▉▉▉▉▉ | ▉ |
|  |  | ▉▉▉▉▉▉▉ |  |
|  |  | ▉▉▉▉▉▉ | ▉ |
|  |  | ▉▉▉ | ▉ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176                                                      April 11, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** ███████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 3/01/22 | SRM | ███████ emails with ████████████████████; telephone conferences with ███████████; ███ analyze ████████████████████; review ████████████████. | 5.10 |
| 3/01/22 | PKZ | Emails from/to ██████████████████████████████; email to ████████████████; review of ██████████████████████; prepare for █████████████; meeting with █████████; email to ███████████████████; emails from/to ██████████████████; conference with ████████████████; prepare █████████████; emails from/to ████████████████; call with ████████████████; Edit ████████████████████; ██████████████████████; review for █████████████ | 4.15 |
| 3/02/22 | SRM | Review and comment on ██████████████; edit ████████████ ████ | 3.80 |
| 3/02/22 | PKZ | ██████████ review for ████████████; Emails from/to █████████████████; Review and edit ████████████████████; Emails from/to ████████████; Edit █████████████; Finalize and dispatch██████████████████████; Call with ██████████████████; ██████ review | 5.55 |
| 3/03/22 | PKZ | ████████████ review for ████████████; Email to ██████████ | .15 |
| 3/03/22 | PKZ | Emails from ████████████████████ ██████ | .10 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176                                                                    April 11, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 3/04/22 | PKZ | Email from/to ██████████████████; review ████████████ | 2.05 |
| | | ██████████████ review and annotate ████████ | |
| | | ████████████; call with ████████████████; | |
| | | email to ████████████ | |
| 3/07/22 | PKZ | Emails from/to ██████████████████████; | 2.40 |
| | | ████████████████; Call with ████████████ | |
| | | ██████████; review ██████ | |
| | | ████████████████████ | |
| 3/08/22 | SRM | Emails ████████████████████. | .50 |
| 3/08/22 | PKZ | Emails from ████████████████; email to ███ | 3.60 |
| | | ████████████████; email to ████████████ | |
| | | ███████; Email to ████████████████████ | |
| | | ████████████; review and annotate ████████ | |
| | | ████████████████████████ | |
| 3/09/22 | PKZ | Emails to/from ████████████; email from █████ | 3.55 |
| | | ██████████; ████ draft ████████████; edit | |
| | | ████████████████████ | |
| 3/10/22 | PKZ | Review ██████████████████████; | 3.05 |
| | | ████████ Review; emails from/to ████████ | |
| | | ████████████████████ | |
| 3/11/22 | PKZ | Emails from/to ██████████████████; | 6.30 |
| | | ████; email to ████████████████; highlight | |
| | | ████████████████t; Edit ████████ | |
| | | ████████; email to ████████████; email to █ | |
| | | ████████████████; email to ████████ | |
| | | ████████████; Call with ████████ | |
| | | ████████; email to ████████████ | |
| | | ████████████████████ | |
| 3/13/22 | SRM | Review ██████████████████████ | 1.50 |
| | | ████████████████. | |
| 3/13/22 | PKZ | Emails from/to ██████████████████; | 1.10 |
| | | ████████; email from ████████████; email to █ | |
| | | ████████████████; | |
| | | review | |
| 3/14/22 | SRM | Emails ████████████████; emails with██ | .50 |
| | | ████████████████. | |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176

April 11, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 3/14/22 | PKZ | Emails from/to ███████████████████████████████████ ; email to ████████████████████████ ; emails to/from ███████████████████████ ; emails from/to ████████████████████████ ; email to ███████████████████████████ review | 1.90 |
| 3/15/22 | SRM | Telephone conference ████████████████ ; telephone conference ████████████ ; emails ████████ . | 1.70 |
| 3/15/22 | PKZ | Call with ██████████████████████████████ ; email to ███████████████ ; client meeting ████████████████ | 1.55 |
| 3/16/22 | SRM | Attention to ██████████████████████████ ; emails with ████████████████ . | 1.50 |
| 3/16/22 | PKZ | Emails from/to ███████████████████████████ ; brainstorm ███████████████████ ; ███████ review; review ████████████████ ; email to/from ███████████████████████ ████████████████ | 5.00 |
| 3/17/22 | SRM | Attention to █████████████████████ | 1.10 |
| 3/17/22 | PKZ | Prepare for ████ and confer with ███████████████ ; meet and confer with ████████ ; call with ██████████ ; email to ██████████ ; email to ████████████████ ; call with ██████████ ; call with ████████████ ; ███████ review ████████████████ ; review ████████ ; emails from/to ███████████████ ; email to ████████ | 5.90 |
| 3/18/22 | SRM | Telephone conference with ███████████████ ; prepare for ████ ; attention to ████████████ . | 1.00 |
| 3/18/22 | PKZ | Emails to/from ███████████████████ ; ████████ review; prepare for ████████ ; ███████ part 2 ██████ meet and confer with ███████████ ; call with ███████████ draft and edit ████████████████ ; draft and edit ████████████████████████████████████████ ███████████ | 3.85 |
| 3/21/22 | SRM | Attention to ███████████████████████████ ; review ████████████████ ; attention to ████████████ . | 1.50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176                                                        April 11, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 3/21/22 | PKZ | Email to ██████████████████████████; review and create ███████████████████████████████████; edit ████████████████████████████████, email ████████, ██ email to ████████████████████; email to client ███████████████████ | 1.15 |
| 3/22/22 | SRM | Review and analyze ███████████████████████; emails ██████████████████████. | 1.10 |
| 3/22/22 | PKZ | Prepare for and call to ███████████████; emails from/to █████████████████; email to ████████████; emails to/from ███████████████; ██████ review and Emails to/from ██████████████████████████ | 1.75 |
| 3/23/22 | SRM | Emails ████████████████████████; attention to ██████████████████████. | .80 |
| 3/23/22 | PKZ | Emails to/from ████████████████████████; email from/to ██████████████████; edit ████████████████████████ | .80 |
| 3/24/22 | SRM | Telephone conference with ██████████████; email with ████████████. | .40 |
| 3/24/22 | PKZ | Finalize and file ████████████████████████; call with █████████; email to ████████████████████ | .60 |
| 3/25/22 | SRM | Emails ████████████████████████. | .50 |
| 3/25/22 | PKZ | Email to ███████████████████; email to ██████████████████████ | .35 |
| 3/28/22 | SRM | Emails ████████████████████. | .50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176                                                                   April 11, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 3/28/22 | PKZ | Email to/from ███████████████████████; email to/from client ██████████████; call with ███████████████████████; email to ████████████████████████; Draft ████████; Draft ████████████; Draft ████████; Draft █████████; email to ███████████████████████; email to ████████; ██t review and Call with ███████████ | 4.30 |
| 3/29/22 | SRM | Telephone conference with ████████████████████. | .90 |
| 3/29/22 | PKZ | Email to ████████████████████████; Call with ██████████████████████; Email to ███████; Draft ████████████; Draft █████████████████ Draft ███████; Email to ██████████████████████; review; Call with ████████; Email to ██████████████████ with █████████; Email to ████████; Call with ███████████████; Call with ██████████ | 4.70 |
| 3/30/22 | PKZ | Draft email to ████████████████████; Finalize and dispatch e███████████; █████████ review; Call with █████████████; Emails to/from ███████; Emails from/to █████████████; Email to ████████████; █████████████████ | 4.60 |
| 3/31/22 | PKZ | Email to ██████████████████; review; Email to █████████; Emails from/to █████████████; Emails from/to t██████████; Call with ████████████████; Email to ██████████████████; and Email to ████████ | 4.45 |

**TOTAL PROFESSIONAL SERVICES**                                    **$ 37,751.50**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176                                                April 11, 2022

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/22 | JND Quarterly Pacer charges | 1.60 |

**TOTAL EXPENSES**                         **$ 1.60**

**MATTER TOTAL**                          **$ 37,753.10**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 260176                                                    April 11, 2022

## OUTSTANDING INVOICES

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t  781-622-5930
f  781 622 5933
billing@morse.law

April 11, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:         260176
Client #:          10255
Billing Attorney:  JCM

**RE:  KPM Analytics, Inc.**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781-622-5933
billing@morse.law

May 6, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:         261338
Client #:           10255
Matter #:          36384
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics-**▇▇▇▇▇

For professional services rendered through April 30, 2022:

| | |
|---|---|
| Professional Services | $ 40,997.25 |
| Total Expenses | $ 7,061.98 |
| **TOTAL THIS INVOICE** | **$ 48,059.23** |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 261338                                                                May 6, 2022

