# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI,<br><br>Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## **ORDER**

WHEREFORE, this Court, having read and considered Plaintiff KPM Analytics North America Corporation's Motion for Entry of a Permanent Injunction (the "Motion"), Defendants' Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD, Irvin Lucas, Robert Gajewski, Arnold Eilert, and Rachael Glenister's oppositions thereto, and any other response, it is hereby

ORDERED, that the Motion is DENIED.

Dated:_____

_____
Hon. Margaret R. Guzman