# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, <br><br> Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## ORDER

WHEREFORE, this Court, having read and considered Plaintiff KPM Analytics North America Corporation's Motion for Attorneys' Fees and Costs (the "Motion"), Defendants Blue Sun Scientific, LLC, The Innovative Technologies Group & Co., LTD, Irvin Lucas, Robert Gajewski, Arnold Eilert, and Rachael Glenister's oppositions thereto, and any other response, it is hereby

ORDERED, that the Motion is DENIED.

Dated:_____                                    _____
                                                          Hon. Margaret R. Guzman