# Exhibit A

ATTORNEYS EYES ONLY

Page 1

```
 3            UNITED STATES DISTRICT COURT
 4          FOR THE DISTRICT OF MASSACHUSETTS
 5                          C.A. NO: 4:21-CV-10572-TSH
 6   **************************************
 7   KPM ANALYTICS NORTH AMERICA CORPORATION,
 8            Plaintiff,
 9   vs.
10   Blue SUN SCIENTIFIC, LLC, THE INNOVATIVE
11   TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT,
12   MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL
13   GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS,
14   AND PHILIP OSSOWSKI,
15            Defendants.
     **************************************
16               ATTORNEYS' EYES ONLY
17               REMOTE DEPOSITION of IRVIN LUCAS, a
18   witness called on behalf of the Plaintiff, taken
19   pursuant to the applicable provisions of the Federal
20   Rules of Civil Procedure, before Susan Baxter, a Court
21   Reporter and Notary Public, in and for the
22   Commonwealth of Massachusetts, conducted remotely, on
23   Wednesday, April 27, 2022, commencing at 10:17 a.m.
24
```

ATTORNEYS EYES ONLY

Page 130

| | | |
|---|---|---|
| 1 | | particular line items I want to ask you about. |
| 2 | | What are the references to a top window item |
| 3 | | being sold? |
| 4 | A | Top window, I just spoke about earlier, 13 of |
| 5 | | those 17 instruments on NIR were top window, |
| 6 | | meaning that you load the sample on top of the |
| 7 | | instrument, as opposed to that sideloader that we |
| 8 | | spoke about with the auto sampler. |
| 9 | Q | So that's to the forage machines? |
| 10 | A | That's correct. |
| 11 | Q | So if you go to the last couple of lines, just |
| 12 | | look at 228 through 240, those lines for example. |
| 13 | | 228 is an invoice for a Phoenix 5000 top window? |
| 14 | A | Correct. |
| 15 | Q | Is that the actual machine being sold there? |
| 16 | A | Yes, it is. |
| 17 | Q | That was for $25,682.50? |
| 18 | A | Correct. |
| 19 | Q | And then two lines down there's another Phoenix |
| 20 | | 5000 top window unit being sold for $41,422? |
| 21 | A | Correct. |
| 22 | Q | And is the difference in the cost column between |
| 23 | | those two because of the -- what you explained |
| 24 | | before being the cost relationship that you have |

ATTORNEYS EYES ONLY

Page 131

1      with ITG where they charge you 65 percent of what
2      you're getting?
3  A   That's correct.
4  Q   What's the -- in line 238 for customer R&R
5      Machine Works?
6  A   Yes.
7  Q   A $30,000 amount, and it says for an R&R analyzer
8      top window, what's the R&R analyzer?
9  A   Okay, so R&R Machine Works, this is a customer
10     that they wanted to have an OEM, or I guess
11     called a private label version.  They use NIR in
12     conjunction with some steam chest some industrial
13     equipment that they sell.  And what they wanted
14     was the ability for us to put their logo on the
15     instrument and then for them to be able to go on
16     brand it as their own.  That way, when they're
17     out at a trade show, or something of that nature,
18     someone doesn't see oh, that's a Blue Sun, I'll
19     go to Blue Sun and circumvent R&R.  So it's a
20     Phoenix just with R&R's logo on it, and R&R
21     branding.
22 Q   Okay.  How long has R&R been a customer of Blue
23     Sun?
24 A   I'd say since probably September or so of 2019.

ATTORNEYS EYES ONLY

Page 132

1  Q   Prior to that, were they a Unity customer?
2  A   They did have a SpectraStar.
3  Q   Who's the sales representative?
4  A   Sales representative initially on that, I worked
5      with R&R.  Now Rachael works with them.
6  Q   Do either one of you work with R&R while you were
7      at KPM?
8  A   I believe Rachael did work with them while she
9      was at KPM.
10 Q   How many R&R branded Phoenixes has Blue Sun sold
11     to R&R?
12 A   I believe as of today that number is going to be,
13     I believe, nine.
14 Q   When was the first one?
15 A   As I mentioned, September October 2019, I
16     believe.
17 Q   When was the most recent one?
18 A   The most recent one would have been within the
19     last six weeks.  I believe about three or four
20     units.
21 Q   This reference in line 238, that's just for
22     single unit and looks like February 11th of '22?
23 A   Looks like this is a down payment for their four
24     units that they got in April.

