# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, <br><br> Defendants. | Civil Action No. 4:21-cv-10572-MRG |

## PROPOSED ALTERNATE INJUNCTION ORDER FOR INNOVATIVE TECHNOLOGIES GROUP & CO., LTD

WHEREFORE, this Court, having read and considered The Innovative Technologies Group & Co., LTD's Motion for Alternate Injunction Order (the "Motion"), any oppositions thereto, and any other response, it is hereby

ORDERED, that the Motion is GRANTED.

Dated:_____

_____
Hon. Margaret R. Guzman

58144\146507\10749270.v1-3/15/24