# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>) Civil Action No. 4:21-cv-10572-MRG |
| BLUE SUN SCIENTIFIC, LLC; THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD; ARNOLD EILERT; MICHELLE GAJEWSKI; ROBERT GAJEWSKI; RACHAEL GLENISTER; GREGORY ISRAELSON; IRVIN LUCAS; and PHILIP OSSOWSKI, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

WHEREFORE, this Court, having read and considered the Motion for De-Designation of Certain Attorneys' Eyes Only ("AEO") Documents produced in discovery by KPM, and for postponement of the April 26, 2024 hearing filed by The Innovative Technologies Group & Co., LTD and Blue Sun Scientific, LLC, and any opposition thereto, it is this __ day of April, 2024

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that any document referenced by KPM is support of its customer list for proposed permanent injunction be de-designated as Attorneys' Eyes Only such that all Defendants may review the documents for purposes of responding to KPM's proposed permanent injunction; and it is further

ORDERED, that the hearing on April 26, 2024 is hereby postponed until a date to be set by the Court after consultation with the parties.

Dated:_____                                         _____
                                                                            Hon. Margaret R. Guzman