# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>     *Plaintiff.*<br><br>  V.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI,<br><br>     *Defendants.* | Civil Action No. 21-cv-10572-MRG |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF KPM ANALYTICS NORTH AMERICA CORPORATION

  Pursuant to Local Rule 83.5.2(c), Sunstein LLP and its present and former attorneys who have appeared in this action, Kevin R. Mosier and John T. Gutkoski, seek leave of this Court to withdraw as counsel of record for Plaintiff KPM Analytics North America Corporation ("KPM"). Mr. Gutkoski is no longer with Sunstein LLP, and Sunstein LLP is no longer legal counsel for KPM in this action. KPM will continue to be represented by Scott R. Magee and Paige K. Zacharakis of Morse, Barnes-Brown, and Pendleton, P.C., who have previously entered appearances on behalf of KPM. Accordingly, Sunstein LLP and counsel referenced herein respectfully request that this Court enter an order granting this Motion to Withdraw.

Date: May 24, 2024                                   Respectfully submitted,

                                                     **KPM ANALYTICS NORTH AMERICA CORPORATION**

                                                     By its attorney,

                                                   */s/ Kevin R. Mosier*
                                                   Kevin R. Mosier (BBO# 703739)
                                                   SUNSTEIN LLP
                                                   100 High Street
                                                   Boston, MA 02110
                                                   Tel: (617) 443-9292
                                                   kmosier@sunsteinlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 24th day of May, 2024, a true and exact copy of the foregoing was served on all counsel of record through the Court's ECF system.

                                                             */s/ Kevin R. Mosier*