

CityPoint
480 Totten Pond Rd., 4th Fl.
Waltham, MA  02451
morse.law
t –781-622-5930
f –781-622-5933
smagee@morse.law

September 24, 2024

**VIA ECF**

Hon. Margaret Guzman
U.S. District Court Judge
395 Main Street
Worcester, MA 01608

      Re:    *KPM Analytics North America Corporation v. Blue Sun Scientific, LLC*
               Civil Action No. 4:21-CV-10572-MRG

Dear Judge Guzman:

I represent Plaintiff KPM Analytics North America Corporation ("KPM") in the above-referenced action.  I write to request that the Court enter final judgment as promptly as practicable.  This case was filed on April 5, 2021.  The parties tried the case from May 3, 2023, through May 17, 2023, promptly after it was assigned to Your Honor.  The parties submitted post-trial briefing and Your Honor issued a lengthy opinion and order on April 10, 2024.  The remaining issues to be resolved for a final judgment to enter are the scope of any permanent injunction, KPM's request for an award of attorneys' fees, the degree to which certain components of the money judgment are issued jointly and severally or simply severally, and the calculation of prejudgment interest.  Your Honor held a hearing on May 10, 2024, at which Your Honor heard the parties on these final issues and indicated at the time that a final judgment should issue quickly, likely the following week.

If the Court needs any assistance from the parties in the form of courtesy copies of any filings, Excel spreadsheets with formulas for calculation of prejudgment interest, or similar ministerial items, KPM is willing to immediately provide those items.

Given the age of the case and the trial that was completed over 16 months ago, KPM respectfully requests that the Court issue final judgment as soon as possible so that the parties can pursue any appeals and/or collection efforts forthwith thereafter.

Respectfully submitted,

*/s/ Scott R. Magee*

Scott R. Magee

Cc:     All counsel of record via ECF