IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KPM ANALYTICS NORTH AMERICA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE SUN SCIENTIFIC, LLC, THE INNOVATIVE TECHNOLOGIES GROUP & CO., LTD., ARNOLD EILERT, MICHELLE GAJEWSKI, ROBERT GAJEWSKI, RACHAEL GLENISTER, GREGORY ISRAELSON, IRVIN LUCAS, AND PHILIP OSSOWSKI<br><br>    Defendants. | CIVIL ACTION NO. 21-10572-MRG |

## **NOTICE OF APPEAL**

Defendant Blue Sun Scientific, LLC and Defendant The Innovative Technologies Group & Co., Ltd., appeal to the United States Court of Appeals for the First Circuit from the Final Judgment and Permanent Injunction that the Court entered on February 7, 2025 [ECF No. 317], and all prior orders and judgments of the Court, which are merged therein.

                                                Respectfully Submitted,

                                                BLUE SUN SCIENTIFIC, LLC and THE
INNOVATIVE TECHNOLOGIES GROUP &
CO., LTD.
By their attorneys,

                                                */s/ Dana A. Zakarian*
Christopher A. Duggan (BBO# 544150)
Dana A. Zakarian (BBO# 641058)
Christopher J. Hurst (BBO# 682416)
Smith Duggan Cornell & Gollub LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773
617-228-4412
chris.duggan@smithduggan.com
dana.zakarian@smithduggan.com
Dated: March 4, 2025                      churst@smithduggan.com

## CERTIFICATE OF SERVICE

      I certify that on March 4, 2025, the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Dana A. Zakarian*