# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

**Case Caption:** KPM Analytics North America Corporation v. Blue Sun Scientific, LLC et al

**District Court Number:** 4:21cv10572-MRG

**Fee:** Paid? Yes _X_ No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

**Motions Pending** Yes _X_ No ____
*If yes, document #* 319

**Sealed documents** Yes _X_ No ____
*If yes, document #* 75,82,83,89,134,135

***Ex parte* documents** Yes ____ No _X_
*If yes, document #*

**Transcripts** Yes _X_ No ____
*If yes, document #* 68,211,233-243,283,294

**Notice of Appeal filed by:** Plaintiff/Petitioner ____   Defendant/Respondent _X_   Other: ____

**Appeal from:**
#317 Final Judgment and Permanent Injunction

**Other information:**
Additional Sealed Documents: 140,145,156,157,158,200,262

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#317 and #323

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __323__ filed on __March 4, 2025__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __March 4, 2025__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**