## PROFESSIONAL SERVICES



| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 4/01/22 | PKZ | Email to ██████████████████████████████████ ; ████████████ review; Email from/to ████████████████████████████████████████████ ████████████████████████████████████████████ █████ | 2.20 |
| 4/04/22 | PKZ | Prepare for call with ███████████████████ ; ██████████ review; Call with █████████████████████ ; Emails to/from █████████████████████ ; Email to ███████████ ██████ ; Email to █████████████████████ | 4.15 |
| 4/05/22 | PKZ | ████████ review; Emails from/to █████████████ ████████████████████████████████████ | 4.65 |
| 4/06/22 | PKZ | Emails from/to ████████████████████ ; Calls with ████ ██████████████████████ ; Draft █████████████████████ ; ██████ review; Emails to/from ████████████ █████ ; Draft and edit ████ ; Emails from/to ████████ ; Emails from/to ██████████████████████████ ██████████████████████████ | 5.70 |
| 4/07/22 | PKZ | Email from/to ██████████████ ; Emails from/to ████ ████████████ ; ███████ review; Meeting with ████ █████████████████ ; Calls with ██████████████ ; Emails from/to █████████████ nts | 5.40 |

2

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 261338                                                                                    May 6, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 4/08/22 | PKZ | Email from/to ████████; Emails from/to ████████; ████████ review; Emails from/to ████████; Dispatch ████████; Email to ████████; Email to ████████; Emails to/from ████████; Emails to ████; Update ████████; Emails to/from ████████ | 5.75 |
| 4/10/22 | PKZ | ████ review | .90 |
| 4/11/22 | PKZ | ████ review; Emails from/to ████████; Emails from/to ████████; Emails from/to ████████; Email to ████████ | 3.40 |
| 4/12/22 | SRM | Attention to ████████; review ████████. | .50 |
| 4/12/22 | PKZ | Finalize and dispatch ████████; Emails to/from ████; Email to client ████; review; Email ████; Email to ████; Edit ████ | 3.65 |
| 4/13/22 | PKZ | Email from/to ████████; Email from ████████; review for ████; Prepare for ████████; Email to ████████ | 6.55 |
| 4/14/22 | SRM | Telephone conference with ████████. | .30 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 261338                                                    May 6, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 4/14/22 | PKZ | █████ review to █████████████; Emails from/to █████████████████████; Emails from/to ████████████████; Call with ████; Defend █████████; Attend ████████████ | 6.70 |
| 4/15/22 | PKZ | █████ review for █████████████████; █████ review; Call with █████████████; Emails from/to ████████████; Call to J. █████████████; Call to █████; Email to █████████; Emails from/to ████████████ | 4.60 |
| 4/18/22 | PKZ | Email from █████████████████; Email to █████████████; █████ review; Email to █████████; Email to ████████████████ | 3.90 |
| 4/19/22 | PKZ | Email from/to █████████; Emails to/from ████████; █████ review █████████; Calls to █████; t review and █████ preparation █████ | 5.20 |
| 4/20/22 | SRM | Conference with █████████████; review ████████. | .80 |
| 4/20/22 | PKZ | Emails from █████████████; Attend █████████ Emails from/to and call to █████████; Search for and dispatch █████████ Emails from/to █████████; Email from/to █████████; Emails to/from █████████; Emails to/from █████████; Dispatch █████████; Email to ████████████ | 6.75 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 261338                                                                 May 6, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 4/21/22 | PKZ | Emails from/to client ███████████████; Messages from/to ████████████; ██████████; preparation meeting ████; ███; ████ meeting ████████████; Emails to/from ████████████ | 3.25 |
| 4/22/22 | PKZ | Emails from/to ████████████; Prepare for and defend ███████; Email ███████; █████ review and Call with ████████ | 5.55 |
| 4/23/22 | PKZ | Email to B. Mitchell ████████████; ██████ review; Compile and prepare ████████ | 6.30 |
| 4/25/22 | PKZ | Email to ███████████; ██████ preparation meeting with █████████; Update ██████; ████ Create ████████; Emails from/to █████████; ████████████; Emails from/to █████████████; Review █████████; ████ Edit ████████; ██████ Dispatch ████████ | 8.10 |
| 4/26/22 | SRM | Emails with ███████████. | .50 |
| 4/26/22 | PKZ | Emails from/to █████████; Emails from/to client ████████; Emails from/to ██████████; Schedule ████; █████ Call with ████████; ████ n; Deposition ██████████ | 2.50 |
| 4/27/22 | PKZ | Emails from/to ████████████; Email to/from ████; █████████████; Prepare and attend █████████; Call with █████████; t review; Email to █████████; ██████ | 8.40 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 261338                                                                          May 6, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 4/28/22 | PKZ | Emails from/to ███████████████████████████; Calls with ██████████████████████████; Emails to/from █ ████████████████████████; Attend ████████████; Emails from/to ███████████████████; Email to ██████████; Dispatch ████████████████████; █████████ preparation; Emails from/to ████████████████████████████; Emails to ██████████████████████████ ████████████████████ | 6.00 |
| 4/29/22 | PKZ | Emails from/to ████████████████████████; Research on ████████████████████████; Search for ███████████; ████████████████████; review for ███████████████████ | 2.75 |

**TOTAL PROFESSIONAL SERVICES**                                     **$ 40,997.25**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 4/11/22 | Target Litigation Consulting, Inc, Online research, 4/11/2022, 22897 | 5,712.58 |
| 4/28/22 | Veritext LLC, Litigation Support Vendors, 4/28/2022, 5746927 | 1,349.40 |

**TOTAL EXPENSES**                                     **$ 7,061.98**

**TOTAL THIS INVOICE**                                     **$ 48,059.23**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 261338                                                        May 6, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ██████ | █████ | ██████ | ███ | ██████ |
| ██████ | █████ | ██████ | ███ | ██████ |
| | | ██████ | | ██████ |
| | | ███████ | | ██████ |
| | | ████████ | | ██████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

May 6, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:            261338
Client #:             10255
Matter #:             36384
Billing Attorney:     JCM

RE:   KPM Analytics-





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

June 8, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through May 31, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t −781-622-5930
f   781 622 5933
billing@morse.law

June 8, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        262395
Client #:         10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through May 31, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics ████ | 27,866.75 | 11,095.48 | 38,962.23 |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                                    June 8, 2022

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
|      |      |             |       |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                                                                       June 8, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-██████████**

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/02/22 | PKZ | Emails from/to ████████████████████████; Email to ████████████████████████; Emails from/to ████████████; Emails from/to ████████; ██████ review for ██████████████; Emails from/to ██████████████████; Call with ██████████████████████████ | 1.65 |
| 5/03/22 | PKZ | Emails from/to ████████████████████████; Emails from/to ████████████████; Attend ████████████████; Call with ████████████████████; Emails from/to ████████████████████████; Review ████████████████; ██████; ██████████ t preparation for ██████████████████████████████████ | 5.50 |
| 5/04/22 | SRM | Emails with ██████████████████████████; review and analyze ████████████████████████████████; ████████████. | 1.80 |
| 5/04/22 | PKZ | ██████ compiling ████████████████████████; Email to ████████████████████; Attend ██████████████████; Email to ████████████; Messages from/to ████████████████████████████████ | 2.55 |
| 5/05/22 | SRM | Attention to ████████████████████████; conference with ████████████████████████; ████████████. | .90 |
| 5/05/22 | PKZ | Email to ████████████████████████; Attend ████████████████████████ | 3.25 |
| 5/06/22 | PKZ | Email to ████████████████████; Messages from/to ████; ██████████; Search for ██████████; ████████████████████████████████ | .60 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                                              June 8, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/09/22 | SRM | Attend ████████ ; telephone conference with ████████ ; draft ████████████████. | 2.50 |
| 5/09/22 | PKZ | Attend ████████████████ s; Emails from/to ████████ ; Emails from/to ████████ ; Email to ████████ ████████████████ ████████ | .75 |
| 5/10/22 | PKZ | Emails from/to ████████████████ ████ | .10 |
| 5/11/22 | SRM | Attention to ████████████████ ████████ ; emails with █ ████████████████. | 1.20 |
| 5/11/22 | PKZ | Emails from/to ████████████████ ████████ | .50 |
| 5/12/22 | SRM | Emails with ████████████████ ████. | .60 |
| 5/12/22 | PKZ | Emails from/to ████████████████ | .20 |
| 5/13/22 | PKZ | Meeting with ████████ ; Emails to/from ████ ; Emails from/to ████ ████████████████ ████████ | 1.25 |
| 5/14/22 | PKZ | Email to ████████████████ ; Summarize ████████ | 1.50 |
| 5/16/22 | SRM | Outline ████████████████ ; emails with ████████ ; ████ working on ████████████. | 1.10 |
| 5/16/22 | PKZ | Emails from/to ████████ ; Email to ████ ; Email from ████████ t; Supplement ████████ ████████ | 4.00 |
| 5/17/22 | SRM | Analyze ████████████████ ; attention to ████████ . | 2.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                                                    June 8, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/17/22 | PKZ | Email to ██████████████████████; Emails from/to ██████████████████████; Supplement ██████████████████ | 3.10 |
| 5/18/22 | SRM | Review and comment on ██████████████; review ██████████████; identify ████████████████; telephone conference ████████████ | 5.70 |
| 5/18/22 | PKZ | Call with ████████████ogatories; Email to ██████████████; Emails from/to ████████████; Emails from/to ████████; review; Call with ████████████ ████████████ | 2.80 |
| 5/20/22 | SRM | Review and analyze ████████████. | 1.90 |
| 5/21/22 | SRM | Work on ██████████████. | 1.00 |
| 5/22/22 | SRM | Continued work on ██████████████ ████████████ | 4.00 |
| 5/23/22 | SRM | Videoconference with ██████████████; work on comments to ████████████; telephone conferences with ██e. | 5.50 |
| 5/23/22 | PKZ | Emails from/to ██████████████; Emails from/to ████████████; ██████████ meeting with ████e; Emails from/to ████████████; Emails from/to ████████████; Emails from/to ██████; Review ████████████; Emails from/to ████████████; Emails from/to ████████████; Emails from/to ████████████; Email to ████████████ | 3.60 |
| 5/24/22 | SRM | Attention to ██████████████ ████████ | .30 |
| 5/24/22 | PKZ | Emails from.to ██████████████ ████████ | 1.40 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                                          June 8, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/25/22 | PKZ | Emails from/to ███████████████████; ██████ Email to █████████████████; ██████ Email to ████████nscript; Email to ████████████████████; Email to █. ███████████████████; Redact ██████ ███████████ Email redacted █████████ ████████████████████████ | 1.00 |
| 5/26/22 | SRM | Emails with █████████████████████ ██████████. | .20 |
| 5/26/22 | PKZ | Email to █████████████████████ | .40 |
| 5/27/22 | PKZ | Email to █████████████████████; Emails from/to ████████████; Check █ ████████████; Emails from/to █████████████████ | .60 |
| 5/31/22 | PKZ | Review ████████; Email to ████████████; Emails from/to █████████; Edit ████████s; Review ████████████████ | .90 |