Page 133

| | | |
|---|---|---|
| 1 | Q | I see.  Has Blue Sun provided any service to the |
| 2 | | R&R SpectraStar unit? |
| 3 | A | No, I have not. |
| 4 | Q | Let's take a look at line 104.  It's another sale |
| 5 | | of R&R branded Phoenix 5000s to -- |
| 6 | A | Correct. |
| 7 | Q | Can you tell how many units? |
| 8 | A | I believe that would be three units. |
| 9 | Q | That's a payment in full as opposed to the down |
| 10 | | payment we saw? |
| 11 | A | That's correct. |
| 12 | Q | Just to finish up on R&R just going up line 37. |
| 13 | A | Okay. |
| 14 | Q | Would that be the first sale of Phoenix units to |
| 15 | | R&R? |
| 16 | ,A | Yes, it would.  That would be two units. |
| 17 | Q | How many locations does R&R have? |
| 18 | A | R&R themselves have one location. Like I said |
| 19 | | they utilize the instrument in conjunction with |
| 20 | | machinery that they supply their customers, and I |
| 21 | | don't know how many customers they have. |
| 22 | Q | Given R&R's history with KPM, does Blue Sun |
| 23 | | consider its ability to sell to R&R to be |
| 24 | | prohibited by the injunction? |

ATTORNEYS EYES ONLY

Page 134

```
 1            MR. RITCHIE:  Objection.  Calls for
 2       legal conclusion.  You can answer.
 3   A   No, we do not.
 4   Q   Why not?
 5   A   We have not performed any services, nor had
 6       anybody sold any SpectraStar or KPM materials to
 7       them prior to -- after July 2nd of 2018.
 8   Q   When was it that R&R had purchased its Unity NIR
 9       product?
10   A   I don't know myself, but what I was told was
11       prior to July 2, 2018.
12   Q   And who told you that?
13   A   That's what Ms. Glenister told me.
14   Q   Do you know what the bases of her believing that
15       was?
16   A   She, I believe, sold them their instruments.
17   Q   And she represented to you that that was before
18       the cutoff date of July 2nd of 2018?
19   A   Correct.
20   Q   If that was not the case, if she had sold to them
21       after July 2, 2018, then the sales that Blue Sun
22       made would have been in violation of the
23       preliminary injunction as you understand it,
24       correct?
```

Page 135

1         MR. RITCHIE:  Objection.  Calls for a
2     legal conclusion.  You can answer with any
3     non legal understanding you have, Irvin, but
4     don't include any information received from
5     counsel, please.
6   A Yes.  Towards that factor.  Yes, I would say so.
7   Q If her sale had been after July 2, 2018 with KPM,
8     then Blue Sun would have been prohibited from
9     selling to R&R?
10        MR. RITCHIE:  Same objection.
11  A I would  -- I believe so, but there is an
12    opportunity KPM could sell to R&R, so I don't
13    know for sure.
14        MR. GUTKOSKI:  Why don't we take a 10
15    minute break.  Come back at 3:05.
16              (Brief Recess)
17    BY MR. GUTKOSKI:
18  Q Mr. Lucas, just a follow up question that
19    occurred to me before we broke, we're talking
20    about sales to R&R Machine.
21        What's the total number of units that
22    you've sold to them under Phoenix 5000s branded
23    R&R?
24  A I believe that was nine.

ATTORNEYS EYES ONLY

Page 136

| | | |
|---|---|---|
| 1 | Q | And they've all been shipped at this point? |
| 2 | A | Yes, they have. |
| 3 | Q | Are there any others that you expect to sell to |
| 4 | | them? |
| 5 | A | No, none that are in the pipeline right now. |
| 6 | | MR. GUTKOSKI: I'll mark six exhibits. |
| 7 | | So this will be one through six on our list. It |
| 8 | | will be exhibits 18, 19, 20, 21, 22, 23. Go |
| 9 | | ahead and mark them all and put them up. It's |
| 10 | | just one page. Take a look and I'll ask you |
| 11 | | about them collectively. |
| 12 | | (Whereupon, Offer Letters, were marked |
| 13 | | as Exhibit Nos. 18 through 23, |
| 14 | | respectively.) |
| 15 | A | Okay. So far just three of them are up there. |
| 16 | Q | Okay. |
| 17 | A | Okay, two more now. I have all six up and I can |
| 18 | | scroll between them. |
| 19 | Q | You're more in depth than I am. Do you recognize |
| 20 | | each of what we marked as Exhibits 18 through 23? |
| 21 | A | Yes, I do. |
| 22 | Q | What are they? |
| 23 | A | These are essentially the offers of employment to |
| 24 | | Josh Sarver, myself, Doug Evans, Rachael |

ATTORNEYS EYES ONLY

Page 218

1  CASE:  KPM Analytics North America Corporation vs.
2  Blue Scientific, LLC, et al
3  DEPOSITION OF:  Irvin Lucas
4              Acknowledgment of Deponent
5         I, Irvin Lucas, do hereby declare that I
6     have read the foregoing transcript, I have made
7     any corrections, additions, or changes I deemed
8     necessary as noted above to be appended hereto,
9     and that the same is a true, correct and complete
10     transcript of the testimony given by me.
11  _____          _____
12  Irvin Lucas                              Date
13  *If notary is required
14              SUBSCRIBED AND SWORN TO BEFORE ME THIS
15         _____ DAY OF _____, 20__.
16              _____
17              Notary Public
18
19
20
21
22
23
24