**TOTAL PROFESSIONAL SERVICES          $ 27,866.75**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 4/28/22 | Veritext LLC, Litigation Support Vendors, 4/28/2022, 5746927 | -1,349.40 |
| 4/28/22 | Veritext LLC, Litigation Support Vendors, 4/28/2022, 5746927 | 1,298.90 |
| 4/29/22 | Veritext LLC, Litigation Support Vendors, 4/29/2022, 5747055 | 658.48 |
| 5/09/22 | Veritext LLC, Litigation Support Vendors, 5/9/2022, 5756206 | 775.70 |
| 5/10/22 | Veritext LLC, Litigation Support Vendors, 5/10/2022, 5767897 | 1,968.75 |
| 5/12/22 | Veritext LLC, Litigation Support Vendors, 5/12/2022, 5767724 | 684.40 |
| 5/12/22 | Veritext LLC, Litigation Support Vendors, 5/12/2022, 5776455 | 1,506.80 |
| 5/17/22 | Veritext LLC, 5/17/2020, Litigation Support Vendors, 5786225 | 3,113.20 |
| 5/19/22 | Veritext LLC, Litigation Support Vendors, 5/19/2022, 5784108 | 2,438.65 |

**TOTAL EXPENSES          $ 11,095.48**

**MATTER TOTAL          $ 38,962.23**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                                                                    June 8, 2022

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                           June 8, 2022

██████████████████
██ ████████████

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | ██ | ██████████████ | ██ |
| ████ | ██ | ████████████████ | ██ |
| ████ | ██ | ██████████████████████ | ██ |
| | | ██████ | |
| ████ | ██ | ████████████████ | ██ |

████████████████    ████
████████    ████

████████████████████████████

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 262395                                                                                    June 8, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ████ | ████ | ████ | ██ | ████ |
| ████ | ████ | ████ | ██ | ████ |
| | | ████ | | ████ |
| | | ████ | | ████ |
| | | ████ | | ████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

June 8, 2022

KPM Analytics, Inc.                                    Invoice #:          262395
113 Cedar Street                                       Client #:           10255
Milford, MA  01757                                     Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

July 6, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through June 30, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

July 6, 2022

KPM Analytics, Inc.                                          Invoice #:          263493
113 Cedar Street                                             Client #:           10255
Milford, MA  01757                                          Billing Attorney:     JCM

_____

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through June 30, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics ███ | 5,031.50 | 166.61 | 5,198.11 |
| ███ | ███ | ███ | ███ | |
| ███ | | ███ | ███ | **6,303.11** |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 263493                                                            July 6, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-**█████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 6/01/22 | PKZ | Edit ████████████████; Email to ████████████ ████████████ | 3.00 |
| 6/02/22 | PKZ | Emails from/to ████████████; Emails from/to ████████████ ███; Email to ████████████ | 1.00 |
| 6/03/22 | PKZ | Review ████████████████; Emails from/to ████████████; Add ████████████ | 1.50 |
| 6/07/22 | PKZ | Prepare for ████████████; Conference call with ████████████; Call with ████████████; Edit ████████████; Emails to/from ████████████ | 2.00 |
| 6/08/22 | PKZ | Email from ████████████████; Email from ████████████████ | .20 |
| 6/13/22 | PKZ | Email to ████████████; Email from ████████████ | .10 |
| 6/14/22 | PKZ | Email to ████████████; create ████████; call with ████████████ | .60 |
| 6/15/22 | PKZ | Emails from/to ████████████████ | .10 |
| 6/21/22 | SRM | Review ████████████████ | 1.00 |
| 6/28/22 | SRM | Assemble ████████████████; emails with ████████████; review ████████. | 1.80 |
| 6/29/22 | SRM | Telephone conference with ████████████. | 1.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 263493                                                                        July 6, 2022

**TOTAL PROFESSIONAL SERVICES**                    **$ 5,031.50**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 6/01/22 | Thomson Reuters - West, Online research, 6/1/2022, 846503011 | 166.61 |

**TOTAL EXPENSES**                    **$ 166.61**

**MATTER TOTAL**                    **$ 5,198.11**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 263493                                                                                    July 6, 2022

███████████████

██ ████████████s

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | ██ | ████████████████████ | ██ |
| ████ | ██ | ████████████████████████ | ██ |
| ████ | ██ | █████████████████████████ | ██ |
| ████ | ██ | ████████████████████████ | ██ |
| | | ██████ | |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 263493                                                July 6, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| ███ | ███ | ███ | ██ | ███ |
| | | ██████ | | ████ |
| | | ██████ | | ████ |
| | | ███████ | | ██ **60.57** |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t — 781-622-5930
f   781 622 5933
billing@morse.law

July 6, 2022

KPM Analytics, Inc.                                    Invoice #:          263493
113 Cedar Street                                       Client #:           10255
Milford, MA  01757                                     Billing Attorney:   JCM

███████████████

**RE:  KPM Analytics, Inc.**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

August 9, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through July 31, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

August 9, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:    264601
Client #:    10255
Billing Attorney:    JCM

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through July 31, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics-▉ | 18,030.50 | .00 | 18,030.50 |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 264601                                                                August 9, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** █████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|------:|
| 7/06/22 | SRM | Research ███████████████████████████████ ███████████; summarize ██████████████████████████. | 6.20 |
| 7/07/22 | SRM | Draft and file ████████████████████████; emails with ████████████████████████████; work on ███████████████████████████████████. | 6.70 |
| 7/08/22 | SRM | Edit ██████████████████████; work on █████████████; contact clerk ███████████████████; review orders ████████████████████; emails with █████████████████████; redact █████; emails with ████████████████; finalize and serve ████████████████. | 5.90 |
| 7/11/22 | SRM | Work with ██████████████████████████; prepare █████████████. | 1.50 |
| 7/11/22 | PKZ | Emails from/to ████████████████████████; emails from/to ████████████████████████ ██████████████████████████████ ████████████████████ | ██ |
| ████ | ██ | ████████████████████████ ████████████████████████ ██████████; ████████ review of █████████████ █████████; emails from/to ████████████ ██████ | .70 |
| 7/13/22 | SRM | Attention to █████████████████████ | .60 |
| 7/13/22 | PKZ | Dispatch ████████████ | .10 |
| 7/14/22 | PKZ | Emails from/to ██████████████████ ██████████████ | ██ |
| ████ | ██ | ████████████████████████ | 1.20 |
| 7/26/22 | PKZ | Email from/to ████████████████████ ████████████; Review and annotate █████████ | 1.25 |
| 7/27/22 | SRM | Review, analyze and comment on ████████████████ ████ | 4.40 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 264601                                                    August 9, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 7/27/22 | PKZ | Review and compile ████████████████████ ████████████████████; Review and annotate ████████████████████; ███ review email from ██████████████████████ | 2.50 |
| 7/28/22 | SRM | Review ███████████████████████; attention to ████████████████. | .50 |
| 7/28/22 | PKZ | Review █████████████; attend █████████; ████████████; | .90 |
| 7/29/22 | SRM | Research █████; emails with ██████████████████; ████████; review and identify ████████████████; emails with ██████████████. | 2.80 |
| 7/29/22 | PKZ | Email to ███████████████████; Emails from/to █████████████████████; ██████████████████████' ████████ | .25 |

**TOTAL PROFESSIONAL SERVICES**          $ 18,030.50

**MATTER TOTAL**                          $ 18,030.50

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 264601                                                        August 9, 2022



## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ███ | ██ | ████████████████████████████████ ██████████ | ██ |
| ███ | █ | ██████████████████████████████ ████████████████████████ | ██ |
| ███ | █ | ████████████████████████████████ ███ | ██ |
| ███ | █ | ██████████████████████████ | ██ |
| ███ | █ | ██████████████████████████ | ██ |
| ███ | █ | ██████████████████████████ | ██ |
| ███ | █ | ██████████████████████████ | ██ |
| ███ | ██ | █████████████ | ██ |
| ███ | █ | ██████████████████████████ | ██ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 264601                                                    August 9, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| | | █████ | | ████ |
| | | █████ | | ████ |
| | | ██████ | | ████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

August 9, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        264601
Client #:         10255
Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t - 781-622-5930
f   781 622 5933
billing@morse.law

September 14, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

RE:  **KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through August 31, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

September 14, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        266090
Client #:          10255
Billing Attorney:    JCM

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through August 31, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| ▮ | ▮ | ▮ | | |
| ▮ | Analytics-▮▮▮ry | 20,720.50 | 1,415.25 | 22,135.75 |
| ▮ | ▮ | | | |
| ▮ | | ▮ | ▮ | ▮ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266090                                          September 14, 2022

███████████████████

██ ████████████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| █████ | ███ | ████████████████████████████████████ | ██ |
| | | ██████████████ | |
| | | ███████████████████████████ | ████ |
| ████████ | | | |
| | ███ | ███████ | ████ |
| █████ | █████████████████████████████ | | ████ |
| | ████ | | |
| | | █████████████ | ████ |
| | | █████████████ | ████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266090                                                    September 14, 2022

**Client-Matter: 10255-36384**

**RE:   KPM Analytics-**████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|------:|
| 8/01/22 | SRM | Attention to ████████████████████████; emails ████████████████ | 1.50 |
| 8/01/22 | PKZ | Legal research ████████████████ | .70 |
| 8/02/22 | SRM | Review ██████████████████████ ; emails with ████████████████ ████████. | .60 |
| 8/02/22 | PKZ | Legal research ████████████████████ ; Review and file ██████████████████ ; Emails from/to ████████████ ; Research ████████████ | 2.30 |
| 8/03/22 | SRM | Review ██████████ ; email to ██████████ e. | .80 |
| 8/04/22 | SRM | Preparation ██████████████████ ; prepare for ████ . | 2.80 |
| 8/04/22 | PKZ | ████████ preparation meeting with ██████████ | 1.80 |
| 8/05/22 | SRM | Emails with ████████████████████ . | .20 |
| 8/10/22 | PKZ | Emails from/to ████████████ | .10 |
| 8/12/22 | SRM | Initial review and analysis of ████████ . | 2.50 |
| 8/15/22 | PKZ | Review and create ██████ | .90 |
| 8/17/22 | SRM | Emails ████████████ | .20 |
| 8/17/22 | PKZ | Emails from ████████████ ████████ | .10 |
| 8/18/22 | SRM | ████ meet and confer conference call with ████████ ; emails with ████████ ; analysis ████████ . | 1.50 |

3

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266090                                                September 14, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 8/18/22 | PKZ | Review ████████████████████████████ ████; Prepare for ████████████████████████████ ████████████████, Emails from/to ████████████████████████████████ ████████████████████████████████ | 1.50 |
| 8/19/22 | SRM | Initial review of ████████████████. | .80 |
| 8/19/22 | PKZ | ██████ review of ████████████████ | .75 |
| 8/22/22 | SRM | ██████ analysis of ██████████████; prepare for ████████████████████████ ████ | 2.00 |
| 8/22/22 | PKZ | Emails from/to ████████████; Email ████████; Review and annotate ████████████████████████t; Research for ████████████; Prepare ████████████████████████ | 5.20 |
| 8/23/22 | SRM | Telephone conference with██████████; begin work on ████████████; emails with ██████; emails ████████████████████████████ | 2.30 |
| 8/23/22 | PKZ | Review ████████████████████████ ████ Meeting with ████████████████ ████████████; ████████ review; ██ emails from/to ████████████████████ | 2.40 |
| 8/24/22 | SRM | Review and analyze ██████████████████; emails with ████████████████████████; ████████████████████. | 1.30 |
| 8/24/22 | PKZ | ██████████ review; Research for ████ ████████████████████████████ ████ | 2.90 |
| 8/25/22 | PKZ | ████ reviewing and annotating ██████ ████████████████████████; ████████████ review; Search ████████████ ████████████████████████ | 3.50 |
| 8/26/22 | SRM | Emails with ████████████████████ ██████ prepare for ████████ ████ | 1.10 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266090                                                      September 14, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 8/26/22 | PKZ | Search ███████████████████████; Review ████████████ ████████████████████████ ███████████████████████ ████████████████████ ██████████████████████ ██████████████ | 5.60 |
| 8/29/22 | SRM | Telephone conference with ███████████████████ ███████████; attention to █. | .70 |
| 8/29/22 | PKZ | Prepare for and attend ██████████████████ ████████████████████ | .30 |
| 8/30/22 | PKZ | Legal research for ████████████████████ | 1.75 |
| 8/31/22 | SRM | Emails ██████████████████████ ███████████; review ████████████████ ████████; confirm ████████████nsion. | .50 |
| 8/31/22 | PKZ | Emails from/to ████████████████████; ████████████████████; emails from ████████████████████; emails from/to ████████████████; draft ████████████████ | .50 |

**TOTAL PROFESSIONAL SERVICES**                    **$ 20,720.50**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 8/11/22 | Veritext LLC, Litigation Support Vendors, 8/11/2022, 5966972 | 1,415.25 |

**TOTAL EXPENSES**                    **$ 1,415.25**

**MATTER TOTAL**                    **$ 22,135.75**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266090                                          September 14, 2022

████████████████

██ ████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ██ | █ | ████████████████████ | █ |
| | | ████████████████ | ████ |
| | | ██████████ | ████ |
| | | ██████████ | ████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266090                                                September 14, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ |
| | | ██████ | | ██████ |
| | | ██████ | | _██████ |
| | | ██████ | | █ **40,238.53** |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

September 14, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:              266090
Client #:                10255
Billing Attorney:      JCM

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
**morse**.law
t – 781-622-5930
f   781 622 5933
billing@morse law

October 13, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through September 30, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t   781-622-5930
f   781 622 5933
billing@morse.law

October 13, 2022

KPM Analytics, Inc.                                    Invoice #:              266949
113 Cedar Street                                       Client #:               10255
Milford, MA  01757                                     Billing Attorney:       JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through September 30, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics ███ | 29,829.50 | 5,350.85 | 35,180.35 |
| **Total** | | | | |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266949                                                    October 13, 2022

██████████████████

██ ████████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | ███ | ███████████████████████ | ██ |
| | | ████████████████████████ | |
| | | ████████████████████ | ████ |
| | | ██████████████ | ████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266949                                                                October 13, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics** ▮▮▮▮▮▮▮

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 9/01/22 | SRM | Attention to ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮. | .20 |
| 9/01/22 | PKZ | Edit ▮▮▮▮▮▮▮▮▮; Finalize and file ▮▮▮▮▮▮ | .40 |
| 9/07/22 | SRM | Work on ▮▮▮▮▮▮▮▮; review and analyze ▮▮▮▮▮▮. | 2.00 |
| 9/07/22 | PKZ | Emails from/to ▮▮▮▮▮▮▮▮ | 2.00 |
| 9/08/22 | SRM | Conference with ▮▮▮▮▮▮; review and analyze ▮▮▮▮▮▮. | 1.20 |
| 9/09/22 | SRM | Analyze ▮▮▮▮▮▮▮; emails with ▮▮▮▮▮; emails with ▮▮▮▮▮▮. | 4.70 |
| 9/09/22 | PKZ | Legal research for ▮▮▮▮▮▮ ▮▮▮▮ | 5.00 |
| 9/12/22 | SRM | Attention to ▮▮▮▮▮▮▮; attention to ▮▮▮▮▮▮▮; emails ▮▮▮▮▮. | 1.00 |
| 9/12/22 | PKZ | Review and annotate ▮▮▮▮▮▮▮; emails from/to ▮▮▮▮▮ ▮▮▮▮▮ | 2.20 |
| 9/13/22 | PKZ | Insert ▮▮▮▮▮▮ | 1.30 |
| 9/14/22 | SRM | Work on ▮▮▮▮▮▮; review ▮▮▮▮▮▮. | 4.10 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266949                                                          October 13, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 9/14/22 | PKZ | Emails from/to ███████████████████████████ ███████████████████████ █████████████ | .50 |
| 9/15/22 | SRM | Continue █████████████████████████ ███████████████████. | 3.90 |
| 9/15/22 | PKZ | Edit ████████████████████████ ████████████ Email draft █████████████ █████████████████ File ████████ ████████; Generate ████████████ ████████████; Legal research for ██████████ █████████████████████████ ███████████████████ | 2.60 |
| 9/16/22 | SRM | Edit ████████████████████████ ███████; analyze █████████████ ██████████████. | 4.00 |
| 9/16/22 | PKZ | Legal research for ████████████ █████████████████████ ███████████ | 4.90 |
| 9/17/22 | PKZ | Review ███████████████████████ ██████████████████████████ | .50 |
| 9/18/22 | SRM | Work on █████████████████; emails with ██ ███████████. | 3.80 |
| 9/18/22 | PKZ | Review ████████████████████████ ██████████; Edit ████████████████ █████████ | 3.00 |
| 9/19/22 | SRM | Edits to and finalization of ████████████ ██████████; █████████ emails with ██████ ████████████████████; attention to ██████ ██████████████; ████ research ██████████. | 5.10 |
| 9/19/22 | PKZ | Emails from/to ████████████████████████ ████████████████████████; Legal research ████████████; Draft and edit ██████████████; Prepare ████████████; ███████; Redact ████████████; E-file ██████████████; Email ███████████ ████████████████████ | 9.90 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266949                                                                 October 13, 2022

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 9/20/22 | PKZ | Draft and edit ███████████████████████ ████████ | 1.00 |
| 9/21/22 | SRM | Attention to ██████████████████ ████████. | .80 |
| 9/21/22 | PKZ | Emails from/to ████████████. ████████ | .20 |
| 9/22/22 | PKZ | Review ██████████████████ | .80 |
| 9/26/22 | PKZ | Review ██████████████ and emails from/to █████████ ███ | .20 |
| 9/27/22 | PKZ | Review ████████████████; Email ████████; Review ████████ | 1.30 |
| 9/28/22 | PKZ | Review ██████████████; Email to ████████; Emails from/to ██████████████████████████████████████ | .90 |
| 9/30/22 | SRM | Review and analyze ██████████████. | .90 |

**TOTAL PROFESSIONAL SERVICES**          **$ 29,829.50**

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 5/17/22 | Veritext LLC, Filing Fees, 5/17/2022, 5777214 | 1,405.26 |
| 5/19/22 | Veritext LLC, Filing Fees, 5/19/2022, 5782561 | 1,424.39 |
| 5/20/22 | Veritext LLC, Filing Fees, 5/20/2022, 5786023 | 2,043.20 |
| 8/01/22 | Thomson Reuters - West, Online research, 8/1/2022, 846823546 | 478.00 |

**TOTAL EXPENSES**          **$ 5,350.85**

**MATTER TOTAL**          **$ 35,180.35**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266949                                                    October 13, 2022

**TOTAL THIS INVOICE**                               **$ 35,313.35**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 266949 October 13, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ████ | ██ | ████ |
| | | ████ | | ████ |
| | | ████ | | ████ |
| | | █████ | | ████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

October 13, 2022

KPM Analytics, Inc.                                  Invoice #:            266949
113 Cedar Street                                     Client #:             10255
Milford, MA  01757                                   Billing Attorney:     JCM

**RE:  KPM Analytics, Inc.**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

November 9, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through October 31, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t  781-622-5930
f  781 622 5933
billing@morse.law

November 9, 2022

KPM Analytics, Inc.                         Invoice #:            269237
113 Cedar Street                            Client #:             10255
Milford, MA  01757                          Billing Attorney:     JCM

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through October 31, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics███ | 3,791.00 | 846.36 | 4,637.36 |
| ███ | ██████████ | ███ | ███ | ███ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 269237                                                         November 9, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics‑**████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 10/06/22 | PKZ | Emails from/to ██████████████████ ██████ | .10 |
| 10/14/22 | SRM | Attention to ████████████████████ ████ | .70 |
| 10/14/22 | PKZ | Draft ████████ emails to/from ██████████ and finalize and dispatch ███████ ████████ | .40 |
| 10/17/22 | PKZ | Emails from/to ████████████ ██████; Draft and edit ██████████ ████████████; Schedule ████████ | .40 |
| 10/24/22 | SRM | Attention to ████████████rts. | .20 |
| 10/24/22 | PKZ | Emails from/to █████████████████ ███████ ████████ | .50 |
| 10/26/22 | PKZ | ████████ review of ██████████ ██████████ | .30 |
| 10/27/22 | SRM | Video conference with ██████████ ████████████; prepare for ███████. | 1.50 |
| 10/27/22 | PKZ | Meeting with █████████████; Email to ████████ ███████████ ████████ | 1.20 |
| 10/31/22 | SRM | Attention to ███████████ | .60 |
| 10/31/22 | PKZ | Prepare ██████████████ ██████ | 3.30 |

**TOTAL PROFESSIONAL SERVICES              $ 3,791.00**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 269237                                                          November 9, 2022

**EXPENSES**

| Date | Description | Amount |
|------|-------------|-------:|
| 9/01/22 | Thomson Reuters - West, Online research, 9/1/2022, 846998543 | 274.46 |
| 9/28/22 | Mercury Shipping, Fedex/Mercury, 9/28/2022, 541523 - Samantha Dore | 31.27 |
| 10/01/22 | Thomson Reuters - West, Online research, 10/1/2022, 847159514 | 540.63 |

|  | **TOTAL EXPENSES** | **$ 846.36** |
|--|--------------------|-------------:|
|  | **MATTER TOTAL** | **$ 4,637.36** |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 269237                                                    November 9, 2022



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ▇▇▇ | ▇ | ▇▇▇▇▇▇▇▇▇▇ | ▇ |
| ▇▇▇ | ▇ | ▇▇▇▇▇▇ | ▇ |
| ▇▇▇ | ▇ | ▇▇▇▇▇▇▇▇▇ | ▇ |
| ▇▇▇ | ▇ | ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇ | ▇ |
| ▇▇▇ | ▇ | ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ | ▇ |
| ▇▇▇ | ▇ | ▇▇▇▇▇▇▇▇▇ ▇▇▇ | ▇ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 269237                                                                 November 9, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ██████ | █████ | ██████ | ███ | ██████ |
| | | ███████ | | ██████ |
| | | ████████ | | ██████ |
| | | █████████ | | ██████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

November 9, 2022

KPM Analytics, Inc.                                                  Invoice #:         269237
113 Cedar Street                                                     Client #:           10255
Milford, MA  01757                                                  Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

December 20, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through November 30, 2022.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

December 20, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:        269895
Client #:          10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through November 30, 2022:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics-NIR Senry | 1,364.25 | 1,642.70 | 3,006.95 |
| 36944 | KPM - Customer Agrts | 2,476.75 | .00 | 2,476.75 |
| **Total** | | **3,841.00** | **1,642.70** | **5,483.70** |

**TOTAL THIS INVOICE**          $ 5,483.70

Previous Balance                 $ 17,400.11

**TOTAL BALANCE DUE**          **$ 22,883.81**

**Please be advised that effective January 1, 2023, we will be raising our hourly rates.**
**Please do not hesitate to call us if you have any questions about our rates on your bill.**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 269895                                                   December 20, 2022

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-NIR Senry**

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 11/01/22 | SRM | Emails ████████████████ . | .20 |
| 11/03/22 | PKZ | Email from ██████████████████████ ██████████████████ | .20 |
| 11/13/22 | PKZ | Emails from/to ██████████████████ ██████ | .10 |
| 11/16/22 | SRM | Attention to █████████████ . | .20 |
| 11/16/22 | PKZ | Look into ████████████████ | .40 |
| 11/17/22 | PKZ | Emails from/to ████████████████ pdate | .25 |
| 11/18/22 | SRM | ████ attention to ████████████████ ██████████████████████ . | .60 |
| 11/18/22 | PKZ | Draft summary of █████████████████ i; Emails from/to ███████████████ ; Search █████████████ | 1.10 |
| 11/21/22 | PKZ | Emails ███████████████████ ██████████ | .30 |

|  | **TOTAL PROFESSIONAL SERVICES** | **$ 1,364.25** |
|--|--|--|

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| 11/10/22 | Veritext LLC, Filing Fees, 11/10/2022, 6166555 | 1,642.70 |

|  | **TOTAL EXPENSES** | **$ 1,642.70** |
|--|--|--|
|  | **MATTER TOTAL** | **$ 3,006.95** |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 269895                                    December 20, 2022



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
|  |  | ▬▬▬▬▬▬▬▬ |  |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
|  |  | ▬▬▬▬▬ |  |
| ▬▬ | ▬ | ▬▬▬▬▬ | ▬ |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
|  |  | ▬▬▬▬▬▬▬ |  |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
|  |  | ▬▬▬▬ |  |
| ▬▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬ |
|  |  | ▬▬▬▬ |  |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 269895                                                December 20, 2022

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ██████ | ██████ | ██████ | ██ | ██████ |
| ██████ | ██████ | ██████ | ██ | ██████ |
| | | ████████ | | ██████ |
| | | ████████ | | ██████ |
| | | █████████ | | ██████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

December 20, 2022

KPM Analytics, Inc.
113 Cedar Street
Milford, MA  01757

Invoice #:       269895
Client #:         10255
Billing Attorney:     JCM

---

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

January 6, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

Invoice #:        271142
Client #:          10255
Matter #:         36384
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics-**█████████

For professional services rendered through December 31, 2022:

| | |
|---|---|
| Professional Services | $ 300.50 |
| Total Expenses | $ 98.46 |
| **TOTAL THIS INVOICE** | **$ 398.96** |
| Previous Balance | $ 3,006.95 |
| **TOTAL BALANCE DUE** | **$ 3,405.91** |

**Please be advised that effective January 1, 2023, we will be raising our hourly rates.
Please do not hesitate to call us if you have any questions about our rates on your bill.**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 271142

January 6, 2023

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 12/05/22 | SRM | Emails with ██████████████████████; review ██████████████████. | .50 |
| 12/27/22 | PKZ | Meeting with ████████████████ | .10 |

**TOTAL PROFESSIONAL SERVICES**          **$ 300.50**

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/22 | Thomson Reuters - West, Online research, 12/1/2022, 847487642 | 98.46 |

**TOTAL EXPENSES**          **$ 98.46**

**TOTAL THIS INVOICE**          **$ 398.96**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 271142                                                    January 6, 2023

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ▆ | ▆ | ▆ | ▆ | ▆ |

|  |  |
|---|---|
| Previous Balance | $ 3,006.95 |
| Total Due This Invoice | $ 398.96 |
| **TOTAL BALANCE DUE** | **$ 3,405.91** |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

January 6, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

| | |
|---|---|
| Invoice #: | 271142 |
| Client #: | 10255 |
| Matter #: | 36384 |
| Billing Attorney: | JCM |

RE:   KPM Analytics





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f    781 622 5933
billing@morse.law

February 6, 2023



**RE:   KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through January 31, 2023.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t 781-622-5930
f 781 622 5933
billing@morse.law

February 6, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

Invoice #:        272158
Client #:        10255
Billing Attorney:    JCM

_____

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through January 31, 2023:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| █████ | ███████████████████ | █████ | ███ | █████ |
| 36384 | KPM Analytics██████ | 407.00 | .00 | 407.00 |
| **Total** | | █████ | ███ | █████ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 272158                                                    February 6, 2023

██████████████████████

██ ████████████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ██████ | ████ | ████████████████████████████████ | ██ |
|  |  | ███████████████████████████ |  |
|  |  | ███████ |  |
| ██████ | ████ | ██████████████████████████ | ██ |
|  |  | ████████████████████████ |  |
|  |  | ██████████████ |  |
| ██████ | ██ | ████████████████████████████████ | ██ |
|  |  | ██████████████████████ | █████ |
|  |  | ██████████████ | █████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 272158                                                  February 6, 2023

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-**█████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 1/20/23 | PKZ | Emails from/to ████████████████████ ███████ | .50 |
| 1/23/23 | PKZ | Emails from/to ███████████████████ ███████ | .60 |

| | | |
|---|---|---|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 407.00** |
| **MATTER TOTAL** | | **$ 407.00** |
| **TOTAL THIS INVOICE** | | **$ 1,536.50** |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 272158                                                    February 6, 2023

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | █ | ███ |
| ███ | ███ | ███ | █ | ███ |
| ███ | ███ | ███ | █ | ███ |
| ███ | ███ | ███ | █ | ███ |
| ███ | ███ | ███ | █ | ███ |
| | | ███ | | ███ |
| | | ███ | | ███ |
| | | ███ | | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t +781-622-5930
f  781 622 5933
billing@morse.law

February 6, 2023

KPM Analytics, Inc.                                    Invoice #:          272158
8 Technology Drive                                     Client #:            10255
Westborough, MA  01581                                 Billing Attorney:    JCM

_____

**RE:  KPM Analytics, Inc.**





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t — 781-622-5930
f   781 622 5933
billing@morse.law

March 15, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through March 6, 2023.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t  781-622-5930
f   781 622 5933
billing@morse.law

March 15, 2023

KPM Analytics, Inc.                                        Invoice #:        273564
8 Technology Drive                                         Client #:          10255
Westborough, MA  01581                                     Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through March 6, 2023:

| Matter # | Description | Services | Expenses | Total |
|----------|-------------|----------|----------|-------|
| 36384 | KPM Analytics-███ | 15,725.00 | .00 | 15,725.00 |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 273564                                          March 15, 2023

███████████████████████████████████

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ██████████████████████████ | ████ |
|      | ██████████████ | ████ |
|      | ██████████████ | ████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 273564                                               March 15, 2023

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-** ███████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 2/06/23 | SRM | Review and analyze ███████████████████; conference with ███████████████me. | .40 |
| 2/08/23 | SRM | Attention to ████████████████████. | 1.00 |
| 2/09/23 | SRM | Review and analyze ████████████████████; emails with █████████████████. | 2.60 |
| 2/10/23 | SRM | Telephone conference with ███████████████████. | 1.10 |
| 2/10/23 | PKZ | Prepare for and attend meeting with ██████████████ | .90 |
| 2/13/23 | SRM | ████████ analysis of ████████████████; emails with ████████████████. | 3.00 |
| 2/13/23 | PKZ | Review ███████████████████████████████████████████████████ | 2.75 |
| 2/14/23 | SRM | Attend ███████████████████; emails ██████████. | 2.00 |
| 2/14/23 | PKZ | Emails from/to ███████████████████████████████ | 2.00 |
| 2/16/23 | SRM | Review and analyze ████████████████; conference with ██████████; emails with ███████████████. | 2.10 |
| 2/16/23 | PKZ | Emails from/to ████████████████████████████████ | .30 |
| 2/20/23 | SRM | Attention to ████████████████. | 1.10 |
| 2/21/23 | PKZ | Emails from/to ██████████████████ | .20 |
| 2/22/23 | PKZ | Meeting with ██████████████████ | .10 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 273564                                                      March 15, 2023

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 2/23/23 | SRM | Attention to ███████████ial. | .50 |
| 2/27/23 | SRM | ███ review and analysis of ████████████████ ████████████████████rial; ████████████████████████████ ████. | 2.80 |
| 2/27/23 | PKZ | Emails from/to ███████████████████ ████████████████████████ ███████████████████████████████ ██████████████████████████ ██████████████████. | .70 |
| 2/28/23 | SRM | Attention to ███████████████████ ██████████; attention to █████████████. | 1.10 |
| 2/28/23 | PKZ | Emails from/to ████████████████ ██████████████████ ██████████████. | .30 |
| 3/01/23 | SRM | Attention to █████████████; emails with ██████████████ ████████. | .70 |
| 3/01/23 | PKZ | Emails from/to ███████████████ ████████████████████ ██████████████████████ ██████████████████ ████████████████████████ ███████████. | .60 |
| 3/02/23 | SRM | Telephone conference with ███████████████; prepare for █████. | .50 |
| 3/02/23 | PKZ | Email to █████████████████████████ █████████████ █████. | 1.20 |
| 3/03/23 | PKZ | Emails from/to ██████████████████ ██████████████████ ██████████████████ ██████████████. | 2.50 |
| 3/04/23 | PKZ | ████████████ review | .70 |
| 3/05/23 | PKZ | ████████████ review | 1.90 |

**TOTAL PROFESSIONAL SERVICES**          **$ 15,725.00**

**MATTER TOTAL**          **$ 15,725.00**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 273564                                                          March 15, 2023



## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ██ | █ | ███████████████████ | █ |
|    |   | █████████ |   |
| ██ | █ | ███████████ | █ |
| ██ | █ | ███████████ | █ |
| ██ | █ | ███████████ | █ |
| ██ | █ | ███████████ | █ |
| ██ | █ | ███████████ | █ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 273564                                                      March 15, 2023

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| ███ | ███ | ███ | ██ | ███ |
| | | ████ | | ███ |
| | | ████ | | ████ |
| | | ██████ | | ████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t   781-622-5930
f   781 622 5933
billing@morse law

March 15, 2023

KPM Analytics, Inc.                                    Invoice #:          273564
8 Technology Drive                                     Client #:            10255
Westborough, MA  01581                                 Billing Attorney:    JCM

RE:  KPM Analytics, Inc.





CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 7, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through March 31, 2023.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 7, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

| | |
|---|---|
| Invoice #: | 274649 |
| Client #: | 10255 |
| Billing Attorney: | JCM |

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through March 31, 2023:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics ▆▆▆▆ | 17,482.50 | .00 | 17,482.50 |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 274649                                        April 7, 2023

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
|      |      |             |       |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 274649                                                                 April 7, 2023

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-** ███████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 3/03/23 | SRM | Trial preparation ████████████████████████; begin organization of ████████████████████; ████████ emails | 2.60 |
| 3/06/23 | SRM | Attention to ███████████████; emails ████████████████. | 2.00 |
| 3/07/23 | PKZ | Finish review of ██████████████████████ | 1.20 |
| 3/08/23 | SRM | Work on ██████████████████████; emails with ████████ ████████████. | 2.50 |
| 3/08/23 | PKZ | Review and annotate ████████████████████ | 1.20 |
| 3/09/23 | SRM | Analyze ████████████████████████. | 4.50 |
| 3/13/23 | PKZ | Emails from/to ██████████████████████ | .50 |
| 3/16/23 | SRM | Review ████████████████; analysis of ███████████; research ████████. | 2.10 |
| 3/16/23 | PKZ | Emails from/to ██████████████████ | .30 |
| 3/28/23 | SRM | ████████ conference with ██████████████████; Zoom call with ████████████████; work on ██████████████████████; consideration of ██████████████████. | 7.50 |
| 3/28/23 | PKZ | Prepare for and attend █████████████, call with ████████████████████████ | 1.20 |
| 3/29/23 | SRM | Review and analyze █████████████████████; emails with ████████████. | 5.20 |
| 3/29/23 | PKZ | Emails from/to ████████████████████ | .10 |
| 3/30/23 | SRM | Emails ████████████; attention to ████████████. | .70 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 274649                                                                April 7, 2023

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 3/31/23 | SRM | Zoom call ████████████████ ; review ███████████████ ████████████████ ; emails █████████ . | 1.00 |
| 3/31/23 | PKZ | ████████████ team meeting ████████████ | .60 |

**TOTAL PROFESSIONAL SERVICES**               **$ 17,482.50**

**MATTER TOTAL**               **$ 17,482.50**

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 274649                                                                April 7, 2023



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬▬ | ▬ |
|   |   | ▬ |   |
| ▬ | ▬ | ▬▬▬▬▬▬▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬ | ▬ |
|   |   | ▬ |   |
| ▬ | ▬ | ▬▬▬▬▬▬▬▬▬ | ▬ |
|   |   | ▬▬▬▬ |   |
| ▬ | ▬ | ▬▬▬▬▬▬ | ▬ |
| ▬ | ▬ | ▬▬▬▬▬▬ | ▬ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 274649                                                                                      April 7, 2023

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ██████ | ██████ | ██████ | ███ | ██████ |
| | | ██████████ | | ██████ |
| | | ██████████ | | ██████ |
| | | ██████████ | | ██████ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

April 7, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

Invoice #:        274649
Client #:         10255
Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

May 9, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

**RE:   KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through April 30, 2023.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

May 9, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

Invoice #:          275439
Client #:            10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through April 30, 2023:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| 36384 | KPM Analytics-███ | 104,802.50 | .00 | 104,802.50 |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                      May 9, 2023

██████████████

██  ████████████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | ███ | ██████████████████████████ | ██ |
|      |     | ██████████ |  |
| ████ | ███ | █████████████████████████ | ██ |
|      |     | ██████ |  |

**TOTAL PROFESSIONAL SERVICES**                              ████████

**EXPENSES**

| Date | Description | Amount |
|------|-------------|--------|
| ████ | ████████████████████████████ | █████ |
| ████ | ████████████████████████ | █████ |
|      | ██████████████ | █████ |
|      | ███████████ | █████ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                                                     May 9, 2023

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-**█████████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|------:|
| 4/04/23 | SRM | Attention to ███████████████████. | .60 |
| 4/05/23 | SRM | Emails with ████████████████████████ ████████; ████████████████████ emails with ██████████████████████. | .50 |
| 4/05/23 | PKZ | Emails from/to ██████████████████████████████ █████ | .80 |
| 4/06/23 | SRM | Conference with █████████████████████████; videoconference with ████████████████████████; review ████████████████████████; work on ████████████████ | 5.50 |
| 4/06/23 | PKZ | Review emails from ███████████████████ ███████████████████████████████████████ ████████████████ | 3.70 |
| 4/07/23 | SRM | Work on ████████████████████████████████ ████████████; █████████ emails with █████████████; telephone conference with ██████████████████; analyze and comment on ███████████████████. | 12.10 |
| 4/07/23 | PKZ | Review and annotate ████████████████████ ██████████████████████████████████████ ██████████████████████████████████████ ████████████████████ | 7.10 |
| 4/08/23 | SRM | Review ████████████████████████; attention to █████████████████. | 1.20 |
| 4/08/23 | PKZ | Emails from/to ████████████████████████ | 2.20 |
| 4/09/23 | SRM | Attention to ██████████████████████. | 1.00 |
| 4/10/23 | SRM | Videoconference with ███████████████████; prepare for █████████; update ███████████████; prepare ███████████████████████. | 4.80 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                                 May 9, 2023

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 4/10/23 | PKZ | Emails from/to █████████████████████████ ███████████████████████████ ████████ | 3.40 |
| 4/11/23 | SRM | Attention to ███████████████████████████ ; emails with █████████████ ; outline ████████ ███████████████ ; telephone conference with █████ ████████████████████████████ | 2.50 |
| 4/11/23 | PKZ | Review ██████████████████████████ ████████████████████████████ | .80 |
| 4/12/23 | SRM | Attention to █████████████████████ ; review ████ ███████████ ; attention to ████████ | 3.50 |
| 4/12/23 | PKZ | Emails from/to ████████████████████████ | .10 |
| 4/13/23 | SRM | Work on ██████████████████████████. | 4.70 |
| 4/13/23 | PKZ | Emails from/to ███████████████████████████ ████████████ | .70 |
| 4/14/23 | PKZ | Emails to/from ██████████████████ | .10 |
| 4/17/23 | SRM | Work on █████████████████████████ ; begin preparation of ███ ████████. | 6.90 |
| 4/17/23 | PKZ | Review ██████████████████████████ ████████████ | 3.40 |
| 4/18/23 | SRM | Work on █████████████████████████ █████████s; develop ████████████ ; attention to ██████████████████████ ; ████████ emails with ██████████. | 6.40 |
| 4/18/23 | PKZ | Emails from/to ███████████████████████████ ███████████████████ | 2.30 |
| 4/19/23 | SRM | Work on ██████████████████ review ████ █████████████████ ; videoconference with ████████████ ; ██████████ emails ██████████ ; ████ review of ██████████ ███████ | 6.50 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                                 May 9, 2023

| Date | Atty | Description | Hours |
|------|------|------------|-------|
| 4/19/23 | PKZ | Meeting with ████████████████████████ ████████████████████ | 5.70 |
| 4/20/23 | SRM | Conference with ████████████████; meet and confer with ████████████████; conference with ████████████████; work on ████████████. | 7.20 |
| 4/20/23 | PKZ | ████████████ prepare for and attend meet and confer with ████████, meeting with ████████████████ | 4.80 |
| 4/21/23 | SRM | Work on ████████████████; review and analyze ████████████; outline ████████████; attention to ████████. | 6.50 |
| 4/21/23 | PKZ | Emails from ████████████████ ████████████████████████ ██ | 2.50 |
| 4/22/23 | SRM | Work on ████████████; emails ████████; research ████████; review ████████; work on ████████; edit ████ ef. | 8.10 |
| 4/22/23 | PKZ | Review ████████████████████ | .60 |
| 4/23/23 | SRM | Work on ████████████████. | 4.20 |
| 4/23/23 | PKZ | Emails from/to ████████████████st | 4.60 |
| 4/24/23 | SRM | ████████ videoconference with ████████████; work on and comment on ████████████; emails with ████████; attention to ████████████; edit ████████ | 10.20 |
| 4/24/23 | PKZ | Emails from/to ████████████████ ████████████████ ████████████ | 2.20 |
| 4/25/23 | SRM | Work on ████████████████; attention to ████████. | 10.10 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                                                   May 9, 2023

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 4/25/23 | PKZ | Emails from/to ███████ ████████ ████████ ████████ | 3.90 |
| 4/26/23 | SRM | Trial preparation, ████ conference with ████████, drafting ████████, editing ████████ continue work on ████ . | 10.80 |
| 4/26/23 | PKZ | Emails from/to ████████ ████, draft and edit ████ ████, call with ████ ████, draft and edit ████ ████████ ████████ ████ | 8.00 |
| 4/27/23 | SRM | Edit and finalize ████████; telephone conferences with ████████; legal research for ████████; review ████████; preparation for ████ ████ work on ████ | 7.60 |
| 4/27/23 | PKZ | Emails from/to ████████ ████ emails from/to ████ ████ emails from/to ████ calls with ████ finalize and file ████ create ████ produce ████, and annotate ████ ████ | 8.70 |
| 4/28/23 | SRM | Prepare for and attend ████████; ██ team meeting ████ ████ . | 10.30 |
| 4/28/23 | PKZ | Emails from/to ████████ ████, prepare for ████ , travel to/from and attend ████ ████ | 6.30 |
| 4/29/23 | SRM | Work on trial ████; overall ██ strategy ████ ████ | 4.50 |
| 4/29/23 | PKZ | Annotate ████████ki | 1.30 |
| 4/30/23 | SRM | Work on ████████ and exhibits for ████ ██ . | 4.20 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                      May 9, 2023

| Date | Atty | Description | Hours |
|---|---|---|---|
| 4/30/23 | PKZ | Emails from/to ██████████, emails from/to ██████ | .20 |

| | |
|---|---|
| **TOTAL PROFESSIONAL SERVICES** | **$ 104,802.50** |
| **MATTER TOTAL** | **$ 104,802.50** |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                                    May 9, 2023



**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ███ | █ | █████████████████████ | █ |
| ███ | █ | ████████████████ | █ |
| ███ | █ | █████████████████████ | █ |
| ███ | █ | ████████████████████████ | █ |
|  |  | ███████ |  |
| ███ | █ | █████████████████████ | █ |
| ███ | █ | ██████████████████████████ | █ |
|  |  | ████████████ |  |
| ███ | █ | ██████████████████████ | █ |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 275439                                                              May 9, 2023

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ |
| ▆▆▆ | ▆▆▆ | ▆▆▆ | ▆▆ | ▆▆▆ |
| | | ▆▆▆ | | ▆▆▆ |
| | | ▆▆▆▆ | | ▆▆▆ |
| | | ▆▆▆▆ | | ▆▆▆ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

May 9, 2023

KPM Analytics, Inc.                                    Invoice #:           275439
8 Technology Drive                                     Client #:             10255
Westborough, MA  01581                                 Billing Attorney:     JCM



**RE:  KPM Analytics, Inc.**



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse law

June 7, 2023



**RE:  KPM Analytics, Inc.**

Enclosed please find our invoice for professional services rendered through May 31, 2023.

Should you have any questions concerning the attached invoice, please do not hesitate to contact us. Your prompt payment would be greatly appreciated.

Sincerely yours,

Joseph C. Marrow



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781 622 5933
billing@morse.law

June 7, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

Invoice #:            276917
Client #:              10255
Billing Attorney:    JCM

---

## INVOICE SUMMARY

**RE:  KPM Analytics, Inc.**

For professional services rendered through May 31, 2023:

| Matter # | Description | Services | Expenses | Total |
|---|---|---|---|---|
| | ███████████████ | ██████ | | ██████ |
| 36384 | KPM Analytics-████████ | 153,013.50 | .00 | 153,013.50 |
| **Total** | | ██████ | ██████ | ██████ |



**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 276917                                                                      June 7, 2023

███████████████████████

██ ██████████████████████████

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| ████ | ███ | ████████████████████████████████ | ██ |
| ████ | ███ | ██████████████████████████████████████ | ██ |
|      |      | ███████████████████████████████ |    |
| ████ | ███ | █████████████████████████████████████ | ██ |
|      |      |                                    |    |
| ████████ |  | ████████████████████ | ██████ |

| ██ | ██████ |  | █████ |
|------|------|---|-------|
| ██ | ███████████████████████ | █████ |
| ██ | ███████████████████ | █████ |

███████████████        ██████

███████████            ██████

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 276917                                                    June 7, 2023

**Client-Matter: 10255-36384**

**RE:  KPM Analytics-**███████

**PROFESSIONAL SERVICES**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/01/23 | SRM | Trial preparation,███████████████████████████████████████████; notes ████████████. | 12.20 |
| 5/01/23 | PKZ | Travel to █████████, emails from/to plaintiffs █████████, emails from ████████████, trial preparation with ████████████████████ meeting with ████████████████████ | 8.50 |
| 5/02/23 | SRM | Trial preparation,█████████████████████████████████████; ████████████████████████████ preparation. | 11.90 |
| 5/02/23 | PKZ | Download ████████████████████████ and share with █████████████ preparation with █████████████████████, final preparations of █████████████ and email █████████████████████████ ███████████ | 9.70 |
| 5/03/23 | SRM | Trial day 1, jury selection, opening statements; work with █████████, videoconference with █████████dit██████████ | 12.70 |
| 5/03/23 | PKZ | Edit opening and email to █████████████████, emails from/to ██ ████████████████████████ trial day one, prepare ████████ ███████████████████, meeting with █████████████ review | 12.90 |
| 5/04/23 | SRM | Trial Day 2; direct examination of █████████████ Conferences with █████████████████████; work in █████████████. | 12.90 |
| 5/04/23 | PKZ | Edit ████████████ client meeting, meeting with ██████████████ ████████preparation for ████████████████ | 9.00 |
| 5/05/23 | SRM | Trial day 3; prepare for ████████; █████████l analysis █████████; work on ████████████████████████████; conferences with █████████ ██████████. | 8.20 |
| 5/05/23 | PKZ | Preparation for █████████, trial day 3, meetings with ████████████, meeting with ████████, and travel from ████████████ | 8.00 |
| 5/06/23 | SRM | Work on ███████████████; attention to ███████████████. | 3.50 |
| 5/06/23 | PKZ | Emails from/to ████████████████████████████████████ | .20 |
| 5/07/23 | SRM | Trial preparation for █████████; attention to ██████████████████████████████████. | 9.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 276917                                                                                      June 7, 2023

| Date | Atty | Description | Hours |
|---|---|---|---|
| 5/07/23 | PKZ | Travel to ███████r, emails from/to ████████████████████████ meetings with ██████████████████ preparation for █ | 7.50 |
| 5/08/23 | PKZ | Trial day 4, meetings with ████████████, client meeting, preparation for | 12.90 |
| 5/09/23 | SRM | Trial Day 5; trial prep ██████; conferences with ████████████ ; work on ██████████████. | 13.10 |
| 5/09/23 | PKZ | Trial day 5, client meeting, meeting with ██████████, review ██████████████ draft ██████████, preparation for █████ | 17.30 |
| 5/10/23 | SRM | Trial day 6; final preparation for ██████████████; team meeting ██████████████; prepare for ████████████████████████; work with ████████████ work with █████████████████████ review ██████████. | 12.90 |
| 5/10/23 | PKZ | Trial day 6, edit ██████████, client meeting, meeting with ████████████, preparation for ██████████ | 15.60 |
| 5/11/23 | SRM | Trial Day 7; prepare for █████ 8; work on ██████████████ and prepare for ██████████; conferences with ██████████████. | 11.50 |
| 5/11/23 | PKZ | Trial Day 7, review ██████████, review ████████ for ██████, client call, meetings with ████████████████, edit ██████████ and prepare for █ | 14.70 |
| 5/12/23 | SRM | Trial Day 8; prepare for ████████; work on ██████████████; meetings with client; review ██████████████. | 11.10 |
| 5/12/23 | PKZ | Review ██████████ trial day 8, client meeting, meeting with ████████ and travel home from ██████████ | 8.70 |
| 5/13/23 | SRM | Review and analysis of ████████ preparation for ████████████; emails with ██████████. | 3.50 |
| 5/13/23 | PKZ | Emails from/to ████████████████████████ ████████████ | 1.10 |
| 5/14/23 | SRM | Prepare for trial; review and analyze ██████████████; work on ██████████████; work on ████████. | 9.60 |
| 5/14/23 | PKZ | ████████ review for ██████████ review for ████████████████ review for ████████████ timony review for ████████, travel to ████████, meeting with ████████ | 9.00 |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 276917                                                      June 7, 2023

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/15/23 | SRM | Trial day 9, prepare for ███████; work on ███████████ conferences with ███████████. | 12.50 |
| 5/15/23 | PKZ | Trial day 9, prepare for ███████████████████, review draft ███████████████████ meetings with ███████ ███████. | 9.70 |
| 5/16/23 | SRM | Trial Day 10; review and comment on ███████ents; team meeting ████; work on ███████████. | 8.30 |
| 5/16/23 | PKZ | Trial day 10, closing arguments and meetings with ███████ | 9.50 |
| 5/17/23 | SRM | Trial Day 11; work on ███████████, consider v ███████ conference with ███████████. | 8.00 |
| 5/17/23 | PKZ | Trial day 11, client ████ meeting, and travel ████ from ███████ | 5.80 |
| 5/18/23 | SRM | Next steps, strategy; research ███████████. | 2.00 |
| 5/18/23 | PKZ | Emails from/to ███████████ | .10 |
| 5/23/23 | SRM | Attention to ███████████. | .90 |
| 5/23/23 | PKZ | Call with ███████████ | .10 |
| 5/25/23 | SRM | Follow up ███████████; emails ████; ████ outline ███████. | 1.00 |
| 5/26/23 | SRM | Attention to ███████; emails ███████. | .60 |
| 5/30/23 | SRM | Videoconference with ███████████ ████; work on ███████████ ██. | 2.60 |
| 5/30/23 | PKZ | Attend meeting with ███████████fing | .40 |
| 5/31/23 | SRM | Attention to ███████ telephone conference with ███████ ███████. | .50 |
| 5/31/23 | PKZ | Call with ███████████ | .10 |

|                        | |
|------------------------|--------------|
| **TOTAL PROFESSIONAL SERVICES** | **$ 153,013.50** |
| **MATTER TOTAL** | **$ 153,013.50** |
| **TOTAL THIS INVOICE** | **$ 153,998.03** |

**MORSE, BARNES-BROWN & PENDLETON, PC**

Invoice #: 276917                                                              June 7, 2023

**OUTSTANDING INVOICES**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| ███ | ███ | ███ | ██ | ███ |
| ███ | ███ | ███ | ██ | ███ |
|  |  | ████ |  | ███ |
|  |  | █████ |  | ███ |
|  |  | ██████ |  | ███ |



CityPoint
480 Totten Pond Road, 4th Floor
Waltham, MA 02451
morse.law
t – 781-622-5930
f   781.622.5933
billing@morse.law

June 7, 2023

KPM Analytics, Inc.
8 Technology Drive
Westborough, MA  01581

Invoice #:          276917
Client #:            10255
Billing Attorney:    JCM

**RE:  KPM Analytics, Inc.**

